**Fill in this information to identify the case:**

United States Bankruptcy Court for the:
**SOUTHERN DISTRICT OF TEXAS**

Case number (if known): _____   Chapter __**7**__

☐ Check if this is an
amended filing

Official Form 201

## Voluntary Petition for Non-Individuals Filing for Bankruptcy

04/16

If more space is needed, attach a separate sheet to this form.  On the top of any additional pages, write the debtor's name and the case number (if known).  For more information, a separate document, Instructions for Bankruptcy Forms for Non-Individuals, is available.

| | | |
|---|---|---|
| 1. | Debtor's name | **Therma-Flite, Inc.** |
| 2. | All other names debtor used in the last 8 years<br><br>Include any assumed names, trade names and *doing business as* names | |
| 3. | Debtor's federal Employer Identification Number (EIN) | __9__ __0__ – __0__ __2__ __8__ __6__ __4__ __5__ __8__ |

4. Debtor's address

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **4200 Research Forest Dr.** | |
| Number    Street | Number    Street |
| **Suite 350** | |
| | P.O. Box |
| | |
| **The Woodlands**      **TX**   **77381** | |
| City                State   ZIP Code | City                State   ZIP Code |
| | **Location of principal assets, if different from principal place of business** |
| **Harris** | |
| County | **849 Jackson St.** |
| | Number    Street |
| | |
| | **Benicia**      **CA**   **94510** |
| | City                State   ZIP Code |

| | | |
|---|---|---|
| 5. | Debtor's website (URL) | **www.therma-flite.com** |
| 6. | Type of debtor | ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding LLP)<br>☐ Other.  Specify: _____ |

Debtor **Therma-Flite, Inc.**                                     Case number (if known) _____

| 7. | **Describe debtor's business** | *A.* *Check one:* |
|---|---|---|

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☑ None of the above

*B.* *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

*C.* NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See  http://www.naics.com/search/

<u>  5  </u>  <u>  0  </u>  <u>  4  </u>  <u>  6  </u>

| 8. | **Under which chapter of the Bankruptcy Code is the debtor filing?** | *Check one:* |
|---|---|---|

☑ Chapter 7

☐ Chapter 9

☐ Chapter 11.  *Check all that apply:*

> ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).
>
> ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).  If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
>
> ☐ A plan is being filed with this petition.
>
> ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
>
> ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934.  File the Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy Under Chapter 11 (Official Form 201A) with this form.
>
> ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

| 9. | **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**<br><br>If more than 2 cases, attach a separate list. | ☑ No |
|---|---|---|

☐ Yes. District _____ When _____ Case number _____
                                    MM / DD / YYYY

District _____ When _____ Case number _____
                                    MM / DD / YYYY

District _____ When _____ Case number _____
                                    MM / DD / YYYY

Debtor **Therma-Flite, Inc.**        Case number (if known) _____

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☐ No

☑ Yes. Debtor **See Exhibit A** _____ Relationship _____

       District _____ When _____
                                                         MM / DD / YYYY

       Case number, if known _____

       Debtor _____ Relationship _____

       District _____ When _____
                                                          MM / DD / YYYY

       Case number, if known _____

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

     **Why does the property need immediate attention?**     *(Check all that apply.)*

     ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

        What is the hazard? _____

     ☐ It needs to be physically secured or protected from the weather.

     ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

     ☐ Other _____

     **Where is the property?** _____

                                    Number     Street

                                   _____

                                   City                State     ZIP Code

     **Is the property insured?**

     ☐ No

     ☐ Yes. Insurance agency _____

             Contact name _____

             Phone _____

### Statistical and adminstrative information

**13. Debtor's estimation of available funds**

*Check one:*

☐ Funds will be available for distribution to unsecured creditors.

