**Fill in this information to identify the case**

Debtor name    <u>Therma-Flite, Inc.</u>

United States Bankruptcy Court for the: <u>SOUTHERN DISTRICT OF TEXAS</u>

Case number    <u>16-33469</u>
(if known)

☐ Check if this is an amended filing

## Official Form 206A/B

## Schedule A/B: Assets -- Real and Personal Property                    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1:    Cash and cash equivalents

1.   Does the debtor have any cash or cash equivalents?

☐ No. Go to Part 2.
☑ Yes. Fill in the information below.

**All cash or cash equivalents owned or controlled by the debtor**

Current value of debtor's interest

2.   **Cash on hand**                                           _____

3.   **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | Current value |
|---|---|---|---|
| 3.1. Bank of the West | Checking account | 7 7 6 9 | $103,642.57 |
| 3.2. Bank of the West | Money Market | 9 6 6 1 | $105,016.92 |

4.   **Other cash equivalents**      *(Identify all)*

Name of institution (bank or brokerage firm)

5.   **Total of Part 1**
Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.        **$208,659.49**

### Part 2:    Deposits and prepayments

6.   Does the debtor have any deposits or prepayments?

☑ No. Go to Part 3.
☐ Yes. Fill in the information below.

Debtor __**Therma-Flite, Inc.**_____ Case number (if known) __16-33469_____
          Name

|  |  | Current value of debtor's interest |
|---|---|---|

7. **Deposits, including security deposits and utility deposits**

   Description, including name of holder of deposit

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

   Description, including name of holder of prepayment

9. **Total of Part 2.**
   Add lines 7 through 8.  Copy the total to line 81.

| $0.00 |
|---|

## Part 3:   Accounts receivable

10. **Does the debtor have any accounts receivable?**

   ☐ No.  Go to Part 4.
   ☑ Yes.  Fill in the information below.

                                                    Current value of debtor's interest

11. **Accounts receivable**

| 11a. 90 days old or less: | $308,699.96 | − | $204,331.00 | = ..............➔ | $104,368.96 |
|---|---|---|---|---|---|
|  | face amount |  | doubtful or uncollectible accounts |  |  |
| 11b. Over 90 days old: | $0.00 | − | $0.00 | = ..............➔ | $0.00 |
|  | face amount |  | doubtful or uncollectible accounts |  |  |

12. **Total of Part 3**
   Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

| $104,368.96 |
|---|

## Part 4:   Investments

13. **Does the debtor own any investments?**

   ☑ No.  Go to Part 5.
   ☐ Yes.  Fill in the information below.

|  | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|

14. **Mutual funds or publicly traded stocks not included in Part 1**

   Name of fund or stock:

15. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

   Name of entity:           % of ownership:

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

   Describe:

17. **Total of Part 4**
   Add lines 14 through 16.  Copy the total to line 83.

| $0.00 |
|---|

## Part 5:   Inventory, excluding agriculture assets

18. **Does the debtor own any inventory (excluding agriculture assets)?**

   ☐ No.  Go to Part 6.
   ☑ Yes.  Fill in the information below.

| Debtor | **Therma-Flite, Inc.** | | Case number (if known) | 16-33469 |
| | Name | | | |

| General description | Date of the last physical inventory MM/DD/YYYY | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19. Raw materials** | | | | |
| **20. Work in progress** | | | | |
| See Exhibit 1 | | | | $1,018,770.97 |
| **21. Finished goods, including goods held for resale** | | | | |
| See Exhibit 1 | | | | $344,017.32 |
| **22. Other inventory or supplies** | | | | |

**23. Total of Part 5**
Add lines 19 through 22.  Copy the total to line 84.

$1,362,788.29

**24. Is any of the property listed in Part 5 perishable?**
☐ No
☑ Yes

**25. Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
☑ No
☐ Yes.  Book value _____  Valuation method _____  Current value _____

**26. Has any of the property listed in Part 5 been appraised by a professional within the last year?**
☑ No
☐ Yes

## Part 6:  Farming and fishing-related assets (other than titled motor vehicles and land)

**27. Does the debtor own or lease any farming or fishing-related assets (other than titled motor vehicles and land)?**
☑ No.  Go to Part 7.
☐ Yes.  Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **28. Crops--either planted or harvested** | | | |
| **29. Farm animals**  *Examples:* Livestock, poultry, farm-raised fish | | | |
| **30. Farm machinery and equipment**  (Other than titled motor vehicles) | | | |
| **31. Farm and fishing supplies, chemicals, and feed** | | | |
| **32. Other farming and fishing-related property not already listed in Part 6** | | | |

**33. Total of Part 6.**
Add lines 28 through 32.  Copy the total to line 85.

$0.00

**34. Is the debtor a member of an agricultural cooperative?**
☑ No
☐ Yes.  Is any of the debtor's property stored at the cooperative?
    ☐ No
    ☐ Yes

**35. Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**
☑ No
☐ Yes.  Book value _____  Valuation method _____  Current value _____

**36. Is a depreciation schedule available for any of the property listed in Part 6?**
☑ No
☐ Yes

Debtor   __Therma-Flite, Inc._____   Case number (if known) __16-33469___
           Name

37. Has any of the property listed in Part 6 been appraised by a professional within the last year?
   ☑ No
   ☐ Yes

## Part 7:  Office furniture, fixtures, and equipment; and collectibles

38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?

   ☐ No.  Go to Part 8.
   ☑ Yes.  Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39. Office furniture** | | | |
| **40. Office fixtures** | | | |
| **41. Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| See Exhibit 2 | $309,001.00 | Book value | $232,157.43 |

42. Collectibles  *Examples:* Antiques and figurines; paintings, prints, or other
   artwork; books, pictures, or other art objects; china and crystal; stamp, coin,
   or baseball card collections; other collections, memorabilia, or collectibles

43. Total of Part 7.                                                          $232,157.43
   Add lines 39 through 42.  Copy the total to line 86.

44. Is a depreciation schedule available for any of the property listed in Part 7?
   ☐ No
   ☑ Yes

45. Has any of the property listed in Part 7 been appraised by a professional within the last year?
   ☑ No
   ☐ Yes

## Part 8:  Machinery, equipment, and vehicles

46. Does the debtor own or lease any machinery, equipment, or vehicles?

   ☐ No.  Go to Part 9.
   ☑ Yes.  Fill in the information below.

| General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **47. Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| **48. Watercraft, trailers, motors, and related accessories** Examples: Boats trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| **49. Aircraft and accessories** | | | |
| **50. Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** | | | |
| See Exhibit 3 | $256,608.00 | Book Value | $89,696.18 |

51. Total of Part 8.                                                          $89,696.18
   Add lines 47 through 50.  Copy the total to line 87.

Debtor  __Therma-Flite, Inc._____  Case number (if known) __16-33469__
        Name

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
   ☐ No
   ☑ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
   ☑ No
   ☐ Yes

## Part 9:   Real property

54. **Does the debtor own or lease any real property?**

   ☑ No.  Go to Part 10.
   ☐ Yes.  Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|

56. **Total of Part 9.**
   Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.  Copy the total to line 88.   | **$0.00** |

57. **Is a depreciation schedule available for any of the property listed in Part 9?**
   ☑ No
   ☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
   ☑ No
   ☐ Yes

## Part 10:   Intangibles and Intellectual Property

59. **Does the debtor have any interests in intangibles or intellectual property?**

   ☐ No.  Go to Part 11.
   ☑ Yes.  Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets** | | | |
| See Exhibits 4 and 5 | | | Unknown |
| 61. **Internet domain names and websites** | | | |
| www.therma-flite.com | | | Unknown |
| 62. **Licenses, franchises, and royalties** | | | |
| 63. **Customer lists, mailing lists, or other compilations** | | | |
| 64. **Other intangibles, or intellectual property** | | | |
| 65. **Goodwill** | | | |

66. **Total of Part 10.**
   Add lines 60 through 65.  Copy the total to line 89.   | **$0.00** |

Debtor  **Therma-Flite, Inc.**_____  Case number (if known)  __16-33469__
    Name

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)?

☒ No
☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☒ No
☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☒ No
☐ Yes

## Part 11: All other assets

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.  Go to Part 12.
☒ Yes.  Fill in the information below.

|  | Current value of debtor's interest |
|---|---|
| 71. **Notes receivable** | |
| Description (include name of obligor) | |
| 72. **Tax refunds and unused net operating losses (NOLs)** | |
| Description (for example, federal, state, local) | |
| Net Operating Losses                                 Tax year _____ | Unknown |
| 73. **Interests in insurance policies or annuities** | |
| 74. **Causes of action against third parties (whether or not a lawsuit has been filed)** | |
| 75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims** | |
| 76. **Trusts, equitable or future interests in property** | |
| 77. **Other property of any kind not already listed**  *Examples:* Season tickets, country club membership | |
| 78. **Total of Part 11.**  Add lines 71 through 77.  Copy the total to line 90. | $0.00 |

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

☒ No
☐ Yes

Debtor **Therma-Flite, Inc.**
_____
Name

Case number (if known) **16-33469**

## Part 12: Summary

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|

80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* — **$208,659.49**

81. **Deposits and prepayments.** *Copy line 9, Part 2.* — **$0.00**

82. **Accounts receivable.** *Copy line 12, Part 3.* — **$104,368.96**

83. **Investments.** *Copy line 17, Part 4.* — **$0.00**

84. **Inventory.** *Copy line 23, Part 5.* — **$1,362,788.29**

85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* — **$0.00**

86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* — **$232,157.43**

87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* — **$89,696.18**

88. **Real property.** *Copy line 56, Part 9.* ➔ **$0.00**

89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* — **$0.00**

90. **All other assets.** *Copy line 78, Part 11.* + **$0.00**

91. **Total.** Add lines 80 through 90 for each column. 91a. **$1,997,670.35** + 91b. **$0.00**

92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92 ................... **$1,997,670.35**

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | **Therma-Flite, Inc.** |
| United States Bankruptcy Court for the: | **SOUTHERN DISTRICT OF TEXAS** |
| Case number (if known) | **16-33469** |

☐ Check if this is an amended filing

Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible.

1. **Do any creditors have claims secured by debtor's property?**
   ☐ No.  Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   ☑ Yes.  Fill in all of the information below.

