UNITED STATES BANKRUPTCY COURT                SOUTHERN DISTRICT OF TEXAS

## MOTION AND ORDER
## FOR ADMISSION *PRO HAC VICE*

| Division | Houston | Main Case Number | 16-33469 |
|---|---|---|---|
| Debtor | In Re: | THERMA-FLITE, INC | |

This lawyer, who is admitted to the State Bar of _____ Arizona _____ :

| Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone<br>Licensed: State & Number | Bradley A. Cosman<br>Perkins Coie LLP<br>2901 N Central Avenue, Suite 2000<br>Phoenix, Arizona 85012<br>602-351-8205<br>Arizona No. 026223 |
|---|---|

Seeks to appear as the attorney for this party:

| Badlands Power Fuels, LLC | |
|---|---|
| Dated: 7/27/16 | Signed: _____ |

| COURT USE ONLY: The applicant's state bar reports their status as: _____ . | |
|---|---|
| Dated: | Signed: _____<br>Deputy Clerk |

### Order

This lawyer is admitted *pro hac vice*.

Dated: _____          _____
                                      United States Bankruptcy Judge