☑ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

Debtor  **Therma-Flite, Inc.** _____     Case number (if known) _____

| | | | | |
|---|---|---|---|---|
| **14.** | **Estimated number of creditors** | ☐ 1-49<br>☐ 50-99<br>☑ 100-199<br>☐ 200-999 | ☐ 1,000-5,000<br>☐ 5,001-10,000<br>☐ 10,001-25,000 | ☐ 25,001-50,000<br>☐ 50,001-100,000<br>☐ More than 100,000 |
| **15.** | **Estimated assets** | ☐ $0-$50,000<br>☐ $50,001-$100,000<br>☐ $100,001-$500,000<br>☐ $500,001-$1 million | ☑ $1,000,001-$10 million<br>☐ $10,000,001-$50 million<br>☐ $50,000,001-$100 million<br>☐ $100,000,001-$500 million | ☐ $500,000,001-$1 billion<br>☐ $1,000,000,001-$10 billion<br>☐ $10,000,000,001-$50 billion<br>☐ More than $50 billion |
| **16.** | **Estimated liabilities** | ☐ $0-$50,000<br>☐ $50,001-$100,000<br>☐ $100,001-$500,000<br>☐ $500,001-$1 million | ☑ $1,000,001-$10 million<br>☐ $10,000,001-$50 million<br>☐ $50,000,001-$100 million<br>☐ $100,000,001-$500 million | ☐ $500,000,001-$1 billion<br>☐ $1,000,000,001-$10 billion<br>☐ $10,000,000,001-$50 billion<br>☐ More than $50 billion |

## Part X:   Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime.  Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **07/08/2016** _____
          MM / DD / YYYY

X  **/s/ Joshua Scott** _____          **Joshua Scott** _____
      Signature of authorized representative of debtor          Printed name

Title **Authorized Agent** _____

**18. Signature of attorney**

X  **/s/ Mark C. Taylor** _____          Date  **07/08/2016** _____
      Signature of Attorney for Debtor          MM / DD / YYYY

**Mark C. Taylor** _____
Printed name

**Waller Lansden Dortch & Davis, LLP** _____
Firm Name

**100 Congress Ave., Suite 1800** _____
Number       Street

_____

**Austin** _____          **TX** _____          **78701** _____
City          State          ZIP Code

Contact phone **(512) 685-6400** _____          Email address **mark.taylor@wallerlaw.com** _____

**19713225** _____          **TX** _____
Bar number          State

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

IN RE:   **Therma-Flite, Inc.**                                         CASE NO

                                                                 CHAPTER   **7**

## VERIFICATION OF CREDITOR MATRIX

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date  7/8/2016 _____                  Signature  _/s/ Joshua Scott_____
                                                                 *Joshua Scott*
                                                                 *Authorized Agent*

Date _____                    Signature _____

8x8 Inc.
Dept. 848080
Los Angeles, CA 90084-8080


Advanced Machine Corp
1410 Commerce
Benton, AR 72015


Aireark
PO Box 778
Hampton, AR 71744


Airgas USA, LLC
568 Northbay Drive
Napa, CA 94559


Airgas USA, LLC
PO Box 676015
Dallas, TX 75267-6015


Airsystem Sales/New York Blower Company
PO Box 1948
Brentwood, TN 37024


Alhambra & Sierra Springs
P.O. Box 660579
Dallas, TX 75266-0579


Allied Crane Inc
855 No Parkside Drive
Pittsburg, CA 94565


Allied Waste Services #210
P.O. Box 78829
Phoenix, AZ 85062-8829

AmeriGas
PO Box 660288
Dallas, TX 75266-0288


Aramark Uniform Services
P.O. Box 101338
Pasadena, CA 91189-0005


AT&T
PO Box 6463
Carol Stream, IL 60197-6463


Atlanta Gear Works, Inc.
433 Hightower Parkway
Dawnsonville, GA 30534


Atlas Copco Compressor LLC
1800 Overview Drive
Rock Hill, SC 29730


Aventine Hill Partners, Inc.
PO Box 678318
Dallas, TX 75267-8318


Baldor Electric Company
26827 Network Place
Chicago, IL 60673-1268


Bay Bolt
4610 Malat St.
Oakland, CA 94601


BDO USA LLP
PO BOX 31001-0860
Pasadena, CA 91110-0860

BDO USA LLP
P.O. Box 31001-0860
Pasadena, CA 91110


Beitzel Corporation
333 Corporate Drive
Grantsville, MD 21536


BENDER US
2150 EAST 37th
VERNON, CA 90058


Bradshaw Industrial Supply Inc
15436 27th Court East
Parish, FL 34219


Bruce A Freed
26 Biscayne Dr
Ramsey, NJ 7446


C & C Auto
4251 Park Road
Benicia, CA 94510


California Motor Controlsinc
3070 Bay Vista Court Suite C
Benicia, CA 94510


Canon
14904 Collections Center Drive
Chicago, IL 60693-0149


CCP - California Centrifugal Pump
PO Box 847
Benicia, CA 94510

Central Air Equipment  Ltd.
#1 - 7887 49th Avenue
Canada
Red Deer, AB, Canada T4P 2B4