**Part 1:   List Creditors Who Have Secured Claims**

2. List in alphabetical order all creditors who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A<br>Amount of claim<br>Do not deduct the<br>value of collateral. | Column B<br>Value of collateral<br>that supports<br>this claim |
|---|---|---|

**2.1**

| Creditor's name | Describe debtor's property that is subject to a lien | $3,400,000.00 | $0.00 |
|---|---|---|---|
| **CFC** | **All Property** | | |

Creditor's mailing address
**15720 Simoni Dr.**

Describe the lien
**UCC / Agreement**

Is the creditor an insider or related party?
☑ No
☐ Yes

**San Jose          CA    95127**

Creditor's email address, if known

Is anyone else liable on this claim?
☑ No
☐ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred  _____

Last 4 digits of account number  ___  ___  ___  ___

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Do multiple creditors have an interest in the same property?
☑ No
☐ Yes.  Specify each creditor, including this creditor, and its relative priority.

3. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.

$9,340,000.00

Debtor  **Therma-Flite, Inc.**

Case number (if known) **16-33469**

---

| **Part 1:** | **Additional Page** |
| --- | --- |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | Column A<br>Amount of claim<br>Do not deduct the<br>value of collateral. | Column B<br>Value of collateral<br>that supports<br>this claim |
| --- | --- | --- |

**2.2**

**Creditor's name**
XPV Water Fund (US) LP

**Describe debtor's property that is subject to a lien**

All Property

$5,940,000.00 | $0.00

**Creditor's mailing address**
c/o Standish Management, LLC

750 Battery St., 7th Floor

**Describe the lien**

UCC / Agreement

San Francisco      CA    94111

**Is the creditor an insider or related party?**

☐ No
☑ Yes

**Creditor's email address, if known**

**Date debt was incurred**

**Is anyone else liable on this claim?**

☐ No
☑ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number** ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**

☑ No
☐ Yes.  Have you already specified the relative priority.

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

    ☐ No.  Specify each creditor, including this creditor, and its relative priority.

    ☐ Yes.  The relative priority of creditors is specified on lines _____

---

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor | **Therma-Flite, Inc.** |
| United States Bankruptcy Court for the: | **SOUTHERN DISTRICT OF TEXAS** |
| Case number (if known) | **16-33469** |

☐ Check if this is an amended filing

Official Form 206E/F

## Schedule E/F: Creditors Who Have Unsecured Claims

12/15

Be as complete and accurate as possible.  Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.  List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).  Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

| Part 1: | List All Creditors with PRIORITY Unsecured Claims |
|---|---|

1.  Do any creditors have priority unsecured claims? (See 11 U.S.C. § 507).

☑ No.  Go to Part 2.
☐ Yes.  Go to line 2.

2.  List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or part.
If more space is needed for priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  | Total claim | Priority amount |
|---|---|---|

Debtor   **Therma-Flite, Inc.**                                    Case number (if known)  **16-33469**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

3.   **List in alphabetical order all of the creditors with nonpriority unsecured claims.**  If more space is needed for nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

Amount of claim

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,696.01 |
|---|---|---|---|

**8x8 Inc.**

**Dept. 848080**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Los Angeles            CA      90084-8080

Date or dates debt was incurred

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number       ___ ___ ___ ___

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $11,305.40 |
|---|---|---|---|

**Advanced Machine Corp**

**1410 Commerce**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Benton                 AR      72015

Date or dates debt was incurred

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number       ___ ___ ___ ___

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $103.50 |
|---|---|---|---|

**Aireark**

**PO Box 778**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Hampton                AR      71744

Date or dates debt was incurred

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number       ___ ___ ___ ___

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $267.24 |
|---|---|---|---|

**Airgas USA, LLC**

**568 Northbay Drive**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Napa                   CA      94559

Date or dates debt was incurred

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number       ___ ___ ___ ___

Debtor    __Therma-Flite, Inc._____    Case number (if known) __16-33469_____

## Part 2:    Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| 3.5 | Nonpriority creditor's name and mailing address |
|---|---|

**Airgas USA, LLC**

**PO Box 676015**

**Dallas                    TX    75267-6015**

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$472.68

---

| 3.6 | Nonpriority creditor's name and mailing address |
|---|---|

**Airsystem Sales/New York Blower Company**

**PO Box 1948**

**Brentwood                  TN    37024**

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$2,952.92

---

| 3.7 | Nonpriority creditor's name and mailing address |
|---|---|

**Alhambra & Sierra Springs**

**P.O. Box 660579**

**Dallas                    TX    75266-0579**

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$119.41

---

| 3.8 | Nonpriority creditor's name and mailing address |
|---|---|

**Allied Crane Inc**

**855 No Parkside Drive**

**Pittsburg                  CA    94565**

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$953.27

Debtor __Therma-Flite, Inc.__                              Case number (if known)  __16-33469__

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.9 | Nonpriority creditor's name and mailing address |
|---|---|

As of the petition filing date, the claim is:
*Check all that apply.*

$45.65

__Allied Waste Services #210__

☐ Contingent
☐ Unliquidated
☐ Disputed

__P.O. Box 78829__

**Basis for the claim:**
_____

__Phoenix_____AZ____85062-8829__

**Is the claim subject to offset?**

Date or dates debt was incurred _____
☑ No
☐ Yes

Last 4 digits of account number __ __ __ __


| 3.10 | Nonpriority creditor's name and mailing address |
|---|---|

As of the petition filing date, the claim is:
*Check all that apply.*

$1,028.03

__AmeriGas__

☐ Contingent
☐ Unliquidated
☐ Disputed

__PO Box 660288__

**Basis for the claim:**
_____

__Dallas_____TX____75266-0288__

**Is the claim subject to offset?**

Date or dates debt was incurred _____
☑ No
☐ Yes

Last 4 digits of account number __ __ __ __


| 3.11 | Nonpriority creditor's name and mailing address |
|---|---|

As of the petition filing date, the claim is:
*Check all that apply.*

$1,636.21

__Aramark Uniform Services__

☐ Contingent
☐ Unliquidated
☐ Disputed

__P.O. Box 101338__

**Basis for the claim:**
_____

__Pasadena_____CA____91189-0005__

**Is the claim subject to offset?**

Date or dates debt was incurred _____
☑ No
☐ Yes

Last 4 digits of account number __ __ __ __


| 3.12 | Nonpriority creditor's name and mailing address |
|---|---|

As of the petition filing date, the claim is:
*Check all that apply.*

$192.22

__AT&T__

☐ Contingent
☐ Unliquidated
☐ Disputed

__PO Box 6463__

**Basis for the claim:**
_____

__Carol Stream_____IL____60197-6463__

**Is the claim subject to offset?**

Date or dates debt was incurred _____
☑ No
☐ Yes

Last 4 digits of account number __ __ __ __

Debtor   **Therma-Flite, Inc.**                                    Case number (if known)   **16-33469**

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.13** Nonpriority creditor's name and mailing address

$2,250.00

**Atlanta Gear Works, Inc.**

**433 Hightower Parkway**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

**Dawnsonville**          GA     30534

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.14** Nonpriority creditor's name and mailing address

$803.05

**Atlas Copco Compressor LLC**

**1800 Overview Drive**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

**Rock Hill**          SC     29730

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.15** Nonpriority creditor's name and mailing address

$114,489.40

**Aventine Hill Partners, Inc.**

**PO Box 678318**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

**Dallas**          TX     75267-8318

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.16** Nonpriority creditor's name and mailing address

$4,000.00

**Baldor Electric Company**

**26827 Network Place**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

**Chicago**          IL     60673-1268

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

---

Debtor   **Therma-Flite, Inc.**                                         Case number (if known)   **16-33469**

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| 3.17 | Nonpriority creditor's name and mailing address |
|---|---|

As of the petition filing date, the claim is:
*Check all that apply.*

**Bay Bolt**

**4610 Malat St.**

☐ Contingent
☐ Unliquidated
☐ Disputed

$596.47

**Basis for the claim:** _____

**Oakland**                    **CA    94601**

Date or dates debt was incurred    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number    __ __ __ __

| 3.18 | Nonpriority creditor's name and mailing address |
|---|---|

As of the petition filing date, the claim is:
*Check all that apply.*

**BDO USA LLP**

**PO BOX 31001-0860**

☐ Contingent
☐ Unliquidated
☐ Disputed

$34,930.00

**Basis for the claim:** _____

**Pasadena**                    **CA    91110-0860**

Date or dates debt was incurred    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number    __ __ __ __

| 3.19 | Nonpriority creditor's name and mailing address |
|---|---|

As of the petition filing date, the claim is:
*Check all that apply.*

**Beitzel Corporation**

**333 Corporate Drive**

☐ Contingent
☐ Unliquidated
☐ Disputed

$129,583.90

**Basis for the claim:** _____

**Grantsville**                    **MD    21536**

Date or dates debt was incurred    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number    __ __ __ __

| 3.20 | Nonpriority creditor's name and mailing address |
|---|---|

As of the petition filing date, the claim is:
*Check all that apply.*

**BENDER US**

**2150 EAST 37th**

☐ Contingent
☐ Unliquidated
☐ Disputed

$9,135.00

**Basis for the claim:** _____

**VERNON**                    **CA    90058**

Date or dates debt was incurred    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number    __ __ __ __

Debtor __Therma-Flite, Inc.__                                    Case number (if known) __16-33469__

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.21** Nonpriority creditor's name and mailing address

__Bradshaw Industrial Supply Inc__

__15436 27th Court East__

__Parish__                       FL      34219

Date or dates debt was incurred   _____

Last 4 digits of account number   ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   _____

Is the claim subject to offset?
☒ No
☐ Yes

$320.88

---

**3.22** Nonpriority creditor's name and mailing address

__C & C Auto__

__4251 Park Road__

__Benicia__                      CA      94510

Date or dates debt was incurred   _____

Last 4 digits of account number   ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   _____

Is the claim subject to offset?
☒ No
☐ Yes

$1,642.56

---

**3.23** Nonpriority creditor's name and mailing address

__California Motor Controlsinc__

__3070 Bay Vista Court Suite C__

__Benicia__                      CA      94510

Date or dates debt was incurred   _____

Last 4 digits of account number   ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   _____