CFC
15720 Simoni Dr.
San Jose, CA 95127


Choate, Hall & Stewart LLP
Two International Place
c/o Collections Department
Boston, MA 02110-4104


Citrix Online
File 50264
Los Angeles, CA 90074-0264


City of Benicia
Business License Renewal #80140170
250 East L Street
Benicia, CA 94510


City of El Dorado, AR
204 North West Avenue
El Dorado, AR 71731


Copytech Services
11 Moore Ct.
Oakley, CA 94561


D & M Electric, Inc.
136 Vanderbilt Drive
Bowling Green, KY 42103


Delaware Department of Transportation
P.O. Box 697
Dover, DE 19903-0697

Dell
Payment Processing Center
P.O. Box 5275
Carol Stream, IL 60197-5275


Delta Pump & Systems
PO Box 338
Eighy Four, PA 15330


Detroit Nameplate Etching Co
13000 Capital Ave.
Oak Park, MI 48237


DeZURIK Inc c/o Eco-Tech
8619 Solution Center
Chicago, IL 60677-8006


Dorothy Raley, Collector
101 N. Washington Room 106
El Dorado, AR 71730


Duck Yufeng


Dwyer Instruments Inc.
P.O. Box 338
Michigan City, IN 46361


Edge Inspection Group Inc
4576 E 2nd Street Suite C
Benicia, CA 94510


El Dorado Water Utilities
Account #15257092
PO Box 1587
El Dorado, AZ 71731-1587

Elliot Electric Supply
P.O. Box 630610
Nacogdoches, TX 75963-0610


Endress+Hauser Inc. c/o IPT Group
Dept 78795 / P.O. Box 78000
Detroit, MI 48278-07985


Entergy
PO Box 8101
Baton Rouge, LA 70891-8101


Falcon Industries Inc
P O Box 74350
Cleveland, OH 44194-4350


Fike C/O Power Equipment


First Choice Services
10055 Regal Row
Houston, TX 77040


FISHERBROYLES LLP IOLATA TRUST ACCT
P. O. BOX 935079
ATLANTA, GA 31193-5079


Fisheries Supply Inc.
1900 N. Northlake Way # 10
Seattle, WA 98103


Flow International
PO Box 749647
Los Angeles, CA 90074-9647

FORKLIFT MOBILE INC
1080 NIMITZ AVENUE SUITE#130
VALLEJO, CA 94592


Franchise Tax Board
PO Box 942857
Sacramento, CA 94257-0531


Fulton
3981 Port Street Box 267
Pulaski, NY 13142


Gardner Denver Nash LLC
P.O. Box 952453
St. Louis, MO 63195-2453


Global Equipment Company
29833 Network Place
Chicago, IL 60673-1298


Goble Sampson Associates Inc.
3500 So. Main Street Suite 200
Salt Lake City, UT 84115


Gordon & Rees
Attn:  Marie Holvick
275 Battery St. #2000
San Francisco, CA 94111


H & H X-Ray Services Inc
104 Enterprise Street
West Monroe, LA 71292


Hayward Pipe & Supply Company
3218 Diablo Ave
Hayward, CA 94545

HEATEC INC
P.O. BOX 2008
CHATTANOOGA, TN 37409


Hepco
630 East Faulkner
El Dorado, AR 71730


Hill Oil Company LLC
PO Box 958384
St. Louis, MO 63195-8384


Historic Arsenal Park1
940 Tyler #2
Benicia, CA 94510


Holiday Inn Express
1375 East 5th Street
Benicia, CA 94510


HR Direct
PO Box 451179
Sunrise, FL 33345-1179


HR Options
1401 Willow Pass Road
Suite 820
Concord, CA 94520


Hughes Arrell Kinchen LLP
1221 McKinney St
Suite 3150
Houston, TX 77010


Hydradyne, LLC
P.O. Box 974799
Dallas, TX 75397-4799

Hypertherm
PO Box 843935
Dallas, TX 75284


Industrial Instrument Co.
5810 Wade Road
Baytown, TX 77521


Infotek Solutions
4747 Research Forest Dr
Suite 180-237
The Woodlands, TX 77381


IPFS Corporation
Account #CAF-331588
PO Box 100391
Pasadena, CA 91189-0391


J.P. Whitney & Associates LLC
Attn: Joyce Ross
17429 State Route 292
Kenton, OH 43326