Is the claim subject to offset?
☒ No
☐ Yes

$88.10

---

**3.24** Nonpriority creditor's name and mailing address

__Canon__

__14904 Collections Center Drive__

__Chicago__                      IL      60693-0149

Date or dates debt was incurred   _____

Last 4 digits of account number   ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   _____

Is the claim subject to offset?
☒ No
☐ Yes

$605.52

---

Official Form 206E/F                Schedule E/F: Creditors Who Have Unsecured Claims                page 7

Debtor   __Therma-Flite, Inc._____   Case number (if known) __16-33469_____

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

| 3.25 | Nonpriority creditor's name and mailing address |

__CCP - California Centrifugal Pump__

__PO Box 847__

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$1,915.50

__Benicia__                    __CA__    __94510__

**Basis for the claim:** _____

Date or dates debt was incurred   _____

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number   __ __ __ __

---

| 3.26 | Nonpriority creditor's name and mailing address |

__Central Air Equipment  Ltd.__

__#1 – 7887 49th Avenue__

__Canada__

__Red Deer, AB, Canada T4P 2B4__

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$80,017.00

**Basis for the claim:** _____

Date or dates debt was incurred   _____

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number   __ __ __ __

---

| 3.27 | Nonpriority creditor's name and mailing address |

__Choate, Hall & Stewart LLP__

__Two International Place__

__c/o Collections Department__

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$17,789.23

__Boston__                    __MA__   __02110-4104__

**Basis for the claim:** _____

Date or dates debt was incurred   _____

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number   __ __ __ __

---

| 3.28 | Nonpriority creditor's name and mailing address |

__Citrix Online__

__File 50264__

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$746.25

__Los Angeles__                __CA__   __90074-0264__

**Basis for the claim:** _____

Date or dates debt was incurred   _____

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number   __ __ __ __

---

Debtor __Therma-Flite, Inc._____     Case number (if known) __16-33469___

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $165.00 |

__City of Benicia_____

__Business License Renewal #80140170_____

__250 East L Street_____

☐ Contingent
☐ Unliquidated
☐ Disputed

__Benicia_____ CA    94510____

**Basis for the claim:** _____

Date or dates debt was incurred   _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number   __ __ __ __

---

| 3.30 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $725.00 |

__Copytech Services_____

__11 Moore Ct._____

☐ Contingent
☐ Unliquidated
☐ Disputed

__Oakley_____ CA    94561____

**Basis for the claim:** _____

Date or dates debt was incurred   _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number   __ __ __ __

---

| 3.31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,440.00 |

__D & M Electric, Inc._____

__136 Vanderbilt Drive_____

☐ Contingent
☐ Unliquidated
☐ Disputed

__Bowling Green_____ KY    42103____

**Basis for the claim:** _____

Date or dates debt was incurred   _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number   __ __ __ __

---

| 3.32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $87.00 |

__Delaware Department of Transportation_____

__P.O. Box 697_____

☐ Contingent
☐ Unliquidated
☐ Disputed

__Dover_____ DE    19903-0697__

**Basis for the claim:** _____

Date or dates debt was incurred   _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number   __ __ __ __

Debtor __Therma-Flite, Inc._____   Case number (if known) __16-33469_____

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| 3.33 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:
*Check all that apply.* | **$1,465.00** |

__Dell_____

__Payment Processing Center_____

__P.O. Box 5275_____

☐ Contingent
☐ Unliquidated
☐ Disputed

__Carol Stream_____ IL ____60197-5275__

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.34 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:
*Check all that apply.* | **$3,958.51** |

__Delta Pump & Systems_____

__PO Box 338_____

_____

☐ Contingent
☐ Unliquidated
☐ Disputed

__Eighy Four_____ PA ____15330__

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.35 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:
*Check all that apply.* | **$1,525.65** |

__Detroit Nameplate Etching Co_____

__13000 Capital Ave._____

_____

☐ Contingent
☐ Unliquidated
☐ Disputed

__Oak Park_____ MI ____48237__

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.36 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:
*Check all that apply.* | **$2,206.00** |

__DeZURIK Inc c/o Eco-Tech_____

__8619 Solution Center_____

_____

☐ Contingent
☐ Unliquidated
☐ Disputed

__Chicago_____ IL ____60677-8006__

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor  **Therma-Flite, Inc.**                                    Case number (if known)  **16-33469**

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.37** Nonpriority creditor's name and mailing address

**Dorothy Raley, Collector**

**101 N. Washington Room 106**

**El Dorado**                AR      **71730**

Date or dates debt was incurred   _____

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _____

Is the claim subject to offset?
☑ No
☐ Yes

$30,109.26

---

**3.38** Nonpriority creditor's name and mailing address

**Dwyer Instruments Inc.**

**P.O. Box 338**

**Michigan City**             IN      **46361**

Date or dates debt was incurred   _____

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _____

Is the claim subject to offset?
☑ No
☐ Yes

$68.00

---

**3.39** Nonpriority creditor's name and mailing address

**Edge Inspection Group Inc**

**4576 E 2nd Street Suite C**

**Benicia**                 CA      **94510**

Date or dates debt was incurred   _____

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _____

Is the claim subject to offset?
☑ No
☐ Yes

$1,513.75

---

**3.40** Nonpriority creditor's name and mailing address

**El Dorado Water Utilities**

**Account #15257092**

**PO Box 1587**

**El Dorado**                AZ      **71731-1587**

Date or dates debt was incurred   _____

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _____

Is the claim subject to offset?
☑ No
☐ Yes

$306.64

---

| Debtor | Therma-Flite, Inc. | Case number (if known) | 16-33469 |

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.41** Nonpriority creditor's name and mailing address

$221.81

Elliot Electric Supply

P.O. Box 630610

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Nacogdoches          TX      75963-0610

Basis for the claim:

Date or dates debt was incurred

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number  __ __ __ __

**3.42** Nonpriority creditor's name and mailing address

$20,912.39

Endress+Hauser Inc. c/o IPT Group

Dept 78795 / P.O. Box 78000

Detroit, MI 48278-07985

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number  __ __ __ __

**3.43** Nonpriority creditor's name and mailing address

$35.71

Entergy

PO Box 8101

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Baton Rouge          LA      70891-8101

Basis for the claim:

Date or dates debt was incurred

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number  __ __ __ __

**3.44** Nonpriority creditor's name and mailing address

$1,477.48

Falcon Industries Inc

P O Box 74350

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Cleveland          OH      44194-4350

Basis for the claim:

Date or dates debt was incurred

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number  __ __ __ __

Debtor **Therma-Flite, Inc.**          Case number (if known) **16-33469**

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.          Amount of claim

---

| 3.45 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,345.32 |
|---|---|---|---|

**Fike C/O Power Equipment**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.46 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $99.07 |
|---|---|---|---|

**First Choice Services**

**10055 Regal Row**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

**Houston                TX      77040**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.47 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $11,341.60 |
|---|---|---|---|

**FISHERBROYLES LLP IOLATA TRUST ACCT**

**P. O. BOX 935079**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

**ATLANTA                GA      31193-5079**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.48 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $122.71 |
|---|---|---|---|

**Fisheries Supply Inc.**

**1900 N. Northlake Way # 10**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

**Seattle                WA    98103**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | Therma-Flite, Inc. | Case number (if known) | 16-33469 |

---

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

| 3.49 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $541.05 |

Flow International

PO Box 749647

☐ Contingent
☐ Unliquidated
☐ Disputed

Los Angeles    CA    90074-9647

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**

Last 4 digits of account number  ☑ No
☐ Yes

---

| 3.50 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $249.55 |

FORKLIFT MOBILE INC

1080 NIMITZ AVENUE SUITE#130

☐ Contingent
☐ Unliquidated
☐ Disputed

VALLEJO    CA    94592

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**

Last 4 digits of account number  ☑ No
☐ Yes

---

| 3.51 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,626.07 |

Franchise Tax Board

PO Box 942857

☐ Contingent
☐ Unliquidated
☐ Disputed

Sacramento    CA    94257-0531

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**

Last 4 digits of account number  ☑ No
☐ Yes

---

| 3.52 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $252,932.37 |

Fulton

3981 Port Street Box 267

☐ Contingent
☐ Unliquidated
☐ Disputed

Pulaski    NY    13142

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**

Last 4 digits of account number  ☑ No
☐ Yes

---

Debtor  __Therma-Flite, Inc.__                                    Case number (if known) __16-33469__

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the
previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

| 3.53 | Nonpriority creditor's name and mailing address |
|---|---|

As of the petition filing date, the claim is:
*Check all that apply.*

$654.75

__Gardner Denver Nash LLC__

__P.O. Box 952453__

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

__St. Louis__                    MO      __63195-2453__

Date or dates debt was incurred         _____

**Is the claim subject to offset?**

Last 4 digits of account number    __ __ __ __

☑ No
☐ Yes

---

| 3.54 | Nonpriority creditor's name and mailing address |
|---|---|

As of the petition filing date, the claim is:
*Check all that apply.*

$24.35

__Global Equipment Company__

__29833 Network Place__

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

__Chicago__                    IL      __60673-1298__

Date or dates debt was incurred         _____

**Is the claim subject to offset?**

Last 4 digits of account number    __ __ __ __

☑ No
☐ Yes

---

| 3.55 | Nonpriority creditor's name and mailing address |
|---|---|

As of the petition filing date, the claim is:
*Check all that apply.*

$5,520.70

__Goble Sampson Associates Inc.__

__3500 So. Main Street Suite 200__

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

__Salt Lake City__                UT      __84115__

Date or dates debt was incurred         _____

**Is the claim subject to offset?**

Last 4 digits of account number    __ __ __ __

☑ No
☐ Yes

---

| 3.56 | Nonpriority creditor's name and mailing address |
|---|---|

As of the petition filing date, the claim is:
*Check all that apply.*

$0.00

__Gordon & Rees__

__Attn: Marie Holvick__

__275 Battery St. #2000__

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  __Unknown__

__San Francisco__                CA      __94111__

Date or dates debt was incurred         _____

**Is the claim subject to offset?**

Last 4 digits of account number    __ __ __ __

☑ No
☐ Yes

---

Debtor   **Therma-Flite, Inc.**                                    Case number (if known)   **16-33469**