John Crane Inc
24929 Network Place
Chicago, IL 60673-1249


Kadant Johnson Inc.
4989 Solution Center
Chicago, IL 60677-4009


KallanderGroup, Inc.
282 Central St Unit 9
Hudson, MA 1749


Ken's Discount Building Materials Inc
1200 Northwest Ave.
El Dorado, AR 71730

Kinard's LLC
4905 Junction City Hwy
El Dorado, AR 71730


Kleinfelder Canada, Inc
2200, 700-6th Ave SW
Canada
Calgary, AB, Canada

KWS MANUFACTURINGCOMPANY LTD.
3041 Conveyor Drive
Burleson, TX 76028


Ladner & Associates PC
The Kirby Mansion 2000 Smith Street
Houston, TX 77002


Lamons Gasket Company
P.O. Box 203061
Dallas, TX 75320-3061


LANDO & ANASTASI
One Main Street
Cambridge, MA 2142


LARRY FOWLER TRUCKING, INC.
1499 Hwy 82 Bypass W.
Magnolia, AR 71753


Lippincott Supply Co. Inc.
105 Lincoln Road West
Vallejo, CA 94590


Little Rock Valve & Fitting Swagelok
P O BOX 329
SHAWNEE MISSION, KS 66201

Martin Sprocket & Gear Inc
P.O. Box 974066
Dallas, TX 75397-4066


McMaster-Carr
P.O. Box 7690
Chicago, IL 60680-7690


Memphis Control Center Inc.
P.O. Box 40510
Memphis, TN 38174-0510


Midwest Laboratories
13611 B Street
Omaha, NE 68144-3693


Miller Insulation Co Inc
3520 E Century Avenue
P.O. Box 1393
Bismark, ND 58502-1393


Mistras Group, Inc.
195 Clarksville Road
Princeton Junction, NJ 8550


Monty & Ramirez LLP
150 W. Parker Third Floor
Houston, TX 77076


Motion Industries Inc Ruston Industrial
P O Box 849737
Dallas, TX 75284


Need Computer Help.com
4200 Research Forest Drive
Suite 140
The Woodlands, TX 77381