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.57 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $50.00 |

**H & H X-Ray Services Inc**

**104 Enterprise Street**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**West Monroe**          **LA**   **71292**

Date or dates debt was incurred

**Is the claim subject to offset?**
☒ No
☐ Yes

Last 4 digits of account number   __ __ __ __

---

| 3.58 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,773.13 |

**Hayward Pipe & Supply Company**

**3218 Diablo Ave**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Hayward**          **CA**   **94545**

Date or dates debt was incurred

**Is the claim subject to offset?**
☒ No
☐ Yes

Last 4 digits of account number   __ __ __ __

---

| 3.59 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $795.60 |

**HEATEC INC**

**P.O. BOX 2008**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**CHATTANOOGA**          **TN**   **37409**

Date or dates debt was incurred

**Is the claim subject to offset?**
☒ No
☐ Yes

Last 4 digits of account number   __ __ __ __

---

| 3.60 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $684.57 |

**Hepco**

**630 East Faulkner**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**El Dorado**          **AR**   **71730**

Date or dates debt was incurred

**Is the claim subject to offset?**
☒ No
☐ Yes

Last 4 digits of account number   __ __ __ __

---

Debtor    __Therma-Flite, Inc.__                                    Case number (if known) __16-33469__

| Part 2: | Additional Page |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.61 | Nonpriority creditor's name and mailing address |

__Hill Oil Company LLC__

__PO Box 958384__

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

__St. Louis__                    __MO__     __63195-8384__

Date or dates debt was incurred

Last 4 digits of account number     __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

$2,227.13

| 3.62 | Nonpriority creditor's name and mailing address |

__Historic Arsenal Park1__

__940 Tyler #2__

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

__Benicia__                        __CA__     __94510__

Date or dates debt was incurred

Last 4 digits of account number     __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

$2,376.14

| 3.63 | Nonpriority creditor's name and mailing address |

__Holiday Inn Express__

__1375 East 5th Street__

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

__Benicia__                        __CA__     __94510__

Date or dates debt was incurred

Last 4 digits of account number     __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

$601.68

| 3.64 | Nonpriority creditor's name and mailing address |

__HR Direct__

__PO Box 451179__

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

__Sunrise__                        __FL__     __33345-1179__

Date or dates debt was incurred

Last 4 digits of account number     __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

$84.72

Official Form 206E/F          Schedule E/F: Creditors Who Have Unsecured Claims

| Debtor | Therma-Flite, Inc. | Case number (if known) | 16-33469 |
|---|---|---|---|

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

| 3.65 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $6,766.20 |
|---|---|---|---|

HR Options

1401 Willow Pass Road

Suite 820

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

| Concord | CA | 94520 |
|---|---|---|

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.66 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $12,638.75 |
|---|---|---|---|

Hughes Arrell Kinchen LLP

1221 McKinney St

Suite 3150

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

| Houston | TX | 77010 |
|---|---|---|

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.67 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $1,055.71 |
|---|---|---|---|

Hydradyne, LLC

P.O. Box 974799

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

| Dallas | TX | 75397-4799 |
|---|---|---|

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.68 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $1,412.84 |
|---|---|---|---|

Hypertherm

PO Box 843935

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

| Dallas | TX | 75284 |
|---|---|---|

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor   **Therma-Flite, Inc.**                                    Case number (if known)   **16-33469**

| **Part 2:** | **Additional Page** |
| --- | --- |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

                                                                    Amount of claim

| **3.69** | Nonpriority creditor's name and mailing address |
| --- | --- |

**Industrial Instrument Co.**                                       $3,612.85

**5810 Wade Road**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Baytown**                    TX    **77521**

**Basis for the claim:**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

| **3.70** | Nonpriority creditor's name and mailing address |
| --- | --- |

**Infotek Solutions**                                               $5,349.91

**4747 Research Forest Dr**

**Suite 180-237**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**The Woodlands**              TX    **77381**

**Basis for the claim:**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

| **3.71** | Nonpriority creditor's name and mailing address |
| --- | --- |

**IPFS Corporation**                                                $33,750.65

**Account #CAF-331588**

**PO Box 100391**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Pasadena**                   CA    **91189-0391**

**Basis for the claim:**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

| **3.72** | Nonpriority creditor's name and mailing address |
| --- | --- |

**J.P. Whitney & Associates LLC**                                   $2,625.00

**Attn: Joyce Ross**

**17429 State Route 292**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Kenton**                     OH    **43326**

**Basis for the claim:**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

| Debtor | Therma-Flite, Inc. | Case number (if known) | 16-33469 |
|---|---|---|---|

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.73** Nonpriority creditor's name and mailing address

John Crane Inc

24929 Network Place

Chicago     IL    60673-1249

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

$3,673.97

---

**3.74** Nonpriority creditor's name and mailing address

Kadant Johnson Inc.

4989 Solution Center

Chicago     IL    60677-4009

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

$12,540.38

---

**3.75** Nonpriority creditor's name and mailing address

KallanderGroup, Inc.

282 Central St Unit 9

Hudson, MA 1749

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

$11,007.35

---

**3.76** Nonpriority creditor's name and mailing address

Ken's Discount Building Materials Inc

1200 Northwest Ave.

El Dorado     AR    71730

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

$1,003.89

---

| Debtor | Therma-Flite, Inc. | Case number (if known) | 16-33469 |

---

## Part 2:  Additional Page

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.77**  Nonpriority creditor's name and mailing address

Kinard's LLC

4905 Junction City Hwy

El Dorado                              AR      71730

Date or dates debt was incurred  _____

Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  _____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$522.86

---

**3.78**  Nonpriority creditor's name and mailing address

Kleinfelder Canada, Inc

2200, 700-6th Ave SW

Canada

Calgary, AB, Canada

Date or dates debt was incurred  _____

Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  _____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$50,325.00

---

**3.79**  Nonpriority creditor's name and mailing address

KWS MANUFACTURINGCOMPANY LTD.

3041 Conveyor Drive

Burleson                              TX      76028

Date or dates debt was incurred  _____

Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  _____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$41,953.19

---

**3.80**  Nonpriority creditor's name and mailing address

Ladner & Associates PC

The Kirby Mansion 2000 Smith Street

Houston                              TX      77002

Date or dates debt was incurred  _____

Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  _____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$742.50

---

Debtor   __Therma-Flite, Inc._____   Case number (if known)   __16-33469__

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

---

| 3.81 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | Amount of claim<br>**$9,112.02** |
|---|---|---|---|

__Lamons Gasket Company__

__P.O. Box 203061__

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

__Dallas__                    TX    __75320-3061__

Date or dates debt was incurred   _____

Last 4 digits of account number   __ __ __ __

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.82 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$27,078.37** |
|---|---|---|---|

__LANDO & ANASTASI__

__One Main Street__

__Cambridge, MA 2142__

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

Date or dates debt was incurred   _____

Last 4 digits of account number   __ __ __ __

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.83 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$4,130.00** |
|---|---|---|---|

__LARRY FOWLER TRUCKING, INC.__

__1499 Hwy 82 Bypass W.__

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

__Magnolia__                  AR    __71753__

Date or dates debt was incurred   _____

Last 4 digits of account number   __ __ __ __

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.84 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$112.00** |
|---|---|---|---|

__Lippincott Supply Co. Inc.__

__105 Lincoln Road West__

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

__Vallejo__                   CA    __94590__

Date or dates debt was incurred   _____

Last 4 digits of account number   __ __ __ __

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor   **Therma-Flite, Inc.**                                    Case number (if known)   **16-33469**

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.85 | Nonpriority creditor's name and mailing address |
|---|---|

**Little Rock Valve & Fitting Swagelok**

**P O BOX 329**

**SHAWNEE MISSION          KS      66201**

Date or dates debt was incurred

Last 4 digits of account number     __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

$3,334.59

| 3.86 | Nonpriority creditor's name and mailing address |
|---|---|

**Martin Sprocket & Gear Inc**

**P.O. Box 974066**

**Dallas          TX      75397-4066**

Date or dates debt was incurred

Last 4 digits of account number     __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

$12,000.00

| 3.87 | Nonpriority creditor's name and mailing address |
|---|---|

**McMaster-Carr**

**P.O. Box 7690**

**Chicago          IL      60680-7690**

Date or dates debt was incurred

Last 4 digits of account number     __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

$214.82

| 3.88 | Nonpriority creditor's name and mailing address |
|---|---|

**Memphis Control Center Inc.**

**P.O. Box 40510**

**Memphis          TN      38174-0510**

Date or dates debt was incurred

Last 4 digits of account number     __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

$578.25

| Debtor | Therma-Flite, Inc. | Case number (if known) | 16-33469 |

## Part 2:   Additional Page

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.89** Nonpriority creditor's name and mailing address

Midwest Laboratories

13611 B Street

Omaha                     NE      68144-3693

Date or dates debt was incurred  _____

Last 4 digits of account number  ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _____

Is the claim subject to offset?
☑ No
☐ Yes

**$314.00**

---

**3.90** Nonpriority creditor's name and mailing address

Miller Insulation Co Inc

3520 E Century Avenue

P.O. Box 1393

Bismark                   ND      58502-1393

Date or dates debt was incurred  _____

Last 4 digits of account number  ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _____

Is the claim subject to offset?
☑ No
☐ Yes

**$3,500.00**

---

**3.91** Nonpriority creditor's name and mailing address

Mistras Group, Inc.

195 Clarksville Road

Princeton Junction, NJ 8550

Date or dates debt was incurred  _____

Last 4 digits of account number  ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _____

Is the claim subject to offset?
☑ No
☐ Yes

**$5,479.00**

---

**3.92** Nonpriority creditor's name and mailing address

Monty & Ramirez LLP

150 W. Parker Third Floor

Houston                   TX      77076

Date or dates debt was incurred  _____

Last 4 digits of account number  ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _____

Is the claim subject to offset?
☑ No
☐ Yes

**$809.61**

---

Debtor    **Therma-Flite, Inc.**                                    Case number (if known)    **16-33469**

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| 3.93 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $33,833.10 |

**Motion Industries Inc Ruston Industrial**

**P O Box 849737**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Dallas**          TX    **75284**

Date or dates debt was incurred          _____

Is the claim subject to offset?