Nord Gear Corporation
PO Box 355
Dubuque, IA 52004-0355


Office Depot, Inc.
Account #14631373
PO Box 660113
Dallas, TX 75266-0113


Office Equipment of Southern Arkansas
116 Wrights Lane
El Dorado, AR 71730


Omega Engineering Inc
P.O. Box 405369
Atlanta, GA 30384-5369


Ozark Fluid Power Inc
10801 Otter Creek E. Blvd.
Mabelvale, AR 72103


Pacific Mechanical Supply
13705 Milroy Place
Santa Fe Springs, CA 90670


Pacific Steel & Recycling
1805 U.S. 2
Havre, MT 59501


Patrick J.J. Kelly
P.O. Box 75268
Seattle, WA 98125-0268


PERIDOT Precision Mfg
1072 Serpentine Lane
Pleasanton, CA 94566

Peter Commerford

Phoenix Oil Heater
8282 N. 75th Avenue
Peoria, AZ 85345

Pitney Bowes, Inc.
Acct #2185-4653-86-8
PO Box 371896
Pittsburgh, PA 15250-7896

Pittsburg Winsupply
691 Garcia Ave
Pittsburg, CA 94565

Powerhouse Combustion & Mechanical Corp
3410 W Maywood Ave
Santa Ana, CA 92704

PPG Protective & Marine Coatings
P O Box 842409
Boston, MA 02284-2409

Principal Life Insurance Company
P.O. Box 10372
Des Moines, IA 50306

Process & Power Inc
P.O. Box 18675
Memphis, TN 38181

Pumping Solutions Inc.
1400 S. Vineyard Avenue
Ontario, CA 91761

Ray Morgan Company
3131 Esplande
Chico, CA 95973


Ready Refresh by Nestle
P.O. BOX 856680
LOUISVILLE, KY 40285-6680


Reddy Ice Corporation
P.O. Box 730505
Dallas, TX 75373-0505


Reid Supply Company
2265 Black Creek Road
Muskegon, MI 49444


REXEL Inc
PO BOX 743258
Los Angeles, CA 90074-3258


Roustabout Services & Insulation
PO Box 638
Tioga, ND 58852


Royal Wholesale San Leandro
PO Box 14004
Orange, CA 92863


RWB Contracting
19-29 Ditmars Blvd
Astoria, NY 11105


Safety-Kleen
P.O. Box 7170
Pasadena, CA 91109-7170

Senior Flexonics Pathway
2400 Longhorn Industrial Drive
New Braunfels, TX 78130


Shred-it
SHREDIT-IT USA
P.O. Box 101007
Pasadena, CA 91189-1007


Solano County
Dept of Resource Management
675 Texas St., Suite 5500
Fairfield, CA 94533-6341


Southwestern Welding and Machining
2751 South Foster Road
San Antonio, TX 78220


Spraying Systems Co.
PO Box 95564
Chicago, IL 60694-5564


Sprint
Acct #768918981
PO Box 4181
Carol Stream, IL 60197-4181


SRP Environmental, LLC
348 Aero Drive
Shreveport, LA 71107


Team Industrial Services
2928 37th St NW #5
Mandan, ND 58554


The National Board of Boiler & Pressure
Customer #55811
1055  Crupper Avenue
Columbus, OH 43229-1183

The Solid Waste Association of North Ame
1100 Wayne Avenue Suite 650
Silver Spring, MD 20910


THERMAL-EDGE, INC.
1751 Hurd Drive
Irving, TX 75038


Time Warner Cable
Acct#039070101
BOX 223085
Pittsburgh, PA 15251-2085


TJC INC Crane Services
P.O. BOX 962
CAMDEN, AR 71711


Top Mop
PO Box 4253
Vallejo, CA 94590


TransTech
Shinde Complex 3rd FLoor
Bavdhan Khurd
Pune, India 411021


TW Telecom
PO Box 172567
Denver, CO 80217-2567


Uline
Attn: Accounts Receivable
PO BOX 88741
Chicago, IL 60680-1741


Unico Mechanical Corp
PO Box 847
Benicia, CA 94510

Unico Mechanical Corp.
849 Jackson Street
Benical, CA


uniPoint Software, Inc.
1425 Whyte Avenue
Canada
Winnipeg, AB, Canada R3E 1V7


Unique Leasing Resource LLC
PO Box 847
Benicia, CA 94510


United Fabrication Technologies
303 Sanderson Lane
Courtland, AL 35618


United Industrial Supply Inc
P O Box 10156
El Dorado, AR 71730


US Bank
P.O. Box 790448
St. Louis, MO 63179-0448


Valley Relocation and Storage
5000 Marsh Drive
Concord, CA 94520


VeriCore
10115 Kincey Ave. #100
Huntersville, NC 28078


Verizon Wireless
PO Box 660108
Dallas, TX 75266-0108

Vernon Machine Corp.
PO Box 847
Benicia, CA 94510


Vortex Corporation
1725 Vortex Avenue
Salina, KS 67401


W. W. Gay Mechnical Contractor, Inc.
524 Stockton Street
Jacksonville, FL 32204


Walter & Prince LLP
1270 Healdsburg Ave Suite 201
Healdsburg, CA 95448


Water Environment Federation
Cusstomer #01798530-0
PO Box 418298
Boston, MA 02241-8298


Watlow
36785 Treasury Center
Chicago, IL 60694-6700


WELSCO/SMACKOVER
P.O. Box 52163
Lafayette, LA 70505-2163


Workforce Safety & Insurance
P.O. Box 5585
Bismarck, ND 58506


Wyatt Murray Electric
627 Matson Drive
Napa, CA 94558

XPV Water Fund (US) LP
c/o Standish Management, LLC
750 Battery St., 7th Floor
San Francisco, CA 94111