Last 4 digits of account number   __ __ __ __

☑ No
☐ Yes

| 3.94 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $257.09 |

**Need Computer Help.com**

**4200 Research Forest Drive**

**Suite 140**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**The Woodlands**       TX    **77381**

Date or dates debt was incurred          _____

Is the claim subject to offset?

Last 4 digits of account number   __ __ __ __

☑ No
☐ Yes

| 3.95 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $121,943.25 |

**Nord Gear Corporation**

**PO Box 355**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   **Unknown**

**Dubuque**          IA    **52004-0355**

Date or dates debt was incurred          _____

Is the claim subject to offset?

Last 4 digits of account number   __ __ __ __

☑ No
☐ Yes

| 3.96 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $489.32 |

**Office Depot, Inc.**

**Account #14631373**

**PO Box 660113**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Dallas**          TX    **75266-0113**

Date or dates debt was incurred          _____

Is the claim subject to offset?

Last 4 digits of account number   __ __ __ __

☑ No
☐ Yes

Debtor  **Therma-Flite, Inc.** _____  Case number (if known) **16-33469** _____

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| 3.97 | Nonpriority creditor's name and mailing address | | **$405.41** |

As of the petition filing date, the claim is:
*Check all that apply.*

**Office Equipment of Southern Arkansas**

**116 Wrights Lane**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**El Dorado**          **AR    71730**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**Is the claim subject to offset?**
☑ No
☐ Yes

| 3.98 | Nonpriority creditor's name and mailing address | | **$1,805.10** |

As of the petition filing date, the claim is:
*Check all that apply.*

**Omega Engineering Inc**

**P.O. Box 405369**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Atlanta**          **GA    30384-5369**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**Is the claim subject to offset?**
☑ No
☐ Yes

| 3.99 | Nonpriority creditor's name and mailing address | | **$7,842.60** |

As of the petition filing date, the claim is:
*Check all that apply.*

**Ozark Fluid Power Inc**

**10801 Otter Creek E. Blvd.**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Mabelvale**          **AR    72103**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**Is the claim subject to offset?**
☑ No
☐ Yes

| 3.100 | Nonpriority creditor's name and mailing address | | **$6,000.00** |

As of the petition filing date, the claim is:
*Check all that apply.*

**Pacific Mechanical Supply**

**13705 Milroy Place**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Santa Fe Springs**          **CA    90670**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor   **Therma-Flite, Inc.** _____   Case number (if known) **16-33469** _____

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.101 | Nonpriority creditor's name and mailing address |

**Pacific Steel & Recycling**

**1805 U.S. 2**

**Havre**                         **MT**     **59501**

Date or dates debt was incurred   _____

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   _____

Is the claim subject to offset?
☑ No
☐ Yes

**$1,273.36**

| 3.102 | Nonpriority creditor's name and mailing address |

**Patrick J.J. Kelly**

**P.O. Box 75268**

**Seattle**                       **WA**    **98125-0268**

Date or dates debt was incurred   _____

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   _____

Is the claim subject to offset?
☑ No
☐ Yes

**$7,024.00**

| 3.103 | Nonpriority creditor's name and mailing address |

**PERIDOT Precision Mfg**

**1072 Serpentine Lane**

**Pleasanton**                    **CA**    **94566**

Date or dates debt was incurred   _____

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   _____

Is the claim subject to offset?
☑ No
☐ Yes

**$1,579.28**

| 3.104 | Nonpriority creditor's name and mailing address |

**Peter Commerford**

Date or dates debt was incurred   _____

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   _____

Is the claim subject to offset?
☑ No
☐ Yes

**$82.33**

Debtor __Therma-Flite, Inc._____   Case number (if known) __16-33469_____

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.105** Nonpriority creditor's name and mailing address

__Phoenix Oil Heater_____

__8282 N. 75th Avenue_____

_____

__Peoria_____ AZ ___85345____

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

**$92,370.00**

---

**3.106** Nonpriority creditor's name and mailing address

__Pitney Bowes, Inc._____

__Acct #2185-4653-86-8_____

__PO Box 371896_____

__Pittsburgh_____ PA ___15250-7896__

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

**$313.92**

---

**3.107** Nonpriority creditor's name and mailing address

__Pittsburg Winsupply_____

__691 Garcia Ave_____

_____

__Pittsburg_____ CA ___94565____

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

**$34,803.16**

---

**3.108** Nonpriority creditor's name and mailing address

__Powerhouse Combustion & Mechanical Corp__

__3410 W Maywood Ave_____

_____

__Santa Ana_____ CA ___92704____

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

**$7,475.00**

---

Debtor   __Therma-Flite, Inc.__   Case number (if known)  __16-33469__

| Part 2: | Additional Page |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.109**  Nonpriority creditor's name and mailing address

__PPG Protective & Marine Coatings__

__P O Box 842409__

__Boston__                      MA     __02284-2409__

Date or dates debt was incurred   _____

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   _____

Is the claim subject to offset?
☑ No
☐ Yes

$1,862.44

---

**3.110**  Nonpriority creditor's name and mailing address

__Principal Life Insurance Company__

__P.O. Box 10372__

__Des Moines__                  IA     __50306__

Date or dates debt was incurred   _____

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   _____

Is the claim subject to offset?
☑ No
☐ Yes

$2,614.70

---

**3.111**  Nonpriority creditor's name and mailing address

__Process & Power Inc__

__P.O. Box 18675__

__Memphis__                     TN     __38181__

Date or dates debt was incurred   _____

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   _____

Is the claim subject to offset?
☑ No
☐ Yes

$45,472.77

---

**3.112**  Nonpriority creditor's name and mailing address

__Pumping Solutions Inc.__

__1400 S. Vineyard Avenue__

__Ontario__                     CA     __91761__

Date or dates debt was incurred   _____

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   _____

Is the claim subject to offset?
☑ No
☐ Yes

$3,443.71

---

Debtor    **Therma-Flite, Inc.** _____    Case number (if known)  **16-33469** _____

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.113 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$4,178.26** |

**Ray Morgan Company**

**3131 Esplande**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

| Chico | CA | 95973 |

Date or dates debt was incurred

**Is the claim subject to offset?**

Last 4 digits of account number ☑ No
☐ Yes

| 3.114 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$203.24** |

**Ready Refresh by Nestle**

**P.O. BOX 856680**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

| LOUISVILLE | KY | 40285-6680 |

Date or dates debt was incurred

**Is the claim subject to offset?**

Last 4 digits of account number ☑ No
☐ Yes

| 3.115 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$311.75** |

**Reddy Ice Corporation**

**P.O. Box 730505**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

| Dallas | TX | 75373-0505 |

Date or dates debt was incurred

**Is the claim subject to offset?**

Last 4 digits of account number ☑ No
☐ Yes

| 3.116 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$370.91** |

**Reid Supply Company**

**2265 Black Creek Road**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

| Muskegon | MI | 49444 |

Date or dates debt was incurred

**Is the claim subject to offset?**

Last 4 digits of account number ☑ No
☐ Yes

Debtor   **Therma-Flite, Inc.**                                          Case number (if known)  **16-33469**

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| 3.117 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $43,476.95 |

**REXEL Inc**

**PO BOX 743258**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Los Angeles**            **CA    90074-3258**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.118 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,810.03 |

**Roustabout Services & Insulation**

**PO Box 638**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Tioga**            **ND    58852**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.119 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,474.38 |

**Royal Wholesale San Leandro**

**PO Box 14004**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Orange**            **CA    92863**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.120 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,700.00 |

**RWB Contracting**

**19-29 Ditmars Blvd**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Astoria**            **NY    11105**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | Therma-Flite, Inc. | Case number (if known) | 16-33469 |

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

| 3.121 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $255.00 |

Safety-Kleen

P.O. Box 7170

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Pasadena                    CA    91109-7170

Date or dates debt was incurred

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number     __ __ __ __

---

| 3.122 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,553.33 |

Senior Flexonics Pathway

2400 Longhorn Industrial Drive

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

New Braunfels                TX    78130

Date or dates debt was incurred

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number     __ __ __ __

---

| 3.123 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $722.77 |

Shred-it

SHREDIT-IT USA

P.O. Box 101007

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Pasadena                    CA    91189-1007

Date or dates debt was incurred

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number     __ __ __ __

---

| 3.124 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $853.00 |

Solano County

Dept of Resource Management

675 Texas St., Suite 5500

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Fairfield                    CA    94533-6341

Date or dates debt was incurred

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number     __ __ __ __

---

Debtor   __Therma-Flite, Inc.__                                    Case number (if known)  __16-33469__

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.125**  Nonpriority creditor's name and mailing address

__Southwestern Welding and Machining__

__2751 South Foster Road__

__San Antonio__                        TX      __78220__

Date or dates debt was incurred

Last 4 digits of account number        __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

$7,576.95

---

**3.126**  Nonpriority creditor's name and mailing address

__Spraying Systems Co.__

__PO Box 95564__

__Chicago__                          IL      __60694-5564__

Date or dates debt was incurred

Last 4 digits of account number        __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

$3,374.12

---

**3.127**  Nonpriority creditor's name and mailing address

__Sprint__

__Acct #768918981__

__PO Box 4181__

__Carol Stream__                     IL      __60197-4181__

Date or dates debt was incurred

Last 4 digits of account number        __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

$242.97

---

**3.128**  Nonpriority creditor's name and mailing address

__SRP Environmental, LLC__

__348 Aero Drive__

__Shreveport__                       LA      __71107__

Date or dates debt was incurred

Last 4 digits of account number        __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

$295.00

---

Official Form 206E/F        Schedule E/F: Creditors Who Have Unsecured Claims        page 33

Debtor **Therma-Flite, Inc.**          Case number (if known) **16-33469**

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.129** Nonpriority creditor's name and mailing address          $3,896.70

Team Industrial Services

2928 37th St NW #5

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Mandan          ND     58554

Basis for the claim:

Date or dates debt was incurred

Last 4 digits of account number  ___ ___ ___ ___

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

**3.130** Nonpriority creditor's name and mailing address          $226.80

The National Board of Boiler & Pressure

Customer #55811

1055 Crupper Avenue

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Columbus          OH     43229-1183

Basis for the claim:

Date or dates debt was incurred

Last 4 digits of account number  ___ ___ ___ ___

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

**3.131** Nonpriority creditor's name and mailing address          $398.00

The Solid Waste Association of North Ame

1100 Wayne Avenue Suite 650

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Silver Spring          MD     20910

Basis for the claim:

Date or dates debt was incurred

Last 4 digits of account number  ___ ___ ___ ___

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

**3.132** Nonpriority creditor's name and mailing address          $5,826.18

THERMAL-EDGE, INC.

1751 Hurd Drive

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Irving          TX     75038

Basis for the claim:

Date or dates debt was incurred

Last 4 digits of account number  ___ ___ ___ ___

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

Debtor   **Therma-Flite, Inc.**                                    Case number (if known)   **16-33469**

---

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| 3.133 | Nonpriority creditor's name and mailing address |
|---|---|

As of the petition filing date, the claim is:
*Check all that apply.*

**Time Warner Cable**

Acct#039070101

BOX 223085

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

$1,409.26

Pittsburgh            PA      15251-2085

Date or dates debt was incurred   _____

Last 4 digits of account number   __ __ __ __

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.134 | Nonpriority creditor's name and mailing address |
|---|---|

As of the petition filing date, the claim is:
*Check all that apply.*

**TJC INC Crane Services**

**P.O. BOX 962**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

$1,867.50

CAMDEN               AR     71711

Date or dates debt was incurred   _____

Last 4 digits of account number   __ __ __ __

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.135 | Nonpriority creditor's name and mailing address |
|---|---|

As of the petition filing date, the claim is:
*Check all that apply.*

**Top Mop**

**PO Box 4253**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

$1,100.00

Vallejo              CA     94590

Date or dates debt was incurred   _____

Last 4 digits of account number   __ __ __ __

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.136 | Nonpriority creditor's name and mailing address |
|---|---|

As of the petition filing date, the claim is:
*Check all that apply.*

**TransTech**

**Shinde Complex 3rd FLoor**

**Bavdhan Khurd**

**Pune, India 411021**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

$1,892.00

Date or dates debt was incurred   _____

Last 4 digits of account number   __ __ __ __

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | **Therma-Flite, Inc.** | Case number (if known) | **16-33469** |

---

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| **3.137** | Nonpriority creditor's name and mailing address |
|---|---|

**TW Telecom**

**PO Box 172567**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**$8,118.77**

**Denver**          **CO**    **80217-2567**

**Basis for the claim:** _____

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

---

| **3.138** | Nonpriority creditor's name and mailing address |
|---|---|

**Uline**

**Attn: Accounts Receivable**

**PO BOX 88741**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**$1,913.79**

**Chicago**          **IL**    **60680-1741**

**Basis for the claim:** _____

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

---

| **3.139** | Nonpriority creditor's name and mailing address |
|---|---|

**Unico Mechanical Corp**

**1209 Polk St.**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**$48,025.72**

**Benicia**          **CA**    **94510**

**Basis for the claim:** **Unknown**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

---

| **3.140** | Nonpriority creditor's name and mailing address |
|---|---|

**uniPoint Software, Inc.**

**1425 Whyte Avenue**

**Canada**

**Winnipeg, AB, Canada R3E 1V7**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**$5,000.00**

**Basis for the claim:** _____

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

---

Debtor __Therma-Flite, Inc._____   Case number (if known) __16-33469_____

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.   Amount of claim

---

**3.141** Nonpriority creditor's name and mailing address

__Unique Leasing Resource LLC__

__PO Box 847__

_____

__Benicia_____ **CA**   __94510__

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$27,630.40

---

**3.142** Nonpriority creditor's name and mailing address

__United Fabrication Technologies__

__303 Sanderson Lane__

_____

__Courtland_____ **AL**   __35618__

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$950.00

---

**3.143** Nonpriority creditor's name and mailing address

__United Industrial Supply Inc__

__P O Box 10156__

_____

__El Dorado_____ **AR**   __71730__

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$111.36

---

**3.144** Nonpriority creditor's name and mailing address

__US Bank__

__P.O. Box 790448__

_____

__St. Louis_____ **MO**   __63179-0448__

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$4,384.98

---

Debtor   **Therma-Flite, Inc.**                                    Case number (if known)   **16-33469**

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.145** Nonpriority creditor's name and mailing address

**Valley Relocation and Storage**

**5000 Marsh Drive**

**Concord**                    **CA    94520**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?

☑ No
☐ Yes

$1,941.70

---

**3.146** Nonpriority creditor's name and mailing address

**VeriCore**

**10115 Kincey Ave. #100**

**Huntersville**                **NC    28078**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Unknown**

Is the claim subject to offset?

☑ No
☐ Yes

$0.00

---

**3.147** Nonpriority creditor's name and mailing address

**Verizon Wireless**

**PO Box 660108**

**Dallas**                      **TX    75266-0108**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?

☑ No
☐ Yes

$2,303.95

---

**3.148** Nonpriority creditor's name and mailing address

**Vernon Machine Corp.**

**PO Box 847**

**Benicia**                     **CA    94510**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?

☑ No
☐ Yes

$150.00

---

Debtor   __Therma-Flite, Inc.__                                    Case number (if known) __16-33469__

## Part 2:   Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the
previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.149 | Nonpriority creditor's name and mailing address |
|---|---|

As of the petition filing date, the claim is:
*Check all that apply.*

$13,411.78

__Vortex Corporation__

☐ Contingent
☐ Unliquidated
☐ Disputed

__1725 Vortex Avenue__

**Basis for the claim:**

__Salina__          KS    __67401__

Date or dates debt was incurred   _____

Is the claim subject to offset?

☑ No
☐ Yes

Last 4 digits of account number   __ __ __ __

| 3.150 | Nonpriority creditor's name and mailing address |
|---|---|

As of the petition filing date, the claim is:
*Check all that apply.*

$35,386.00

__W. W. Gay Mechnical Contractor, Inc.__

☐ Contingent
☐ Unliquidated
☐ Disputed

__524 Stockton Street__

**Basis for the claim:**

__Jacksonville__          FL    __32204__

Date or dates debt was incurred   _____

Is the claim subject to offset?

☑ No
☐ Yes

Last 4 digits of account number   __ __ __ __

| 3.151 | Nonpriority creditor's name and mailing address |
|---|---|

As of the petition filing date, the claim is:
*Check all that apply.*

$800.00

__Walter & Prince LLP__

☐ Contingent
☐ Unliquidated
☐ Disputed

__1270 Healdsburg Ave Suite 201__

**Basis for the claim:**

__Healdsburg__          CA    __95448__

Date or dates debt was incurred   _____

Is the claim subject to offset?

☑ No
☐ Yes

Last 4 digits of account number   __ __ __ __

| 3.152 | Nonpriority creditor's name and mailing address |
|---|---|

As of the petition filing date, the claim is:
*Check all that apply.*

$7,239.74

__Water Environment Federation__

☐ Contingent
☐ Unliquidated
☐ Disputed

__Cusstomer #01798530-0__

__PO Box 418298__

**Basis for the claim:**

__Boston__          MA    __02241-8298__

Date or dates debt was incurred   _____

Is the claim subject to offset?

☑ No
☐ Yes

Last 4 digits of account number   __ __ __ __

Debtor    **Therma-Flite, Inc.**                          Case number (if known)   **16-33469**

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

| **3.153** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $72.55 |

**Watlow**

**36785 Treasury Center**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Chicago**          IL      **60694-6700**

Date or dates debt was incurred

**Is the claim subject to offset?**

Last 4 digits of account number
☑ No
☐ Yes

---

| **3.154** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $826.77 |

**WELSCO/SMACKOVER**

**P.O. Box 52163**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Lafayette**          LA      **70505-2163**

Date or dates debt was incurred

**Is the claim subject to offset?**

Last 4 digits of account number
☑ No
☐ Yes

---

| **3.155** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,612.55 |

**Workforce Safety & Insurance**

**P.O. Box 5585**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Bismarck**          ND      **58506**

Date or dates debt was incurred

**Is the claim subject to offset?**

Last 4 digits of account number
☑ No
☐ Yes

---

| **3.156** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $10,725.00 |

**Wyatt Murray Electric**

**627 Matson Drive**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Napa**          CA      **94558**

Date or dates debt was incurred

**Is the claim subject to offset?**

Last 4 digits of account number
☑ No
☐ Yes

---

Debtor __Therma-Flite, Inc.__                              Case number (if known)  __16-33469__

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

5.   Add the amounts of priority and nonpriority unsecured claims.

Total of claim amounts

5a.  **Total claims from Part 1**                          5a. _____**$0.00**

5b.  **Total claims from Part 2**                          5b. **+** _____**$1,667,107.52**

5c.  **Total of Parts 1 and 2**                            5c. | **$1,667,107.52** |
     Lines 5a + 5b = 5c.

**Fill in this information to identify the case:**

Debtor name: __Therma-Flite, Inc.__

United States Bankruptcy Court for the: __SOUTHERN DISTRICT OF TEXAS__

Case number (if known): __16-33469__          Chapter __7__

☐ Check if this is an amended filing

Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases          12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**

   ☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

   ☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| 2.1 | State what the contract or lease is for and the nature of the debtor's interest | Storage of product and some parts | 849 Jackson St. Lease |
| | | | 849 Jackson Street |
| | State the term remaining | 10/15/16 | |
| | List the contract number of any government contract | | Benicia          CA          94510 |
| 2.2 | State what the contract or lease is for and the nature of the debtor's interest | Design and manufacture of technology for biosolids drying application Contract to be ASSUMED | CDM Smith |
| | | | 6751 West Jones Ave. |
| | State the term remaining | | |
| | List the contract number of any government contract | | Zellwood          FL          32798 |
| 2.3 | State what the contract or lease is for and the nature of the debtor's interest | EHS consultant | Dave Bressert |
| | | | 1533 Daren Drive |
| | State the term remaining | | |
| | List the contract number of any government contract | | Wylie          TX          75098 |
| 2.4 | State what the contract or lease is for and the nature of the debtor's interest | Legal counsel services for Therma-Flite | GC Consulting Solutions, PLLC |
| | | | 3333 Allen Parkway |
| | | | Suite 2601 |
| | State the term remaining | | |
| | List the contract number of any government contract | | Houston          TX          77019 |

Debtor    __Therma-Flite, Inc.__                                   Case number (if known)  __16-33469__

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

List all contracts and unexpired leases

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| 2.5 | State what the contract or lease is for and the nature of the debtor's interest | Benicia Bay Office Contract is in DEFAULT | Historical Arsenal Park |
| | | | 945 Tyler St. |
| | State the term remaining | | |
| | List the contract number of any government contract | | Benicia          CA       94510 |
| 2.6 | State what the contract or lease is for and the nature of the debtor's interest | IT service provided to Therma-Flite | Infotek Solutions |
| | | | 4747 Research forest Dr. |
| | | | Suite 180-237 |
| | State the term remaining | | |
| | List the contract number of any government contract | | The Woodlands      TX       77381 |
| 2.7 | State what the contract or lease is for and the nature of the debtor's interest | payroll and benefit processor | Insperity |
| | | | 19001 Crescent Springs Dr. |
| | State the term remaining | | |
| | List the contract number of any government contract | | Kingwood          TX       77339-3802 |
| 2.8 | State what the contract or lease is for and the nature of the debtor's interest | Prototype screw pyrolizer | Joint Development Agreement |
| | | | Agilyx |
| | | | 9600 SW Nimbus |
| | | | Suite 260 |
| | State the term remaining | | |
| | List the contract number of any government contract | | Beaverton          OR       97008 |
| 2.9 | State what the contract or lease is for and the nature of the debtor's interest | Design and manufacture for thermal desorption system Contract to be ASSUMED | Newalta |
| | | | 211-11 Avenue SW |
| | | | Calgary, AB T2R OC6 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Debtor    __Therma-Flite, Inc._____    Case number (if known) __16-33469___

███    **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| 2.10 | State what the contract or lease is for and the nature of the debtor's interest | Design and manufacture for thermal desorption system<br>Contract to be ASSUMED | Nuverra |
|---|---|---|---|
| | | | 14624 N. Scottsdale Rd. |
| | | | Suite 300 |
| | State the term remaining | | |
| | List the contract number of any government contract | | Scottsdale            AZ         85254 |
| 2.11 | State what the contract or lease is for and the nature of the debtor's interest | Leased printers | Ray Morgan Company |
| | | | 3131 Esplanada |
| | State the term remaining | 01/03/19 | |
| | List the contract number of any government contract | | Chico                 CA         95973 |
| 2.12 | State what the contract or lease is for and the nature of the debtor's interest | Copier leases | U.S. Bank |
| | | | 1310 Madrid St. |
| | | | Suite 101 |
| | State the term remaining | 12/19/18 | |
| | List the contract number of any government contract | | Marshall              MN         56258 |
| 2.13 | State what the contract or lease is for and the nature of the debtor's interest | The Woodlands office lease | Venture Technology Center V Bldg. |
| | | | c/o Patrick J.J. Kelly |
| | | | P.O. Box 75268 |
| | State the term remaining | 11/30/16 | |
| | List the contract number of any government contract | | Seattle               WA         98125 |
| 2.14 | State what the contract or lease is for and the nature of the debtor's interest | Design and manufacture for thermal desorption system<br>Contract to be ASSUMED | Waste Management |
| | | | 1001 Fannin St. |
| | State the term remaining | | |
| | List the contract number of any government contract | | Houston               TX         77002 |

Debtor     **Therma-Flite, Inc.**                                        Case number (if known)  **16-33469**

### ■ Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

List all contracts and unexpired leases

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| 2.15 | State what the contract or lease is for and the nature of the debtor's interest | **Manufacturing service for customer installation** | **Wisconsin Dells** |
| | | | **c/o Staab Construction** |
| | | | **1800 Laemie Ave.** |
| | State the term remaining | **Q1 2017** | **P.O. Box 900** |
| | List the contract number of any government contract | | **Marshfield**          **WI**      **54449** |

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
<tr><td>Debtor name</td><td><strong>Therma-Flite, Inc.</strong></td></tr>
<tr><td colspan="2">United States Bankruptcy Court for the: <strong>SOUTHERN DISTRICT OF TEXAS</strong></td></tr>
<tr><td>Case number<br>(if known)</td><td><strong>16-33469</strong></td></tr>
</table>

☐ Check if this is an amended filing

## Official Form 206H

## Schedule H: Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

1.  **Does the debtor have any codebtors?**
    ☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
    ☑ Yes

2.  In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G.* Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| *Column 1: Codebtor* | | *Column 2: Creditor* | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | Check all schedules<br>that apply: |
| 2.1 Therma-Flite Holdings, Inc. | 4200 Research Forest Dr.<br><sub>Number    Street</sub><br>Suite 350<br>The Woodlands        TX    77381<br><sub>City                State   ZIP Code</sub> | XPV Water Fund (US) LP | ☑ D<br>☐ E/F<br>☐ G |
| 2.2 Therma-Flite Industrial, Inc. | 4200 Research Forest Dr.<br><sub>Number    Street</sub><br>Suite 350<br>The Woodlands        TX    77381<br><sub>City                State   ZIP Code</sub> | XPV Water Fund (US) LP | ☑ D<br>☐ E/F<br>☐ G |
| 2.3 Therma-Flite Manufacturing, LLC | 4200 Research Forest Dr.<br><sub>Number    Street</sub><br>Suite 350<br>The Woodlands        TX    77381<br><sub>City                State   ZIP Code</sub> | XPV Water Fund (US) LP | ☑ D<br>☐ E/F<br>☐ G |
| 2.4 Therma-Flite TX, Inc. | 4200 Research Forest Dr.<br><sub>Number    Street</sub><br>Suite 350<br>The Woodlands        TX    77381<br><sub>City                State   ZIP Code</sub> | XPV Water Fund (US) LP | ☑ D<br>☐ E/F<br>☐ G |

**Fill in this information to identify the case:**

Debtor Name **Therma-Flite, Inc.**

United States Bankruptcy Court for the: **SOUTHERN DISTRICT OF TEXAS**

Case number (if known): **16-33469**

☐ Check if this is an amended filing

Official Form 206Sum

## Summary of Assets and Liabilities for Non-Individuals

12/15

### Part 1:   Summary of Assets

1.   *Schedule A/B: Assets--Real and Personal Property* (Official Form 206A/B)

    1a.   **Real property:**
    Copy line 88 from Schedule A/B.................................................................... **$0.00**

    1b.   **Total personal property:**
    Copy line 91A from Schedule A/B.................................................................. **$1,997,670.35**

    1c.   **Total of all property**
    Copy line 92 from Schedule A/B.................................................................... **$1,997,670.35**

### Part 2:   Summary of Liabilities

2.   *Schedule D: Creditors Who Hold Claims Secured by Property* (Official Form 206D)
    Copy the total dollar amount listed in Column A, Amount of claim, at the bottom of page 1 of Schedule D................. **$9,340,000.00**

3.   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

    3a.   **Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of Schedule E/F.......................................... **$0.00**

    3b.   **Total amount of claims of non-priority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of Schedule E/F........................... **+ $1,667,107.52**

4.   **Total liabilities**
    Lines 2 + 3a + 3b................................................................................. **$11,007,107.52**

**Fill in this information to identify the case and this filing:**

Debtor Name    __Therma-Flite, Inc.__

United States Bankruptcy Court for the: __SOUTHERN DISTRICT OF TEXAS__

Case number    __16-33469__
(if known)

## Official Form 202

## Declaration Under Penalty of Perjury for Non-Individual Debtors                     12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑ *Schedule A/B: Assets--Real and Personal Property* (Official Form 206A/B)

☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☑ *Schedule H: Codebtors* (Official Form 206H)

☑ *A Summary of Assets and Liabilities for Non-Individuals* (Official Form 206-Summary)

☐ Amended Schedule _____

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __07 / 27 / 2016__          X _____
        MM / DD / YYYY                Signature of individual signing on behalf of debtor

                                          Joshua Scott
                                            Printed name

                                            Authorized Agent
                                            Position or relationship to debtor

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | **Therma-Flite, Inc.** |
| United States Bankruptcy Court for the: | **SOUTHERN DISTRICT OF TEXAS** |
| Case number (if known) | **16-33469** |

☐ Check if this is an amended filing

Official Form 207

## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy                04/16

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

### Part 1:   Income

**1.   Gross revenue from business**

☐ None

Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year

| | | | | Sources of revenue<br>Check all that apply. | Gross revenue<br>(before deductions<br>and exclusions |
|---|---|---|---|---|---|
| From the beginning of the fiscal year to filing date: | From **01/01/2016**<br>MM / DD / YYYY | to | Filing date | ☑ Operating a business<br>☐ Other _____ | **$1,200,000.00** |
| For prior year: | From **01/01/2015**<br>MM / DD / YYYY | to | **12/31/2015**<br>MM / DD / YYYY | ☑ Operating a business<br>☐ Other _____ | **$18,656,000.00** |
| For the year before that: | From **01/01/2014**<br>MM / DD / YYYY | to | **12/31/2014**<br>MM / DD / YYYY | ☑ Operating a business<br>☐ Other _____ | **$34,879,000.00** |

**2.   Non-business revenue**

Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☑ None

### Part 2:   List Certain Transfers Made Before Filing for Bankruptcy

**3.   Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None

| Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer<br>Check all that apply |
|---|---|---|---|
| 3.1.   **See Exhibit 6**<br>Creditor's name<br><br>Street<br><br><br>City                              State      ZIP Code | _____ | _____ | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |

Debtor    __Therma-Flite, Inc._____    Case number (if known) __16-33469_____
          Name

**4.    Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or co-signed by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.)  Do not include any payments listed in line 3.  Insiders include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor.  11 U.S.C. § 101(31).

☐ None

|      | Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|------|---------------------------|-------|----------------------|-------------------------------|
| 4.1. | **Joshua Scott**<br>Insider's name<br>**106 Blanton Bend Ct.**<br>Street | 7/06/16 | **$15,000.00** | |
|      | **Montgomery**   **TX**  **77316**<br>City   State  ZIP Code | | | |
|      | **Relationship to debtor** | | | |

|      | Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|------|---------------------------|-------|----------------------|-------------------------------|
| 4.2. | **Ray Dobrosky**<br>Insider's name<br>**28215 Churchill Ct.**<br>Street | 7/06/16 | **$10,000.00** | |
|      | **Fulshear**   **TX**  **77441**<br>City   State  ZIP Code | | | |
|      | **Relationship to debtor** | | | |

**5.    Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller.  Do not include property listed in line 6.

☑ None

**6.    Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☑ None

Debtor  __Therma-Flite, Inc._____   Case number (if known) __16-33469_____
            Name

7.   **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
     List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor
     was involved in any capacity--within 1 year before filing this case.

☐ None

| | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | Bowling Green Municipal Utility District v. Therma-Flite, Inc. | Defective equipment | **U.S. District Court, Kentucky** <br> Name <br> **241 East Main Street** <br> Street | ☑ Pending <br> ☐ On appeal <br> ☐ Concluded |
| | Case number <br> **1:16-CV-00023** | | **Bowling Green    KY   42101** <br> City          State   ZIP Code | |
| 7.2. | U.S. Bank, NA v. Therma-Flite, Inc. | Default on printer lease | **5th Judicial Dist. Lyon County Minnes** <br> Name <br> **607 West Main** <br> Street | ☑ Pending <br> ☐ On appeal <br> ☐ Concluded |
| | Case number <br> **Unknown** | | **Marshall        MN   56258** <br> City          State   ZIP Code | |
| 7.3. | Rexel, Inc. v. Therma-Flite, Inc. | Breach of agreement | **Superior Court, State of California** <br> Name <br> **580 Texas Street** <br> Street | ☑ Pending <br> ☐ On appeal <br> ☐ Concluded |
| | Case number <br> **FCS046753** | | **Fairchild      CA   94533** <br> City          State   ZIP Code | |
| 7.4. | Wyatt Murray Electric v. Therma-Flite, Inc. | Breach of contract/warranty | **Superior Court of California** <br> Name <br> **580 Texas Street** <br> Street | ☑ Pending <br> ☐ On appeal <br> ☐ Concluded |
| | Case number <br> **FCM149352** | | **Fairfield      CA   94533** <br> City          State   ZIP Code | |
| 7.5. | Prayon v. Therma-Flite, Inc. | Equipment performance | **USDC, Southern Dist. of Georgia** <br> Name <br> **600 James Brown Blvd.** <br> Street | ☑ Pending <br> ☐ On appeal <br> ☐ Concluded |
| | Case number <br> **1:145-CV-00235** | | **Augusta        GA   30901** <br> City          State   ZIP Code | |

| Debtor | **Therma-Flite, Inc.** | Case number (if known) | **16-33469** |
|---|---|---|---|
| | Name | | |

| | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|

7.6. **Process and Power v. Therma-Flite, Inc.**

Court or agency's name and address

**Tennessee**

Name

☐ Pending

Street

☐ On appeal

☐ Concluded

Case number

_____

City          State   ZIP Code

**8. Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

---

## Part 4:  Certain Gifts and Charitable Contributions

9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000

☑ None

---

## Part 5:  Certain Losses

10. All losses from fire, theft, or other casualty within 1 year before filing this case.

☐ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 206A/B *(Schedule A/B: Assets -- Real and Personal Property).* | Date of loss | Value of property lost |
|---|---|---|---|
| **Equipment damaged** | | 03/16/16 | $250,000.00 |

Debtor   **Therma-Flite, Inc.**                                        Case number (if known)   **16-33469**
         Name

| Part 6: | Certain Payments or Transfers |

**11. Payments related to bankruptcy**
List any payments or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None

| Who was paid or who received the transfer? | If not money, describe the property transferred | Dates | Total amount or value |
|---|---|---|---|
| 11.1.  **Waller Lansden Dortch & Davis, LLP** | | 06/07/16 | $7,500.00 |

**Address**

**100 Congress Avenue #1800**
Street

**Austin**            **TX**     **78701**
City                 State   ZIP Code

**Email or website address**

_____

**Who made the payment, if not debtor?**

_____

**12. Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☑ None

**13. Transfers not already listed on this statement**
List any transfers of money or other property--by sale, trade, or any other means--made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs.  Include both outright transfers and transfers made as security.  Do not include gifts or transfers previously listed on this statement.

☑ None

| Part 7: | Previous Locations |

**14. Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

**Address**                                                 **Dates of occupancy**

14.1.  **15506 Wright Brothers Dr.**                          From  **2013**      To  **Nov. 2015**
       Street
       **Suite 200**

       **Addison**            **TX**     **75001**
       City                 State   ZIP Code

Debtor    __Therma-Flite, Inc._____    Case number (if known) __16-33469_____
                Name

## Part 8:    Health Care Bankruptcies

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:

- diagnosing or treating injury, deformity, or disease, or

- providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No.  Go to Part 9.
☐ Yes.  Fill in the information below.

## Part 9:    Personally Identifiable Information

**16. Does the debtor collect and retain personally identifiable information of customers?**

☑ No.
☐ Yes.  State the nature of the information collected and retained    _____

   Does the debtor have a privacy policy about that information?
      ☐ No.
      ☐ Yes.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b) or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☑ No.  Go to Part 10.
☐ Yes.  Does the debtor serve as plan administrator?
      ☐ No.  Go to Part 10.
      ☐ Yes.  Fill in below:

## Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

**18. Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts, certificates of deposit, and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☑ None

**19. Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

Debtor   __Therma-Flite, Inc._____   Case number (if known)   __16-33469__
                Name

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case.  Do not include facilities that are in a part of a building in which the debtor does business.

☑ None

## Part 11:   Property the Debtor Holds or Controls That the Debtor Does Not Own

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns.  Include any property borrowed from, being stored for, or held in trust.  Do not list leased or rented property.

☐ None

| Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|
| __Nuverra__<br>Name | __California and Arkansas__ | Thermal desorption equipment | _____ |
| __14624 N. Scottsdale Road__<br>Street | | | |
| __Suite 300__ | | | |
| __Scottsdale        AZ    85254__<br>City            State   ZIP Code | | | |

| Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|
| __Newalta__<br>Name | __California and Arkansas__ | Thermal desorption equipment | _____ |
| __211-11 Avenue SW__<br>Street | | | |
| __Calgary        AB    T2ROC6__<br>City            State   ZIP Code | | | |

Debtor   **Therma-Flite, Inc.**                                          Case number (if known)   **16-33469**
_____                                          _____
Name

| **Part 12:** | **Details About Environmental Information** |

For the purpose of Part 12, the following definitions apply:

- *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

- *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

- *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?**
    Include settlements and orders.

    ☑ No
    ☐ Yes.  Provide details below.

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

    ☑ No
    ☐ Yes.  Provide details below.

24. **Has the debtor notified any govermental unit of any release of hazardous material?**

    ☑ No
    ☐ Yes.  Provide details below.

| **Part 13:** | **Details About the Debtor's Business or Connections to Any Business** |

25. **Other businesses in which the debtor has or has had an interest**
    List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case.  Include this information even if already listed in the Schedules.

    ☑ None

26. **Books, records, and financial statements**

    26a.  List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

    ☐ None

| Name and address | | | Dates of service | | |
|---|---|---|---|---|---|
| 26a.1. | **Ed Salay** | | From | **2012** | To   **Dec. 2013** |
| | Name | | | | |
| | **1906 Joseph Dr.** | | | | |
| | Street | | | | |
| | **Moraga** | **CA** | **94556** | | |
| | City | State | ZIP Code | | |

| Name and address | | | Dates of service | | |
|---|---|---|---|---|---|
| 26a.2. | **Ray Dobrosky** | | From | **Oct. 2015** | To   **Present** |
| | Name | | | | |
| | **28215 Churchill Ct.** | | | | |
| | Street | | | | |
| | **Fulshear** | **TX** | **77441** | | |
| | City | State | ZIP Code | | |

Debtor   **Therma-Flite, Inc.**                                    Case number (if known)   **16-33469**
    Name

26b.  List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial
statement within 2 years before filing this case.

☐ None

| Name and address | Dates of service |
| --- | --- |

26b.1.  **BDO Seidman**                                      From _____ **2014** _____ To _____ **2015** _____
Name
**50 West San Fernando St.**
Street

**San Francisco**              **CA**      **95113**
City                        State      ZIP Code

26c.  List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
| --- | --- |

26c.1.  **Joshua Scott**
Name
**4200 Research Forest Drive**
Street
**Suite 350**

**The Woodlands**             **TX**      **77381**
City                        State      ZIP Code

26d.  List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a
financial statement within 2 years before filing this case.

☐ None

Name and address

26d.1.  **CFC, Inc.**
Name
**15720 Simoni Dr.**
Street

**San Jose**                  **CA**      **95127**
City                        State      ZIP Code

Name and address

26d.2.  **Stifel**
Name
**Attn: David Gray**
Street
**1 South St.**

**Baltimore**                 **MD**      **21202**
City                        State      ZIP Code

Debtor   **Therma-Flite, Inc.**                                     Case number (if known)   **16-33469**
_____
Name

**27. Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑ No.
☐ Yes.  Give the details about the two most recent inventories.

**28.** List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Joshua Scott | 106 Blanton Bend Ct. Montgomery, TX 77316 | Director | |
| Jack Blonquist | 18 Rose Place Magnolia, TX 77355 | Director/Shareholder | 1% |

**29.** Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

☑ No
☐ Yes.  Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|

**30. Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☑ No
☐ Yes.  Identify below.

**31.** Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?

☐ No
☑ Yes.  Identify below.

Name of the parent corporation                               Employer Identification number of the parent corporation
**Therma-Flite Holdings, Inc./subsidiaries**                 EIN: **4  6 – 5  0  9  0  6  0  5**

**32.** Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?

☐ No
☑ Yes.  Identify below.

Name of the pension fund                                     Employer Identification number of the pension fund
**Benecial Arsenal 401(K) Plan**                             EIN: **9  0 – 0  2  8  6  4  5  8**

Debtor   **Therma-Flite, Inc.**
Name

Case number (if known)   **16-33469**

| Part 14: | Signature and Declaration |

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  07/22/2016
            MM/DD/YYYY

X _____
Signature of individual signing on behalf of the debtor

Position or relationship to debtor  **Authorized Agent**

Printed name  **Joshua Scott**

Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?
☑ No
☐ Yes