**Fill in this information to identify the case**

Debtor name  __Therma-Flite, Inc.__

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF TEXAS

Case number  __16-33469__
(if known)

☑ Check if this is an
amended filing

Official Form 206A/B

## Schedule A/B: Assets -- Real and Personal Property

12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1:  Cash and cash equivalents

1.  Does the debtor have any cash or cash equivalents?

☐ No. Go to Part 2.
☑ Yes. Fill in the information below.

All cash or cash equivalents owned or controlled by the debtor

Current value of
debtor's interest

2.  Cash on hand _____

3.  Checking, savings, money market, or financial brokerage accounts *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | Current value of debtor's interest |
|---|---|---|---|
| 3.1.  **Bank of the West** | **Checking account** | 7  7  6  9 | $103,642.57 |
| 3.2.  **Bank of the West** | **Money Market** | 9  6  6  1 | $105,016.92 |

4.  Other cash equivalents  *(Identify all)*

Name of institution (bank or brokerage firm)

5.  **Total of Part 1**
Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

$208,659.49

### Part 2:  Deposits and prepayments

6.  Does the debtor have any deposits or prepayments?

☑ No. Go to Part 3.
☐ Yes. Fill in the information below.

| Debtor | Therma-Flite, Inc. | Case number (if known) | 16-33469 |
|---|---|---|---|
| | Name | | |

Current value of
debtor's interest

7. Deposits, including security deposits and utility deposits

    Description, including name of holder of deposit

8. Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent

    Description, including name of holder of prepayment

9. Total of Part 2.
    Add lines 7 through 8. Copy the total to line 81.　　　　　　　　　　　　　**$0.00**

## Part 3: Accounts receivable

10. Does the debtor have any accounts receivable?

    ☐ No. Go to Part 4.
    ☑ Yes. Fill in the information below.

Current value of
debtor's interest

11. Accounts receivable

| 11a. 90 days old or less: | $308,699.96 | – | $204,331.00 | = ............ → | $104,368.96 |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |
| 11b. Over 90 days old: | $0.00 | – | $0.00 | = ............ → | $0.00 |
| | face amount | | doubtful or uncollectible accounts | | |

12. Total of Part 3
    Current value on lines 11a + 11b = line 12. Copy the total to line 82.　　　**$104,368.96**

## Part 4: Investments

13. Does the debtor own any investments?

    ☑ No. Go to Part 5.
    ☐ Yes. Fill in the information below.

| | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|

14. Mutual funds or publicly traded stocks not included in Part 1

    Name of fund or stock:

15. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture

    Name of entity:　　　　　　　　　% of ownership:

16. Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1

    Describe:

17. Total of Part 4
    Add lines 14 through 16. Copy the total to line 83.　　　　　　　　　　**$0.00**

## Part 5: Inventory, excluding agriculture assets

18. Does the debtor own any inventory (excluding agriculture assets)?

    ☐ No. Go to Part 6.
    ☑ Yes. Fill in the information below.

Debtor __Therma-Flite, Inc._____     Case number (if known) __16-33469__
                   Name

| General description | Date of the last physical inventory MM/DD/YYYY | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19.** Raw materials | | | | |
| **20.** Work in progress | | | | |
| See Exhibit 1 | | | | $1,018,770.97 |
| **21.** Finished goods, including goods held for resale | | | | |
| See Exhibit 1 | | | | $344,017.32 |
| **22.** Other inventory or supplies | | | | |

**23.** Total of Part 5
Add lines 19 through 22. Copy the total to line 84.                              $1,362,788.29

**24.** Is any of the property listed in Part 5 perishable?
☑ No
☐ Yes

**25.** Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?
☑ No
☐ Yes. Book value _____    Valuation method _____    Current value _____

**26.** Has any of the property listed in Part 5 been appraised by a professional within the last year?
☑ No
☐ Yes

## Part 6:   Farming and fishing-related assets (other than titled motor vehicles and land)

**27.** Does the debtor own or lease any farming or fishing-related assets (other than titled motor vehicles and land)?
☑ No. Go to Part 7.
☐ Yes. Fill in the information below.

| General description | | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **28.** Crops--either planted or harvested | | | | |
| **29.** Farm animals *Examples:* Livestock, poultry, farm-raised fish | | | | |
| **30.** Farm machinery and equipment  (Other than titled motor vehicles) | | | | |
| **31.** Farm and fishing supplies, chemicals, and feed | | | | |
| **32.** Other farming and fishing-related property not already listed in Part 6 | | | | |

**33.** Total of Part 6.
Add lines 28 through 32. Copy the total to line 85.                              $0.00

**34.** Is the debtor a member of an agricultural cooperative?
☑ No
☐ Yes. Is any of the debtor's property stored at the cooperative?
      ☐ No
      ☐ Yes

**35.** Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?
☑ No
☐ Yes. Book value _____    Valuation method _____    Current value _____

**36.** Is a depreciation schedule available for any of the property listed in Part 6?
☑ No
☐ Yes

Debtor   __Therma-Flite, Inc._____   Case number (if known)  __16-33469__
          Name

37. Has any of the property listed in Part 6 been appraised by a professional within the last year?
    ☑ No
    ☐ Yes

## Part 7:  Office furniture, fixtures, and equipment; and collectibles

38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?

    ☐ No. Go to Part 8.
    ☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39. Office furniture** | | | |
| **40. Office fixtures** | | | |
| **41. Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| See Exhibit 2 | $309,001.00 | Book value | $232,157.43 |
| **42. Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |

43. Total of Part 7.
    Add lines 39 through 42. Copy the total to line 86.

    | | |
    |---|---|
    | | $232,157.43 |

44. Is a depreciation schedule available for any of the property listed in Part 7?
    ☐ No
    ☑ Yes

45. Has any of the property listed in Part 7 been appraised by a professional within the last year?
    ☑ No
    ☐ Yes

## Part 8:  Machinery, equipment, and vehicles

46. Does the debtor own or lease any machinery, equipment, or vehicles?

    ☐ No. Go to Part 9.
    ☑ Yes. Fill in the information below.

| General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **47. Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1. See Exhibit 3 | $256,608.00 | Book Value | $89,696.18 |
| **48. Watercraft, trailers, motors, and related accessories** Examples: Boats trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| **49. Aircraft and accessories** | | | |
| **50. Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** | | | |

51. Total of Part 8.
    Add lines 47 through 50. Copy the total to line 87.

    | | |
    |---|---|
    | | $89,696.18 |

Debtor   __Therma-Flite, Inc._____     Case number (if known) __16-33469__
                Name

52.  Is a depreciation schedule available for any of the property listed in Part 8?
        ☐ No
        ☑ Yes

53.  Has any of the property listed in Part 8 been appraised by a professional within the last year?
        ☑ No
        ☐ Yes

## Part 9:  Real property

54.  Does the debtor own or lease any real property?

        ☐ No.  Go to Part 10.
        ☑ Yes.  Fill in the information below.

55.  Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1.  938 Tyler St. Benizia, CA 94510 938 Tyler St. | Lease | | | $0.00 |
| 55.2.  849 Jackson Street Benizia, CA 94510 849 Jackson Street | Sublease | | | $0.00 |

56.  Total of Part 9.
        Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.  Copy the total to line 88.     $0.00

57.  Is a depreciation schedule available for any of the property listed in Part 9?
        ☑ No
        ☐ Yes

58.  Has any of the property listed in Part 9 been appraised by a professional within the last year?
        ☑ No
        ☐ Yes

## Part 10:  Intangibles and Intellectual Property

59.  Does the debtor have any interests in intangibles or intellectual property?

        ☐ No.  Go to Part 11.
        ☑ Yes.  Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60.  Patents, copyrights, trademarks, and trade secrets | | | |
| See Exhibits 4 and 5 | | | Unknown |
| 61.  Internet domain names and websites | | | |
| www.therma-flite.com | | | Unknown |

Debtor    **Therma-Flite, Inc.**                                    Case number (if known)  **16-33469**
                Name

62.  Licenses, franchises, and royalties

63.  Customer lists, mailing lists, or other compilations

64.  Other intangibles, or intellectual property

65.  Goodwill

66.  **Total of Part 10.**
     Add lines 60 through 65. Copy the total to line 89.                                          $0.00

67.  Do your lists or records include personally identifiable information of customers (as defined in 11 U.S.C. §§ 101(41A) and 107)?
     ☒ No
     ☐ Yes

68.  Is there an amortization or other similar schedule available for any of the property listed in Part 10?
     ☒ No
     ☐ Yes

69.  Has any of the property listed in Part 10 been appraised by a professional within the last year?
     ☒ No
     ☐ Yes

## Part 11:  All other assets

70.  Does the debtor own any other assets that have not yet been reported on this form?
     Include all interests in executory contracts and unexpired leases not previously reported on this form.

     ☐ No.  Go to Part 12.
     ☒ Yes.  Fill in the information below.

                                                                                    Current value of
                                                                                    debtor's interest

71.  Notes receivable

     Description (include name of obligor)

72.  Tax refunds and unused net operating losses (NOLs)

     Description (for example, federal, state, local)

     **Net Operating Losses**                              Tax year _____           **Unknown**

73.  Interests in insurance policies or annuities

74.  Causes of action against third parties (whether or not a lawsuit has been filed)

75.  Other contingent and unliquidated claims or causes of action of every nature,
     including counterclaims of the debtor and rights to set off claims

76.  Trusts, equitable or future interests in property

77.  Other property of any kind not already listed  *Examples:* Season tickets, country club membership

78.  **Total of Part 11.**
     Add lines 71 through 77. Copy the total to line 90.                                          $0.00

79.  Has any of the property listed in Part 11 been appraised by a professional within the last year?
     ☒ No
     ☐ Yes

Debtor   __Therma-Flite, Inc._____   Case number (if known)   __16-33469_____
         Name

## Part 12: Summary

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. Cash, cash equivalents, and financial assets. Copy line 5, Part 1. | $208,659.49 | |
| 81. Deposits and prepayments. Copy line 9, Part 2. | $0.00 | |
| 82. Accounts receivable. Copy line 12, Part 3. | $104,368.96 | |
| 83. Investments. Copy line 17, Part 4. | $0.00 | |
| 84. Inventory. Copy line 23, Part 5. | $1,362,788.29 | |
| 85. Farming and fishing-related assets. Copy line 33, Part 6. | $0.00 | |
| 86. Office furniture, fixtures, and equipment; and collectibles. Copy line 43, Part 7. | $232,157.43 | |
| 87. Machinery, equipment, and vehicles. Copy line 51, Part 8. | $89,696.18 | |
| 88. Real property. Copy line 56, Part 9.............................➔ | | $0.00 |
| 89. Intangibles and intellectual property. Copy line 66, Part 10. | $0.00 | |
| 90. All other assets. Copy line 78, Part 11. | + $0.00 | |
| 91. Total. Add lines 80 through 90 for each column. 91a. | $1,997,670.35 | + 91b. $0.00 |

92. Total of all property on Schedule A/B. Lines 91a + 91b = 92................................................................   $1,997,670.35

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | Therma-Flite, Inc. |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF TEXAS |
| Case number (if known) | 16-33469 |

☑ Check if this is an amended filing

## Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property                    12/15

Be as complete and accurate as possible.

1.  Do any creditors have claims secured by debtor's property?
    - ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
    - ☑ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2.  List in alphabetical order all creditors who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>Amount of claim<br>Do not deduct the<br>value of collateral. | Column B<br>Value of collateral<br>that supports<br>this claim |
|---|---|---|---|
| **2.1** Creditor's name<br>CFC | Describe debtor's property that is subject to a lien<br>Equipment, A/R | $3,400,000.00 | $680,543.71 |

**2.1** Creditor's name
CFC

Creditor's mailing address
15720 Simoni Dr.

San Jose          CA    95127

Creditor's email address, if known

Date debt was incurred

Last 4 digits of account number ___ ___ ___ ___

Do multiple creditors have an interest in the same property?
- ☐ No
- ☑ Yes. Specify each creditor, including this creditor, and its relative priority.

For Trade Accounts Receivable: 1) XPV Water Fund (US) LP; 2) CFC. For See Exhibit 1: 1) CFC. For See Exhibit 2: 1) XPV Water Fund (US) LP; 2) CFC.

Describe debtor's property that is subject to a lien
Equipment, A/R

Describe the lien
UCC / Agreement

Is the creditor an insider or related party?
- ☑ No
- ☐ Yes

Is anyone else liable on this claim?
- ☑ No
- ☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

As of the petition filing date, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Column A: $3,400,000.00
Column B: $680,543.71

3.  Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.                    $9,340,000.00

Debtor   **Therma-Flite, Inc.** _____   Case number (if known) **16-33469**

| Part 1: | Additional Page | | Column A Amount of claim Do not deduct the value of collateral. | Column B Value of collateral that supports this claim |
|---|---|---|---|---|

Copy this page only if more space is needed.  Continue numbering the lines
sequentially from the previous page.

**2.2**   Creditor's name
**XPV Water Fund (US) LP**

Creditor's mailing address
**c/o Standish Management, LLC**

**750 Battery St., 7th Floor**

_____

**San Francisco      CA    94111**

Creditor's email address, if known

_____

Date debt was incurred _____

Last 4 digits of account
number          ____  ____  ____  ____

Do multiple creditors have an interest in
the same property?

☐ No

☑ Yes.  Have you already specified the
relative priority?

　　☐ No.  Specify each creditor, including this
　　creditor, and its relative priority.

　　☑ Yes.  The relative priority of creditors is
　　specified on lines **2.1**

Describe debtor's property that is
subject to a lien

**See Exhibit 2**

Describe the lien

**UCC / Agreement**

Is the creditor an insider or related party?

☐ No

☑ Yes

Is anyone else liable on this claim?

☐ No

☑ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

$5,940,000.00                $336,526.39

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor | <u>**Therma-Flite, Inc.**</u> |
| United States Bankruptcy Court for the: | <u>SOUTHERN DISTRICT OF TEXAS</u> |
| Case number (if known) | <u>16-33469</u> |

☑ Check if this is an amended filing

### Official Form 206E/F

## Schedule E/F: Creditors Who Have Unsecured Claims

12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:   List All Creditors with PRIORITY Unsecured Claims

1.  Do any creditors have priority unsecured claims? (See 11 U.S.C. § 507).
    ☐ No. Go to Part 2.
    ☑ Yes. Go to line 2.

2.  List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or part.
    If more space is needed for priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|
| **2.1** Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $729.17 | $729.17 |

<u>Adam J. Halsband</u>

<u>87 N. Cochrans Green Circle</u>

☐ Contingent
☐ Unliquidated
☐ Disputed

<u>Spring</u>                    <u>TX</u>      <u>77381</u>

**Date or dates debt was incurred**

**Basis for the claim:**
<u>401K Withholdings</u>

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number  __ __ __ __

Specify Code subsection of PRIORITY unsecured claim:  11 U.S.C. § 507(a)( <u>5</u> )

| | | Total claim | Priority amount |
|---|---|---|---|
| **2.2** Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $93.75 | $93.75 |

<u>Andrew P. Wood</u>

<u>3885 Shafter Ave.</u>

☐ Contingent
☐ Unliquidated
☐ Disputed

<u>Oakland</u>                    <u>CA</u>    <u>94609</u>

**Date or dates debt was incurred**

**Basis for the claim:**
<u>401K Withholdings</u>

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number  __ __ __ __

Specify Code subsection of PRIORITY unsecured claim:  11 U.S.C. § 507(a)( <u>5</u> )

Debtor   __Therma-Flite, Inc.__                                    Case number (if known)   __16-33469__

| **Part 1:** | **Additional Page** |

Copy this page if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

|  | Total claim | Priority amount |
|---|---|---|

**2.3**   Priority creditor's name and mailing address

__Artem Zhernokleyev__

__7240 Belcamp St.__

Total claim $395.83    Priority amount $395.83

As of the petition filing date, the claim is: *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

__Rio Linda__                    CA      __95673__

Date or dates debt was incurred

Basis for the claim:
__401K Withholdings__

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Last 4 digits of account
number    __ __ __ __

Specify Code subsection of PRIORITY unsecured
claim:  11 U.S.C. § 507(a)(  __5__  )

---

**2.4**   Priority creditor's name and mailing address

__Cal Baze__

__500 N. Garzard__

Total claim $504.17    Priority amount $504.17

As of the petition filing date, the claim is: *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

__Shady Shores__              TX      __76208__

Date or dates debt was incurred

Basis for the claim:
__401K Withholdings__

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Last 4 digits of account
number    __ __ __ __

Specify Code subsection of PRIORITY unsecured
claim:  11 U.S.C. § 507(a)(  __5__  )

---

**2.5**   Priority creditor's name and mailing address

__Charles J. Webster__

__2020 5th Ave.__

Total claim $450.00    Priority amount $450.00

As of the petition filing date, the claim is: *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

__Havre__                    MT      __59501__

Date or dates debt was incurred

Basis for the claim:
__401K Withholdings__

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Last 4 digits of account
number    __ __ __ __

Specify Code subsection of PRIORITY unsecured
claim:  11 U.S.C. § 507(a)(  __5__  )

Debtor  __Therma-Flite, Inc._____   Case number (if known)  __16-33469_____

## Part 1:  Additional Page

Copy this page if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

|  | Total claim | Priority amount |
|---|---|---|

**2.6**  Priority creditor's name and mailing address
__Curtis Dillon_____

__180 Bayhurst Dr._____

_____

__Vallejo_____ CA____ 94591_____

Date or dates debt was incurred

_____

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim:  11 U.S.C. § 507(a)( __5__ )

As of the petition filing date, the claim is: *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
__401K Withholdings_____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Total claim: $447.92   Priority amount: $447.92

---

**2.7**  Priority creditor's name and mailing address
__Internal Revenue Service_____

__Centralized Insolvency Operation_____

__P.O. Box 7346_____

__Philadelphia_____ PA____ 19101-7346__

Date or dates debt was incurred

_____

Last 4 digits of account number  ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured claim:  11 U.S.C. § 507(a)( __8__ )

As of the petition filing date, the claim is: *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
__Taxes_____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Total claim: $56,253.80   Priority amount: $56,253.80

---

**2.8**  Priority creditor's name and mailing address
__Jack Blonquist_____

__18 Rose Pine Ct._____

_____

__Magnolia_____ TX____ 77355_____

Date or dates debt was incurred

_____

Last 4 digits of account number  ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured claim:  11 U.S.C. § 507(a)( __5__ )

As of the petition filing date, the claim is: *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
__401K Withholdings_____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Total claim: $666.67   Priority amount: $666.67

Debtor   **Therma-Flite, Inc.**                                    Case number (if known)   16-33469

| **Part 1:** | **Additional Page** |
|---|---|

Copy this page if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

|  |  | **Total claim** | **Priority amount** |
|---|---|---|---|

**2.9**  Priority creditor's name and mailing address

Joshua R. Scott

106 Blanton Bend Ct.

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $251,000.00    **Priority amount** $12,850.00

Montgomery              TX      77316

Basis for the claim:
Severance

Date or dates debt was incurred

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number  ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured claim:  11 U.S.C. § 507(a)( 4 )

---

**2.10**  Priority creditor's name and mailing address

Kevin L. Gibson

331 Marshall Drive

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $250.00    **Priority amount** $0.00

Walnut Creek            CA      94598

Basis for the claim:
401K Withholdings

Date or dates debt was incurred

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number  ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured claim:  11 U.S.C. § 507(a)( 5 )

---

**2.11**  Priority creditor's name and mailing address

Michael Shin

P.O. Box 11105

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $1,011.50    **Priority amount** $1,011.50

Pleasanton              CA      94588

Basis for the claim:
401K Withholdings

Date or dates debt was incurred

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number  ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured claim:  11 U.S.C. § 507(a)( 5 )

Debtor  __Therma-Flite, Inc._____    Case number (if known)  __16-33469__

## Part 1:    Additional Page

Copy this page if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

|  | Total claim | Priority amount |
|---|---|---|

**2.12** Priority creditor's name and mailing address

__Peter T. Commerford_____

__3316 Tiverton Ct._____

_____

__Arlington_____ __TX__  __76001__

Date or dates debt was incurred

_____

Last 4 digits of account
number  ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured
claim:  11 U.S.C. § 507(a)( __5__ )

As of the petition filing date, the claim is: *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
__401K Withholdings_____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Total claim: $1,291.67   Priority amount: $1,291.67

---

**2.13** Priority creditor's name and mailing address

__Robert A. Camfield_____

__521 Meadow Lane, Apt. 237_____

_____

__El Dorado_____ __AR__  __71730__

Date or dates debt was incurred

_____

Last 4 digits of account
number  ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured
claim:  11 U.S.C. § 507(a)( __5__ )

As of the petition filing date, the claim is: *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
__401K Withholdings_____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Total claim: $738.67   Priority amount: $738.67

---

**2.14** Priority creditor's name and mailing address

__Robert D. Nickerson_____

__181 East B Street_____

_____

__Benicia_____ __CA__  __94510__

Date or dates debt was incurred

_____

Last 4 digits of account
number  ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured
claim:  11 U.S.C. § 507(a)( __5__ )

As of the petition filing date, the claim is: *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
__401K Withholdings_____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Total claim: $666.67   Priority amount: $666.67

Debtor    Therma-Flite, Inc.                                    Case number (if known)   16-33469

| **Part 1:** | **Additional Page** |

Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

|  | Total claim | Priority amount |
|---|---|---|

**2.15**   Priority creditor's name and mailing address

State of Arkansas

Depart. of Finance and Administration

1509 West 7th Street

Little Rock                    AR      72201

Date or dates debt was incurred

_____

Last 4 digits of account
number           ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured
claim:  11 U.S.C. § 507(a)(  8  )

As of the petition filing date, the
claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
Taxes

Is the claim subject to offset?
☑ No
☐ Yes

Total claim: $635.26    Priority amount: $635.26

---

**2.16**   Priority creditor's name and mailing address

State of California

Franchise Tax Board

P.O. Box 942840

Sacramento                    CA      94240

Date or dates debt was incurred

_____

Last 4 digits of account
number           ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured
claim:  11 U.S.C. § 507(a)(  8  )

As of the petition filing date, the
claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
Taxes

Is the claim subject to offset?
☑ No
☐ Yes

Total claim: $10,296.84    Priority amount: $10,296.84

---

**2.17**   Priority creditor's name and mailing address

State of Montana

P.O. Box 5805

Helena                    MT      59604-5805

Date or dates debt was incurred

_____

Last 4 digits of account
number           ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured
claim:  11 U.S.C. § 507(a)(  8  )

As of the petition filing date, the
claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
Taxes

Is the claim subject to offset?
☑ No
☐ Yes

Total claim: $334.00    Priority amount: $334.00

Debtor   __Therma-Flite, Inc._____   Case number (if known) __16-33469_____

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |

3.  List in alphabetical order all of the creditors with nonpriority unsecured claims.  If more space is needed for nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

Amount of claim

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,696.01 |

8x8 Inc.

Dept. 848080

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Los Angeles                    CA      90084-8080

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**Is the claim subject to offset?**
☑ No
☐ Yes

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $11,305.40 |

Advanced Machine Corp

1410 Commerce

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Benton                          AR      72015

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**Is the claim subject to offset?**
☑ No
☐ Yes

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $103.50 |

Aireark

PO Box 778

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Hampton                        AR      71744

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**Is the claim subject to offset?**
☑ No
☐ Yes

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $267.24 |

Airgas USA, LLC

568 Northbay Drive

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Napa                            CA      94559

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor   __Therma-Flite, Inc.__                                    Case number (if known)   __16-33469__

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.5 | Nonpriority creditor's name and mailing address |
|---|---|

As of the petition filing date, the claim is:
*Check all that apply.*

$472.68

Airgas USA, LLC

PO Box 676015

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

Dallas                          TX     75267-6015

Date or dates debt was incurred   _____

Last 4 digits of account number   __ __  __ __  __ __  __ __

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.6 | Nonpriority creditor's name and mailing address |
|---|---|

As of the petition filing date, the claim is:
*Check all that apply.*

$2,952.92

Airsystem Sales/New York Blower Company

PO Box 1948

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

Brentwood                       TN     37024

Date or dates debt was incurred   _____

Last 4 digits of account number   __ __  __ __  __ __  __ __

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address |
|---|---|

As of the petition filing date, the claim is:
*Check all that apply.*

$119.41

Alhambra & Sierra Springs

P.O. Box 660579

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

Dallas                          TX     75266-0579

Date or dates debt was incurred   _____

Last 4 digits of account number   __ __  __ __  __ __  __ __

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.8 | Nonpriority creditor's name and mailing address |
|---|---|

As of the petition filing date, the claim is:
*Check all that apply.*

$953.27

Allied Crane Inc

855 No Parkside Drive

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

Pittsburg                       CA     94565

Date or dates debt was incurred   _____

Last 4 digits of account number   __ __  __ __  __ __  __ __

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor   **Therma-Flite, Inc.**                                      Case number (if known)   16-33469

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.9**   Nonpriority creditor's name and mailing address                                              $45.65

Allied Waste Services #210

P.O. Box 78829

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Phoenix                          AZ      85062-8829

Basis for the claim:

Date or dates debt was incurred

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number      ___ ___ ___ ___

**3.10**   Nonpriority creditor's name and mailing address                                            $1,028.03

AmeriGas

PO Box 660288

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Dallas                            TX      75266-0288

Basis for the claim:

Date or dates debt was incurred

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number      ___ ___ ___ ___

**3.11**   Nonpriority creditor's name and mailing address                                            $1,636.21

Aramark Uniform Services

P.O. Box 101338

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Pasadena                          CA      91189-0005

Basis for the claim:

Date or dates debt was incurred

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number      ___ ___ ___ ___

**3.12**   Nonpriority creditor's name and mailing address                                             $192.22

AT&T

PO Box 6463

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Carol Stream                      IL      60197-6463

Basis for the claim:

Date or dates debt was incurred

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number      ___ ___ ___ ___

Debtor __Therma-Flite, Inc.__    Case number (if known) __16-33469__

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.    Amount of claim

---

| 3.13 | Nonpriority creditor's name and mailing address | | $2,250.00 |
|---|---|---|---|

__Atlanta Gear Works, Inc.__

__433 Hightower Parkway__

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

__Dawnsonville__          GA    __30534__

Basis for the claim:

Date or dates debt was incurred

Last 4 digits of account number  ___ ___ ___ ___

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | | $803.05 |
|---|---|---|---|

__Atlas Copco Compressor LLC__

__1800 Overview Drive__

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

__Rock Hill__          SC    __29730__

Basis for the claim:

Date or dates debt was incurred

Last 4 digits of account number  ___ ___ ___ ___

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

| 3.15 | Nonpriority creditor's name and mailing address | | $114,489.40 |
|---|---|---|---|

__Aventine Hill Partners, Inc.__

__PO Box 678318__

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

__Dallas__          TX    __75267-8318__

Basis for the claim:

Date or dates debt was incurred

Last 4 digits of account number  ___ ___ ___ ___

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address | | $4,000.00 |
|---|---|---|---|

__Baldor Electric Company__

__26827 Network Place__

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

__Chicago__          IL    __60673-1268__

Basis for the claim:

Date or dates debt was incurred

Last 4 digits of account number  ___ ___ ___ ___

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

Debtor   __Therma-Flite, Inc.__                                    Case number (if known) __16-33469__

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.                     Amount of claim

| 3.17 | Nonpriority creditor's name and mailing address | | $596.47 |

As of the petition filing date, the claim is:
*Check all that apply.*

Bay Bolt

4610 Malat St.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Oakland                          CA    94601          **Basis for the claim:**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

---

| 3.18 | Nonpriority creditor's name and mailing address | | $34,930.00 |

As of the petition filing date, the claim is:
*Check all that apply.*

BDO USA LLP

PO BOX 31001-0860

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Pasadena                        CA    91110-0860      **Basis for the claim:**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

---

| 3.19 | Nonpriority creditor's name and mailing address | | $129,583.90 |

As of the petition filing date, the claim is:
*Check all that apply.*

Beltzel Corporation

333 Corporate Drive

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Grantsville                      MD    21536          **Basis for the claim:**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

---

| 3.20 | Nonpriority creditor's name and mailing address | | $9,135.00 |

As of the petition filing date, the claim is:
*Check all that apply.*

BENDER US

2150 EAST 37th

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

VERNON                           CA    90058          **Basis for the claim:**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

---

Official Form 206E/F          Schedule E/F: Creditors Who Have Unsecured Claims                    page 11

Debtor    __Therma-Flite, Inc._____    Case number (if known) __16-33469_____

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $320.88 |
|---|---|---|---|

__Bradshaw Industrial Supply Inc__

__15436 27th Court East__

☐ Contingent
☐ Unliquidated
☐ Disputed

__Parish_____ FL____ 34219__

**Basis for the claim:**

Date or dates debt was incurred    _____

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number    ___ ___ ___ ___

---

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $1,642.56 |
|---|---|---|---|

__C & C Auto__

__4251 Park Road__

☐ Contingent
☐ Unliquidated
☐ Disputed

__Benicia_____ CA____ 94510__

**Basis for the claim:**

Date or dates debt was incurred    _____

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number    ___ ___ ___ ___

---

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $88.10 |
|---|---|---|---|

__California Motor Controlsinc__

__3070 Bay Vista Court Suite C__

☐ Contingent
☐ Unliquidated
☐ Disputed

__Benicia_____ CA____ 94510__

**Basis for the claim:**

Date or dates debt was incurred    _____

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number    ___ ___ ___ ___

---

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $605.52 |
|---|---|---|---|

__Canon__

__14904 Collections Center Drive__

☐ Contingent
☐ Unliquidated
☐ Disputed

__Chicago_____ IL____ 60693-0149__

**Basis for the claim:**

Date or dates debt was incurred    _____

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number    ___ ___ ___ ___

Debtor   __Therma-Flite, Inc.__                                    Case number (if known) __16-33469__

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.25** Nonpriority creditor's name and mailing address

__CCP - California Centrifugal Pump__

__PO Box 847__

__Benicia__                              __CA    94510__

Date or dates debt was incurred

Last 4 digits of account number      ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

$1,915.50

---

**3.26** Nonpriority creditor's name and mailing address

__Central Air Equipment  Ltd.__

__#1 -- 7887 49th Avenue__

__Canada__

__Red Deer, AB, Canada T4P 2B4__

Date or dates debt was incurred

Last 4 digits of account number      ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

$80,017.00

---

**3.27** Nonpriority creditor's name and mailing address

__Choate, Hall & Stewart LLP__

__Two International Place__

__c/o Collections Department__

__Boston__                              __MA    02110-4104__

Date or dates debt was incurred

Last 4 digits of account number      ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

$17,789.23

---

**3.28** Nonpriority creditor's name and mailing address

__Citrix Online__

__File 50264__

__Los Angeles__                         __CA    90074-0264__

Date or dates debt was incurred

Last 4 digits of account number      ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

$746.25

---

Debtor __Therma-Flite, Inc._____   Case number (if known) __16-33469_____

| Part 2: | Additional Page |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $165.00 |

City of Benicia

Business License Renewal #80140170

250 East L Street

Benicia                         CA      94510

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim:

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
- [x] No
- [ ] Yes

| 3.30 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $725.00 |

Copytech Services

11 Moore Ct.

Oakley                          CA      94561

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim:

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
- [x] No
- [ ] Yes

| 3.31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,440.00 |

D & M Electric, Inc.

136 Vanderbilt Drive

Bowling Green                   KY      42103

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim:

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
- [x] No
- [ ] Yes

| 3.32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $87.00 |

Delaware Department of Transportation

P.O. Box 697

Dover                           DE      19903-0697

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim:

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
- [x] No
- [ ] Yes

Debtor __Therma-Flite, Inc.__                                      Case number (if known) __16-33469__

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.                    Amount of claim

| 3.33 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,465.00 |

Dell

Payment Processing Center

P.O. Box 5275

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Carol Stream                IL      60197-5275

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.34 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,958.51 |

Delta Pump & Systems

PO Box 338

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Eighy Four                PA      15330

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.35 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,525.65 |

Detroit Nameplate Etching Co

13000 Capital Ave.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Oak Park                MI      48237

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.36 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,206.00 |

DeZURIK Inc c/o Eco-Tech

8619 Solution Center

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Chicago                IL      60677-8006

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor __Therma-Flite, Inc._____     Case number (if known) __16-33469_____

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.37 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $30,109.26 |
|---|---|---|---|

Dorothy Raley, Collector

101 N. Washington Room 106

☐ Contingent
☐ Unliquidated
☐ Disputed

El Dorado                AR        71730

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

| 3.38 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $68.00 |
|---|---|---|---|

Dwyer Instruments Inc.

P.O. Box 338

☐ Contingent
☐ Unliquidated
☐ Disputed

Michigan City                IN        46361

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

| 3.39 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,513.75 |
|---|---|---|---|

Edge Inspection Group Inc

4576 E 2nd Street Suite C

☐ Contingent
☐ Unliquidated
☐ Disputed

Benicia                CA        94510

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

| 3.40 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $306.64 |
|---|---|---|---|

El Dorado Water Utilities

Account #15257092

PO Box 1587

☐ Contingent
☐ Unliquidated
☐ Disputed

El Dorado                AZ        71731-1587

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

Debtor __Therma-Flite, Inc.__         Case number (if known) __16-33469__

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

                                                                              Amount of claim

**3.41** Nonpriority creditor's name and mailing address

Elliot Electric Supply

P.O. Box 630610

Nacogdoches               TX    75963-0610

Date or dates debt was incurred

Last 4 digits of account number   ___ ___ ___ ___

As of the petition filing date, the claim is: *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$221.81

**3.42** Nonpriority creditor's name and mailing address

Endress+Hauser Inc. c/o IPT Group

Dept 78795 / P.O. Box 78000

Detroit, MI 48278-07985

Date or dates debt was incurred

Last 4 digits of account number   ___ ___ ___ ___

As of the petition filing date, the claim is: *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$20,912.39

**3.43** Nonpriority creditor's name and mailing address

Entergy

PO Box 8101

Baton Rouge            LA    70891-8101

Date or dates debt was incurred

Last 4 digits of account number   ___ ___ ___ ___

As of the petition filing date, the claim is: *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$35.71

**3.44** Nonpriority creditor's name and mailing address

Falcon Industries Inc

P O Box 74350

Cleveland              OH    44194-4350

Date or dates debt was incurred

Last 4 digits of account number   ___ ___ ___ ___

As of the petition filing date, the claim is: *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$1,477.48

Debtor   **Therma-Flite, Inc.**                                    Case number (if known)   **16-33469**

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.45 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,345.32 |
|---|---|---|---|

Fike C/O Power Equipment

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

Last 4 digits of account number   ___ ___ ___ ___

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.46 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $99.07 |
|---|---|---|---|

First Choice Services

10055 Regal Row

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Houston                          TX      77040

Date or dates debt was incurred

Last 4 digits of account number   ___ ___ ___ ___

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.47 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $11,341.60 |
|---|---|---|---|

FISHERBROYLES LLP IOLATA TRUST ACCT

P. O. BOX 935079

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

ATLANTA                          GA      31193-5079

Date or dates debt was incurred

Last 4 digits of account number   ___ ___ ___ ___

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.48 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $122.71 |
|---|---|---|---|

Fisheries Supply Inc.

1900 N. Northlake Way # 10

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Seattle                          WA      98103

Date or dates debt was incurred

Last 4 digits of account number   ___ ___ ___ ___

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor   Therma-Flite, Inc. _____    Case number (if known)  16-33469 _____

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.49**  Nonpriority creditor's name and mailing address

Flow International

PO Box 749647

Los Angeles                    CA     90074-9647

Date or dates debt was incurred

Last 4 digits of account number   ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

$541.05

**3.50**  Nonpriority creditor's name and mailing address

FORKLIFT MOBILE INC

1080 NIMITZ AVENUE SUITE#130

VALLEJO                        CA     94592

Date or dates debt was incurred

Last 4 digits of account number   ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

$249.55

**3.51**  Nonpriority creditor's name and mailing address

Franchise Tax Board

PO Box 942857

Sacramento                     CA     94257-0531

Date or dates debt was incurred

Last 4 digits of account number   ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

$1,626.07

**3.52**  Nonpriority creditor's name and mailing address

Fulton

3981 Port Street Box 267

Pulaski                        NY     13142

Date or dates debt was incurred

Last 4 digits of account number   ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

$252,932.37

| Debtor | Therma-Flite, Inc. | | Case number (if known) | 16-33469 |
|---|---|---|---|---|

## Part 2:   Additional Page

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.53**   Nonpriority creditor's name and mailing address

Gardner Denver Nash LLC

P.O. Box 952453

St. Louis                              MO      63195-2453

Date or dates debt was incurred

Last 4 digits of account number    ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

$654.75

---

**3.54**   Nonpriority creditor's name and mailing address

Global Equipment Company

29833 Network Place

Chicago                              IL      60673-1298

Date or dates debt was incurred

Last 4 digits of account number    ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

$24.35

---

**3.55**   Nonpriority creditor's name and mailing address

Goble Sampson Associates Inc.

3500 So. Main Street Suite 200

Salt Lake City                       UT      84115

Date or dates debt was incurred

Last 4 digits of account number    ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

$5,520.70

---

**3.56**   Nonpriority creditor's name and mailing address

Gordon & Rees

Attn:  Marie Holvick

275 Battery St. #2000

San Francisco                        CA      94111

Date or dates debt was incurred

Last 4 digits of account number    ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
Unknown

Is the claim subject to offset?
☑ No
☐ Yes

$0.00

---

Debtor   **Therma-Flite, Inc.**                                         Case number (if known)   16-33469

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.                    Amount of claim

| 3.57 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $50.00 |

**H & H X-Ray Services Inc**

**104 Enterprise Street**

☐ Contingent
☐ Unliquidated.
☐ Disputed

**West Monroe**                    **LA**        **71292**             Basis for the claim:

Date or dates debt was incurred _____

Last 4 digits of account number  ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

| 3.58 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $2,773.13 |

**Hayward Pipe & Supply Company**

**3218 Diablo Ave**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Hayward**                        **CA**        **94545**             Basis for the claim:

Date or dates debt was incurred _____

Last 4 digits of account number  ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

| 3.59 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $795.60 |

**HEATEC INC**

**P.O. BOX 2008**

☐ Contingent
☐ Unliquidated
☐ Disputed

**CHATTANOOGA**                    **TN**        **37409**             Basis for the claim:

Date or dates debt was incurred _____

Last 4 digits of account number  ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

| 3.60 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $684.57 |

**Hepco**

**630 East Faulkner**

☐ Contingent
☐ Unliquidated
☐ Disputed

**El Dorado**                      **AR**        **71730**             Basis for the claim:

Date or dates debt was incurred _____

Last 4 digits of account number  ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

Debtor   **Therma-Flite, Inc.**                          Case number (if known) _16-33469_

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.                    Amount of claim

| **3.61** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $2,227.13 |
|---|---|---|---|

Hill Oil Company LLC

PO Box 958384

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

St. Louis            MO    63195-8384

Date or dates debt was incurred          _____

Last 4 digits of account number    __ __ __ __

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| **3.62** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $2,376.14 |
|---|---|---|---|

Historic Arsenal Park1

940 Tyler #2

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Benicia            CA    94510

Date or dates debt was incurred          _____

Last 4 digits of account number    __ __ __ __

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| **3.63** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $601.68 |
|---|---|---|---|

Holiday Inn Express

1375 East 5th Street

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Benicia            CA    94510

Date or dates debt was incurred          _____

Last 4 digits of account number    __ __ __ __

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| **3.64** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $84.72 |
|---|---|---|---|

HR Direct

PO Box 451179

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Sunrise            FL    33345-1179

Date or dates debt was incurred          _____

Last 4 digits of account number    __ __ __ __

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | __Therma-Flite, Inc.__ | Case number (if known) | __16-33469__ |
|---|---|---|---|

## Part 2:    Additional Page

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.65**   Nonpriority creditor's name and mailing address

__HR Options__

__1401 Willow Pass Road__

__Suite 820__

__Concord__                          __CA      94520__

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _____

Is the claim subject to offset?
☑ No
☐ Yes

$6,766.20

---

**3.66**   Nonpriority creditor's name and mailing address

__Hughes Arrell Kinchen LLP__

__1221 McKinney St__

__Suite 3150__

__Houston__                          __TX      77010__

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _____

Is the claim subject to offset?
☑ No
☐ Yes

$12,638.75

---

**3.67**   Nonpriority creditor's name and mailing address

__Hydradyne, LLC__

__P.O. Box 974799__

__Dallas__                          __TX      75397-4799__

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _____

Is the claim subject to offset?
☑ No
☐ Yes

$1,055.71

---

**3.68**   Nonpriority creditor's name and mailing address

__Hypertherm__

__PO Box 843935__

__Dallas__                          __TX      75284__

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _____

Is the claim subject to offset?
☑ No
☐ Yes

$1,412.84

---

Debtor __Therma-Flite, Inc._____   Case number (if known) __16-33469_____

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.                                              Amount of claim

| 3.69 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,612.85 |

Industrial Instrument Co.

5810 Wade Road

☐ Contingent
☐ Unliquidated
☐ Disputed

Baytown                    TX     77521

**Basis for the claim:**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.70 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,349.91 |

Infotek Solutions

4747 Research Forest Dr

Suite 180-237

☐ Contingent
☐ Unliquidated
☐ Disputed

The Woodlands              TX     77381

**Basis for the claim:**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.71 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $33,750.65 |

IPFS Corporation

Account #CAF-331588

PO Box 100391

☐ Contingent
☐ Unliquidated
☐ Disputed

Pasadena                   CA     91189-0391

**Basis for the claim:**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.72 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,625.00 |

J.P. Whitney & Associates LLC

Attn: Joyce Ross

17429 State Route 292

☐ Contingent
☐ Unliquidated
☐ Disputed

Kenton                     OH     43326

**Basis for the claim:**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor   __Therma-Flite, Inc.__                                      Case number (if known)   __16-33469__

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.73** | Nonpriority creditor's name and mailing address

John Crane Inc

24929 Network Place

Chicago                    IL      60673-1249

Date or dates debt was incurred     _____

Last 4 digits of account number     ___  ___  ___  ___

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _____

Is the claim subject to offset?
☑ No
☐ Yes

$3,673.97

---

**3.74** | Nonpriority creditor's name and mailing address

Joshua Scott

106 Blanton Bend Ct.

Montgomery                 TX      77316

Date or dates debt was incurred     _____

Last 4 digits of account number     ___  ___  ___  ___

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Employment Contract

Is the claim subject to offset?
☑ No
☐ Yes

$251,000.00

---

**3.75** | Nonpriority creditor's name and mailing address

Kadant Johnson Inc.

4989 Solution Center

Chicago                    IL      60677-4009

Date or dates debt was incurred     _____

Last 4 digits of account number     ___  ___  ___  ___

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _____

Is the claim subject to offset?
☑ No
☐ Yes

$12,540.38

---

**3.76** | Nonpriority creditor's name and mailing address

KallanderGroup, Inc.

282 Central St Unit 9

Hudson, MA 1749

Date or dates debt was incurred     _____

Last 4 digits of account number     ___  ___  ___  ___

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _____

Is the claim subject to offset?
☑ No
☐ Yes

$11,007.35

---

| Debtor | Therma-Flite, Inc. | Case number (if known) | 16-33469 |

---

**Part 2:**   **Additional Page**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

| | | Amount of claim |

**3.77**  Nonpriority creditor's name and mailing address    As of the petition filing date, the claim is:    $1,003.89
*Check all that apply.*

Ken's Discount Building Materials Inc

1200 Northwest Ave.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

El Dorado          AR      71730    **Basis for the claim:**

Date or dates debt was incurred

Last 4 digits of account number    ___ ___ ___ ___

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

---

**3.78**  Nonpriority creditor's name and mailing address    As of the petition filing date, the claim is:    $522.86
*Check all that apply.*

Kinard's LLC

4905 Junction City Hwy
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

El Dorado          AR      71730    **Basis for the claim:**

Date or dates debt was incurred

Last 4 digits of account number    ___ ___ ___ ___

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

---

**3.79**  Nonpriority creditor's name and mailing address    As of the petition filing date, the claim is:    $50,325.00
*Check all that apply.*

Kleinfelder Canada, Inc

2200, 700-6th Ave SW

Canada
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Calgary, AB, Canada    **Basis for the claim:**

Date or dates debt was incurred

Last 4 digits of account number    ___ ___ ___ ___

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

---

**3.80**  Nonpriority creditor's name and mailing address    As of the petition filing date, the claim is:    $41,953.19
*Check all that apply.*

KWS MANUFACTURINGCOMPANY LTD.

3041 Conveyor Drive
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Burleson          TX      76028    **Basis for the claim:**

Date or dates debt was incurred

Last 4 digits of account number    ___ ___ ___ ___

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

---

Debtor   __Therma-Flite, Inc.__                                    Case number (if known)   __16-33469__

---

**Part 2:**   **Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the
previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.                   Amount of claim

| | | |
|---|---|---|
| **3.81** | Nonpriority creditor's name and mailing address | |

As of the petition filing date, the claim is:
*Check all that apply.*                                              $742.50

Ladner & Associates PC

The Kirby Mansion 2000 Smith Street

☐ Contingent
☐ Unliquidated
☐ Disputed

__Houston__                        __TX__      __77002__

**Basis for the claim:**   _____

Date or dates debt was incurred   _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number   __ __ __ __

---

| | | |
|---|---|---|
| **3.82** | Nonpriority creditor's name and mailing address | |

As of the petition filing date, the claim is:
*Check all that apply.*                                              $9,112.02

Lamons Gasket Company

P.O. Box 203061

☐ Contingent
☐ Unliquidated
☐ Disputed

__Dallas__                          __TX__      __75320-3061__

**Basis for the claim:**   _____

Date or dates debt was incurred   _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number   __ __ __ __

---

| | | |
|---|---|---|
| **3.83** | Nonpriority creditor's name and mailing address | |

As of the petition filing date, the claim is:
*Check all that apply.*                                              $27,078.37

LANDO & ANASTASI

One Main Street

Cambridge, MA 2142

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   _____

Date or dates debt was incurred   _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number   __ __ __ __

---

| | | |
|---|---|---|
| **3.84** | Nonpriority creditor's name and mailing address | |

As of the petition filing date, the claim is:
*Check all that apply.*                                              $4,130.00

LARRY FOWLER TRUCKING, INC.

1499 Hwy 82 Bypass W.

☐ Contingent
☐ Unliquidated
☐ Disputed

__Magnolia__                        __AR__      __71753__

**Basis for the claim:**   _____

Date or dates debt was incurred   _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number   __ __ __ __

---

Debtor   __Therma-Flite, Inc._____   Case number (if known) __16-33469_____

## Part 2:   Additional Page

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.85 | Nonpriority creditor's name and mailing address |
|---|---|

__Lippincott Supply Co. Inc.__

__105 Lincoln Road West__

__Vallejo__                    __CA__   __94590__

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$112.00

---

| 3.86 | Nonpriority creditor's name and mailing address |
|---|---|

__Little Rock Valve & Fitting Swagelok__

__P O BOX 329__

__SHAWNEE MISSION__          __KS__   __66201__

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$3,334.59

---

| 3.87 | Nonpriority creditor's name and mailing address |
|---|---|

__Martin Sprocket & Gear Inc__

__P.O. Box 974066__

__Dallas__                    __TX__   __75397-4066__

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$12,000.00

---

| 3.88 | Nonpriority creditor's name and mailing address |
|---|---|

__McMaster-Carr__

__P.O. Box 7690__

__Chicago__                   __IL__   __60680-7690__

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$214.82

Debtor  __Therma-Flite, Inc._____  Case number (if known) __16-33469_____

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

| 3.89 | Nonpriority creditor's name and mailing address |

Memphis Control Center Inc.

P.O. Box 40510

Memphis                          TN    38174-0510

Date or dates debt was incurred

Last 4 digits of account number  ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

$578.25

---

| 3.90 | Nonpriority creditor's name and mailing address |

Midwest Laboratories

13611 B Street

Omaha                           NE    68144-3693

Date or dates debt was incurred

Last 4 digits of account number  ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

$314.00

---

| 3.91 | Nonpriority creditor's name and mailing address |

Miller Insulation Co Inc

3520 E Century Avenue

P.O. Box 1393

Bismark                         ND    58502-1393

Date or dates debt was incurred

Last 4 digits of account number  ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

$3,500.00

---

| 3.92 | Nonpriority creditor's name and mailing address |

Mistras Group, Inc.

195 Clarksville Road

Princeton Junction, NJ 8550

Date or dates debt was incurred

Last 4 digits of account number  ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

$5,479.00

---

Debtor   __Therma-Flite, Inc.__                                Case number (if known) __16-33469__

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.93 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $809.61 |
|---|---|---|---|

__Monty & Ramirez LLP__
☐ Contingent
__150 W. Parker Third Floor__
☐ Unliquidated
☐ Disputed

__Houston__            TX    __77076__

Basis for the claim: _____

Date or dates debt was incurred   _____

Is the claim subject to offset?
☑ No
Last 4 digits of account number   __ __ __ __
☐ Yes

| 3.94 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $33,833.10 |
|---|---|---|---|

__Motion Industries Inc Ruston Industrial__
☐ Contingent
__P O Box 849737__
☐ Unliquidated
☐ Disputed

__Dallas__            TX    __75284__

Basis for the claim: _____

Date or dates debt was incurred   _____

Is the claim subject to offset?
☑ No
Last 4 digits of account number   __ __ __ __
☐ Yes

| 3.95 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $257.09 |
|---|---|---|---|

__Need Computer Help.com__
☐ Contingent
__4200 Research Forest Drive__
☐ Unliquidated
__Suite 140__
☐ Disputed

__The Woodlands__            TX    __77381__

Basis for the claim: _____

Date or dates debt was incurred   _____

Is the claim subject to offset?
☑ No
Last 4 digits of account number   __ __ __ __
☐ Yes

| 3.96 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $121,943.25 |
|---|---|---|---|

__Nord Gear Corporation__
☐ Contingent
__PO Box 355__
☐ Unliquidated
☐ Disputed

__Dubuque__            IA    __52004-0355__

Basis for the claim: __Unknown__

Date or dates debt was incurred   _____

Is the claim subject to offset?
☑ No
Last 4 digits of account number   __ __ __ __
☐ Yes

Debtor   **Therma-Flite, Inc.**                                    Case number (if known)   16-33469

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.97 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $489.32 |

Office Depot, Inc.

Account #14631373

☐ Contingent
☐ Unliquidated
☐ Disputed

PO Box 660113

Dallas                          TX      75266-0113

Basis for the claim:

Date or dates debt was incurred _____

Is the claim subject to offset?
☒ No
☐ Yes

Last 4 digits of account number __ __ __ __

---

| 3.98 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $405.41 |

Office Equipment of Southern Arkansas

116 Wrights Lane

☐ Contingent
☐ Unliquidated
☐ Disputed

El Dorado                       AR      71730

Basis for the claim:

Date or dates debt was incurred _____

Is the claim subject to offset?
☒ No
☐ Yes

Last 4 digits of account number __ __ __ __

---

| 3.99 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,805.10 |

Omega Engineering Inc

P.O. Box 405369

☐ Contingent
☐ Unliquidated
☐ Disputed

Atlanta                         GA      30384-5369

Basis for the claim:

Date or dates debt was incurred _____

Is the claim subject to offset?
☒ No
☐ Yes

Last 4 digits of account number __ __ __ __

---

| 3.100 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $7,842.60 |

Ozark Fluid Power Inc

10801 Otter Creek E. Blvd.

☐ Contingent
☐ Unliquidated
☐ Disputed

Mabelvale                       AR      72103

Basis for the claim:

Date or dates debt was incurred _____

Is the claim subject to offset?
☒ No
☐ Yes

Last 4 digits of account number __ __ __ __

Debtor   **Therma-Flite, Inc.**                                    Case number (if known) __16-33469__

| Part 2: | Additional Page |
|---------|-----------------|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the
previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.101 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $6,000.00 |
|-------|------------------------------------------------|---------------------|-----------|

**Pacific Mechanical Supply**

**13705 Milroy Place**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Santa Fe Springs**          CA    **90670**

Basis for the claim:

Date or dates debt was incurred  _____

Is the claim subject to offset?

- ☒ No
- ☐ Yes

Last 4 digits of account number  ___ ___ ___ ___

---

| 3.102 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $1,273.36 |

**Pacific Steel & Recycling**

**1805 U.S. 2**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Havre**          MT    **59501**

Basis for the claim:

Date or dates debt was incurred  _____

Is the claim subject to offset?

- ☒ No
- ☐ Yes

Last 4 digits of account number  ___ ___ ___ ___

---

| 3.103 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $7,024.00 |

**Patrick J.J. Kelly**

**P.O. Box 75268**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Seattle**          WA    **98125-0268**

Basis for the claim:

Date or dates debt was incurred  _____

Is the claim subject to offset?

- ☒ No
- ☐ Yes

Last 4 digits of account number  ___ ___ ___ ___

---

| 3.104 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $1,579.28 |

**PERIDOT Precision Mfg**

**1072 Serpentine Lane**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Pleasanton**          CA    **94566**

Basis for the claim:

Date or dates debt was incurred  _____

Is the claim subject to offset?

- ☒ No
- ☐ Yes

Last 4 digits of account number  ___ ___ ___ ___

---

Debtor ___Therma-Flite, Inc._____    Case number (if known) __16-33469__

| Part 2: | Additional Page |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.105** Nonpriority creditor's name and mailing address

Peter Commerford

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

$82.33

---

**3.106** Nonpriority creditor's name and mailing address

Phoenix Oil Heater

8282 N. 75th Avenue

Peoria          AZ     85345

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

$92,370.00

---

**3.107** Nonpriority creditor's name and mailing address

Pitney Bowes, Inc.

Acct #2185-4653-86-8

PO Box 371896

Pittsburgh       PA     15250-7896

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

$313.92

---

**3.108** Nonpriority creditor's name and mailing address

Pittsburg Winsupply

691 Garcia Ave

Pittsburg        CA     94565

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

$34,803.16

---

Debtor   __Therma-Flite, Inc.__ _____   Case number (if known) __16-33469__

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.109 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,475.00 |
|---|---|---|---|

Powerhouse Combustion & Mechanical Corp

3410 W Maywood Ave

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Santa Ana          CA    92704

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

| 3.110 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,862.44 |
|---|---|---|---|

PPG Protective & Marine Coatings

P O Box 842409

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Boston          MA    02284-2409

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

| 3.111 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,614.70 |
|---|---|---|---|

Principal Life Insurance Company

P.O. Box 10372

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Des Moines          IA    50306

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

| 3.112 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $45,472.77 |
|---|---|---|---|

Process & Power Inc

P.O. Box 18675

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Memphis          TN    38181

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

Debtor __Therma-Flite, Inc.__                                    Case number (if known) __16-33469__

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.                                    Amount of claim

| 3.113 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $3,443.71 |

Pumping Solutions Inc.

1400 S. Vineyard Avenue

☐ Contingent
☐ Unliquidated
☐ Disputed

Ontario            CA    91761

**Basis for the claim:** _____

Date or dates debt was incurred  _____

Last 4 digits of account number  __ __ __ __

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.114 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $4,178.26 |

Ray Morgan Company

3131 Esplande

☐ Contingent
☐ Unliquidated
☐ Disputed

Chico            CA    95973

**Basis for the claim:** _____

Date or dates debt was incurred  _____

Last 4 digits of account number  __ __ __ __

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.115 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $203.24 |

Ready Refresh by Nestle

P.O. BOX 856680

☐ Contingent
☐ Unliquidated
☐ Disputed

LOUISVILLE            KY    40285-6680

**Basis for the claim:** _____

Date or dates debt was incurred  _____

Last 4 digits of account number  __ __ __ __

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.116 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $311.75 |

Reddy Ice Corporation

P.O. Box 730505

☐ Contingent
☐ Unliquidated
☐ Disputed

Dallas            TX    75373-0505

**Basis for the claim:** _____

Date or dates debt was incurred  _____

Last 4 digits of account number  __ __ __ __

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor   __Therma-Flite, Inc.__                              Case number (if known) __16-33469__

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.117** Nonpriority creditor's name and mailing address

__Reid Supply Company__

__2265 Black Creek Road__

__Muskegon__            __MI__    __49444__

Date or dates debt was incurred   _____

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   _____

Is the claim subject to offset?
☑ No
☐ Yes

$370.91

---

**3.118** Nonpriority creditor's name and mailing address

__REXEL Inc__

__PO BOX 743258__

__Los Angeles__         __CA__    __90074-3258__

Date or dates debt was incurred   _____

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   _____

Is the claim subject to offset?
☑ No
☐ Yes

$43,476.95

---

**3.119** Nonpriority creditor's name and mailing address

__Roustabout Services & Insulation__

__PO Box 638__

__Tioga__              __ND__    __58852__

Date or dates debt was incurred   _____

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   _____

Is the claim subject to offset?
☑ No
☐ Yes

$2,810.03

---

**3.120** Nonpriority creditor's name and mailing address

__Royal Wholesale San Leandro__

__PO Box 14004__

__Orange__             __CA__    __92863__

Date or dates debt was incurred   _____

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   _____

Is the claim subject to offset?
☑ No
☐ Yes

$1,474.38

---

Debtor __Therma-Flite, Inc.__                                        Case number (if known) __16-33469__

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.          Amount of claim

| 3.121 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,700.00 |
|---|---|---|---|

__RWB Contracting__

__19-29 Ditmars Blvd__

☐ Contingent
☐ Unliquidated
☐ Disputed

__Astoria__                         __NY__      __11105__

**Basis for the claim:** _____

Date or dates debt was incurred        _____

**Is the claim subject to offset?**

Last 4 digits of account number    __ __ __ __

☑ No
☐ Yes

---

| 3.122 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $255.00 |
|---|---|---|---|

__Safety-Kleen__

__P.O. Box 7170__

☐ Contingent
☐ Unliquidated
☐ Disputed

__Pasadena__                       __CA__      __91109-7170__

**Basis for the claim:** _____

Date or dates debt was incurred        _____

**Is the claim subject to offset?**

Last 4 digits of account number    __ __ __ __

☑ No
☐ Yes

---

| 3.123 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,553.33 |
|---|---|---|---|

__Senior Flexonics Pathway__

__2400 Longhorn Industrial Drive__

☐ Contingent
☐ Unliquidated
☐ Disputed

__New Braunfels__                 __TX__      __78130__

**Basis for the claim:** _____

Date or dates debt was incurred        _____

**Is the claim subject to offset?**

Last 4 digits of account number    __ __ __ __

☑ No
☐ Yes

---

| 3.124 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $722.77 |
|---|---|---|---|

__Shred-It__

__SHREDIT-IT USA__

__P.O. Box 101007__

☐ Contingent
☐ Unliquidated
☐ Disputed

__Pasadena__                       __CA__      __91189-1007__

**Basis for the claim:** _____

Date or dates debt was incurred        _____

**Is the claim subject to offset?**

Last 4 digits of account number    __ __ __ __

☑ No
☐ Yes

---

Debtor   **Therma-Flite, Inc.** _____   Case number (if known) __16-33469__

| Part 2: | Additional Page |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.125**  Nonpriority creditor's name and mailing address

Solano County
_____
Dept of Resource Management
_____
675 Texas St., Suite 5500
_____

Fairfield                    CA    94533-6341

Date or dates debt was incurred   _____

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   _____

Is the claim subject to offset?
☑ No
☐ Yes

$853.00

**3.126**  Nonpriority creditor's name and mailing address

Southwestern Welding and Machining
_____
2751 South Foster Road
_____

San Antonio             TX    78220

Date or dates debt was incurred   _____

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   _____

Is the claim subject to offset?
☑ No
☐ Yes

$7,576.95

**3.127**  Nonpriority creditor's name and mailing address

Spraying Systems Co.
_____
PO Box 95564
_____

Chicago                  IL    60694-5564

Date or dates debt was incurred   _____

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   _____

Is the claim subject to offset?
☑ No
☐ Yes

$3,374.12

**3.128**  Nonpriority creditor's name and mailing address

Sprint
_____
Acct #768918981
_____
PO Box 4181
_____

Carol Stream            IL    60197-4181

Date or dates debt was incurred   _____

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   _____

Is the claim subject to offset?
☑ No
☐ Yes

$242.97

Debtor   **Therma-Flite, Inc.**                                    Case number (if known) **16-33469**

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.                    Amount of claim

| 3.129 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $295.00 |

SRP Environmental, LLC

348 Aero Drive

☐ Contingent
☐ Unliquidated
☐ Disputed

Shreveport              LA     71107

Basis for the claim:

Date or dates debt was incurred

Last 4 digits of account number  ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.130 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,896.70 |

Team Industrial Services

2928 37th St NW #5

☐ Contingent
☐ Unliquidated
☐ Disputed

Mandan                   ND     58554

Basis for the claim:

Date or dates debt was incurred

Last 4 digits of account number  ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.131 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $226.80 |

The National Board of Boiler & Pressure

Customer #55811

1055  Crupper Avenue

☐ Contingent
☐ Unliquidated
☐ Disputed

Columbus                 OH     43229-1183

Basis for the claim:

Date or dates debt was incurred

Last 4 digits of account number  ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.132 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $398.00 |

The Solid Waste Association of North Ame

1100 Wayne Avenue Suite 650

☐ Contingent
☐ Unliquidated
☐ Disputed

Silver Spring            MD     20910

Basis for the claim:

Date or dates debt was incurred

Last 4 digits of account number  ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

Debtor    __Therma-Flite, Inc._____    Case number (if known) __16-33469____

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.133 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,826.18 |

THERMAL-EDGE, INC.

1751 Hurd Drive

☐ Contingent
☐ Unliquidated
☐ Disputed

Irving                    TX    75038

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

| 3.134 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,409.26 |

Time Warner Cable

Acct#039070101

BOX 223085

☐ Contingent
☐ Unliquidated
☐ Disputed

Pittsburgh                PA    15251-2085

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

| 3.135 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,867.50 |

TJC INC Crane Services

P.O. BOX 962

☐ Contingent
☐ Unliquidated
☐ Disputed

CAMDEN                    AR    71711

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

| 3.136 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,100.00 |

Top Mop

PO Box 4253

☐ Contingent
☐ Unliquidated
☐ Disputed

Vallejo                   CA    94590

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

| Debtor | Therma-Flite, Inc. | Case number (if known) | 16-33469 |

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.137** Nonpriority creditor's name and mailing address

TransTech

Shinde Complex 3rd FLoor

Bavdhan Khurd

Pune, India 411021

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

$1,892.00

---

**3.138** Nonpriority creditor's name and mailing address

TW Telecom

PO Box 172567

Denver                          CO      80217-2567

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

$8,118.77

---

**3.139** Nonpriority creditor's name and mailing address

Uline

Attn: Accounts Receivable

PO BOX 88741

Chicago                         IL      60680-1741

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

$1,913.79

---

**3.140** Nonpriority creditor's name and mailing address

Unico Mechanical Corp

1209 Polk St.

Benicia                         CA      94510

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Unknown

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

$48,025.72

---

Official Form 206E/F        Schedule E/F: Creditors Who Have Unsecured Claims        page 41

Debtor   **Therma-Flite, Inc.**                                    Case number (if known)   **16-33469**

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.141** Nonpriority creditor's name and mailing address

uniPoint Software, Inc.

1425 Whyte Avenue

Canada

Winnipeg, AB, Canada R3E 1V7

Date or dates debt was incurred

Last 4 digits of account number  ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

$5,000.00

---

**3.142** Nonpriority creditor's name and mailing address

Unique Leasing Resource LLC

PO Box 847

Benicia            CA    94510

Date or dates debt was incurred

Last 4 digits of account number  ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

$27,630.40

---

**3.143** Nonpriority creditor's name and mailing address

United Fabrication Technologies

303 Sanderson Lane

Courtland          AL    35618

Date or dates debt was incurred

Last 4 digits of account number  ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

$950.00

---

**3.144** Nonpriority creditor's name and mailing address

United Industrial Supply Inc

P O Box 10156

El Dorado          AR    71730

Date or dates debt was incurred

Last 4 digits of account number  ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

$111.36

---

Debtor   **Therma-Flite, Inc.**                                  Case number (if known)   16-33469

| Part 2: | Additional Page |
|---------|-----------------|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the
previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.                  Amount of claim

| 3.145 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $4,384.98 |
|-------|---------------------------------|---------------------------------|-----------|

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

US Bank

P.O. Box 790448

St. Louis                MO     63179-0448

Basis for the claim:

Date or dates debt was incurred

Is the claim subject to offset?
- ☒ No
- ☐ Yes

Last 4 digits of account number     ___ ___ ___ ___

---

| 3.146 | Nonpriority creditor's name and mailing address | | $1,941.70 |
|-------|---------------------------------|--|-----------|

Valley Relocation and Storage

5000 Marsh Drive

Concord                  CA     94520

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:

Date or dates debt was incurred

Is the claim subject to offset?
- ☒ No
- ☐ Yes

Last 4 digits of account number     ___ ___ ___ ___

---

| 3.147 | Nonpriority creditor's name and mailing address | | $0.00 |
|-------|---------------------------------|--|-------|

VeriCore

10115 Kincey Ave. #100

Huntersville             NC     28078

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:     Unknown

Date or dates debt was incurred

Is the claim subject to offset?
- ☒ No
- ☐ Yes

Last 4 digits of account number     ___ ___ ___ ___

---

| 3.148 | Nonpriority creditor's name and mailing address | | $2,303.95 |
|-------|---------------------------------|--|-----------|

Verizon Wireless

PO Box 660108

Dallas                   TX     75266-0108

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:

Date or dates debt was incurred

Is the claim subject to offset?
- ☒ No
- ☐ Yes

Last 4 digits of account number     ___ ___ ___ ___

| Debtor | Therma-Flite, Inc. | Case number (if known) | 16-33469 |
|---|---|---|---|

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.149 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $150.00 |
|---|---|---|---|

**Vernon Machine Corp.**

**PO Box 847**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

| Benicia | CA | 94510 |
|---|---|---|

Date or dates debt was incurred _____

Is the claim subject to offset?

Last 4 digits of account number ___ ___ ___ ___

☒ No
☐ Yes

---

| 3.150 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $13,411.78 |
|---|---|---|---|

**Vortex Corporation**

**1725 Vortex Avenue**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

| Salina | KS | 67401 |
|---|---|---|

Date or dates debt was incurred _____

Is the claim subject to offset?

Last 4 digits of account number ___ ___ ___ ___

☒ No
☐ Yes

---

| 3.151 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $35,386.00 |
|---|---|---|---|

**W. W. Gay Mechnical Contractor, Inc.**

**524 Stockton Street**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

| Jacksonville | FL | 32204 |
|---|---|---|

Date or dates debt was incurred _____

Is the claim subject to offset?

Last 4 digits of account number ___ ___ ___ ___

☒ No
☐ Yes

---

| 3.152 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $800.00 |
|---|---|---|---|

**Walter & Prince LLP**

**1270 Healdsburg Ave Suite 201**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

| Healdsburg | CA | 95448 |
|---|---|---|

Date or dates debt was incurred _____

Is the claim subject to offset?

Last 4 digits of account number ___ ___ ___ ___

☒ No
☐ Yes

Debtor   **Therma-Flite, Inc.**                                          Case number (if known)   16-33469

| Part 2: | Additional Page |
|---------|-----------------|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.153 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $7,239.74 |
|-------|---|---|---|

Water Environment Federation

Cusstomer #01798530-0

PO Box 418298

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Boston                              MA      02241-8298

**Basis for the claim:** _____

Date or dates debt was incurred   _____

**Is the claim subject to offset?**

Last 4 digits of account number   __ __ __ __

- [x] No
- [ ] Yes

| 3.154 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $72.55 |
|-------|---|---|---|

Watlow

36785 Treasury Center

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Chicago                            IL      60694-6700

**Basis for the claim:** _____

Date or dates debt was incurred   _____

**Is the claim subject to offset?**

Last 4 digits of account number   __ __ __ __

- [x] No
- [ ] Yes

| 3.155 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $826.77 |
|-------|---|---|---|

WELSCO/SMACKOVER

P.O. Box 52163

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Lafayette                          LA      70505-2163

**Basis for the claim:** _____

Date or dates debt was incurred   _____

**Is the claim subject to offset?**

Last 4 digits of account number   __ __ __ __

- [x] No
- [ ] Yes

| 3.156 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,612.55 |
|-------|---|---|---|

Workforce Safety & Insurance

P.O. Box 5585

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Bismarck                           ND      58506

**Basis for the claim:** _____

Date or dates debt was incurred   _____

**Is the claim subject to offset?**

Last 4 digits of account number   __ __ __ __

- [x] No
- [ ] Yes

Debtor  __Therma-Flite, Inc.__   Case number (if known) __16-33469__

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.157 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $10,725.00 |

__Wyatt Murray Electric__

__627 Matson Drive__

☐ Contingent
☐ Unliquidated
☐ Disputed

__Napa__        CA    94558

Basis for the claim:

Date or dates debt was incurred

Last 4 digits of account number  __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

Debtor   **Therma-Flite, Inc.**                                    Case number (if known)   **16-33469**

| **Part 4:** | **Total Amounts of the Priority and Nonpriority Unsecured Claims** |
| --- | --- |

5.   Add the amounts of priority and nonpriority unsecured claims.

Total of claim amounts

5a.   Total claims from Part 1               5a.   _____ $325,765.92_

5b.   Total claims from Part 2               5b. **+** _____ $1,918,107.52_

5c.   Total of Parts 1 and 2                 5c.   _____ $2,243,873.44_
      Lines 5a + 5b = 5c.

**Fill in this information to identify the case:**

Debtor name      Therma-Flite, Inc.

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF TEXAS

Case number      16-33469                    Chapter      7
(if known)

☑ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**

   ☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

   ☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

2. **List all contracts and unexpired leases**

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| 2.1 | State what the contract or lease is for and the nature of the debtor's interest | Storage of product and some parts | 849 Jackson St. Lease |
| | | | 849 Jackson Street |
| | State the term remaining | 10/15/16 | |
| | List the contract number of any government contract | | Benicia                CA        94510 |

| 2.2 | State what the contract or lease is for and the nature of the debtor's interest | Design and manufacture of technology for biosolids drying application | CDM Smith |
| | | | 6751 West Jones Ave. |
| | State the term remaining | | |
| | List the contract number of any government contract | | Zellwood              FL        32798 |

| 2.3 | State what the contract or lease is for and the nature of the debtor's interest | EHS consultant | Dave Bressert |
| | | | 1533 Daren Drive |
| | State the term remaining | | |
| | List the contract number of any government contract | | Wylie                  TX        75098 |

| 2.4 | State what the contract or lease is for and the nature of the debtor's interest | Legal counsel services for Therma-Flite | GC Consulting Solutions, PLLC |
| | | | 3333 Allen Parkway |
| | | | Suite 2601 |
| | State the term remaining | | |
| | List the contract number of any government contract | | Houston              TX        77019 |

Debtor   Therma-Flite, Inc.                                          Case number (if known)   16-33469

███   **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

List all contracts and unexpired leases

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| | | | |
|---|---|---|---|
| 2.5 | State what the contract or lease is for and the nature of the debtor's interest | Benicia Bay Office Contract is in DEFAULT | Historical Arsenal Park<br>945 Tyler St. |
| | State the term remaining | | |
| | List the contract number of any government contract | | Benicia          CA      94510 |
| 2.6 | State what the contract or lease is for and the nature of the debtor's interest | IT service provided to Therma-Flite | Infotek Solutions<br>4747 Research forest Dr.<br>Suite 180-237 |
| | State the term remaining | | |
| | List the contract number of any government contract | | The Woodlands          TX      77381 |
| 2.7 | State what the contract or lease is for and the nature of the debtor's interest | payroll and benefit processor | Insperity<br>19001 Crescent Springs Dr. |
| | State the term remaining | | |
| | List the contract number of any government contract | | Kingwood          TX      77339-3802 |
| 2.8 | State what the contract or lease is for and the nature of the debtor's interest | Prototype screw pyrolizer | Joint Development Agreement<br>Agilyx<br>9600 SW Nimbus<br>Suite 260 |
| | State the term remaining | | |
| | List the contract number of any government contract | | Beaverton          OR      97008 |
| 2.9 | State what the contract or lease is for and the nature of the debtor's interest | Design and manufacture for thermal desorption system | Newalta<br>211-11 Avenue SW<br>Calgary, AB T2R OC6 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Debtor  **Therma-Flite, Inc.**                                    Case number (if known)  **16-33469**

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

List all contracts and unexpired leases

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| | | | |
|---|---|---|---|
| **2.10** | State what the contract or lease is for and the nature of the debtor's interest | Design and manufacture for thermal desorption system | Nuverra |
| | | | 14624 N. Scottsdale Rd. |
| | | | Suite 300 |
| | State the term remaining | | |
| | List the contract number of any government contract | | Scottsdale                AZ      85254 |
| **2.11** | State what the contract or lease is for and the nature of the debtor's interest | Leased printers | Ray Morgan Company |
| | | | 3131 Esplanada |
| | State the term remaining | 01/03/19 | |
| | List the contract number of any government contract | | Chico                       CA      95973 |
| **2.12** | State what the contract or lease is for and the nature of the debtor's interest | Copier leases | U.S. Bank |
| | | | 1310 Madrid St. |
| | | | Suite 101 |
| | State the term remaining | 12/19/18 | |
| | List the contract number of any government contract | | Marshall                   MN     56258 |
| **2.13** | State what the contract or lease is for and the nature of the debtor's interest | Design and manufacture for thermal desorption system | Waste Management |
| | | | 1001 Fannin St. |
| | State the term remaining | | |
| | List the contract number of any government contract | | Houston                   TX      77002 |
| **2.14** | State what the contract or lease is for and the nature of the debtor's interest | Manufacturing service for customer installation | Wisconsin Dells |
| | | | c/o Staab Construction |
| | | | 1800 Laemle Ave. |
| | | | P.O. Box 900 |
| | State the term remaining | Q1 2017 | |
| | List the contract number of any government contract | | Marshfield                WI      54449 |

**Fill in this information to identify the case:**

Debtor Name __Therma-Flite, Inc.__

United States Bankruptcy Court for the: __SOUTHERN DISTRICT OF TEXAS__

Case number (if known): __16-33469__

☑ Check if this is an amended filing

Official Form 206Sum

## Summary of Assets and Liabilities for Non-Individuals

12/15

### Part 1: Summary of Assets

1. **Schedule A/B: Assets--Real and Personal Property** (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from Schedule A/B............................................................................ | $0.00

   1b. **Total personal property:**
   Copy line 91A from Schedule A/B.......................................................................... | $1,997,670.35

   1c. **Total of all property**
   Copy line 92 from Schedule A/B............................................................................ | $1,997,670.35

### Part 2: Summary of Liabilities

2. **Schedule D: Creditors Who Hold Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, Amount of claim, at the bottom of page 1 of Schedule D................. | $9,340,000.00

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of Schedule E/F............................................. | $325,765.92

   3b. **Total amount of claims of non-priority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of Schedule E/F................................. | + $1,918,107.52

4. **Total liabilities**
   Lines 2 + 3a + 3b......................................................................................... | $11,583,873.44

**Fill in this information to identify the case and this filing:**

Debtor Name    <u>Therma-Flite, Inc.</u>

United States Bankruptcy Court for the: <u>SOUTHERN DISTRICT OF TEXAS</u>

Case number   <u>16-33469</u>
(if known)

## Official Form 202

## Declaration Under Penalty of Perjury for Non-Individual Debtors      12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐   *Schedule A/B: Assets--Real and Personal Property (Official Form 206A/B)*

☐   *Schedule D: Creditors Who Have Claims Secured by Property (Official Form 206D)*

☐   *Schedule E/F: Creditors Who Have Unsecured Claims (Official Form 206E/F)*

☐   *Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G)*

☐   *Schedule H: Codebtors (Official Form 206H)*

☑   *A Summary of Assets and Liabilities for Non-Individuals (Official Form 206-Summary)*

☑   Amended Schedule   <u>A/B, D, E/F, G</u>

☐   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders (Official Form 204)*

☐   Other document that requires a declaration <u> </u>

I declare under penalty of perjury that the foregoing is true and correct.

Executed on <u>O8 / 10 / 201~~</u>    X <u>       </u>
       MM / DD / YYYY        Signature of individual signing on behalf of debtor

                            <u>Joshua Scott</u>
                            Printed name

                            <u>Authorized Agent</u>
                            Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name    **Therma-Flite, Inc.**

United States Bankruptcy Court for the: **SOUTHERN DISTRICT OF TEXAS**

Case number    **16-33469**
(if known)

☑ Check if this is an amended filing

Official Form 207

## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy

04/16

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

### Part 1:  Income

1.  **Gross revenue from business**

    ☐ None

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | | Sources of revenue<br>Check all that apply. | Gross revenue<br>(before deductions and exclusions |
|---|---|---|---|
| **From the beginning of the fiscal year to filing date:** | From **01/01/2016** to Filing date<br>MM / DD / YYYY | ☑ Operating a business<br>☐ Other _____ | **$1,200,000.00** |
| **For prior year:** | From **01/01/2015** to **12/31/2015**<br>MM / DD / YYYY    MM / DD / YYYY | ☑ Operating a business<br>☐ Other _____ | **$18,656,000.00** |
| **For the year before that:** | From **01/01/2014** to **12/31/2014**<br>MM / DD / YYYY    MM / DD / YYYY | ☑ Operating a business<br>☐ Other _____ | **$34,879,000.00** |

2.  **Non-business revenue**

    Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

    ☑ None

### Part 2:  List Certain Transfers Made Before Filing for Bankruptcy

3.  **Certain payments or transfers to creditors within 90 days before filing this case**

    List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

    ☐ None

| Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.1.  **See Exhibit 6**<br>Creditor's name<br><br>Street<br><br><br>City            State    ZIP Code | | | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |

Debtor   __Therma-Flite, Inc._____     Case number (if known) __16-33469_____
         Name

**4.**    **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

    List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or co-signed by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. Insiders include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

    ☐ None

| | Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|---|
| 4.1. | __Joshua Scott__<br>Insider's name<br>__106 Blanton Bend Ct.__<br>Street | 7/06/16 | __$15,000.00__ | Payment funded by XPV |
| | __Montgomery__    __TX__    __77316__<br>City        State    ZIP Code | | | |
| | Relationship to debtor | | | |
| 4.2. | __Ray Dobrosky__<br>Insider's name<br>__28215 Churchill Ct.__<br>Street | 7/06/16 | __$10,000.00__ | Payment funded by XPV |
| | __Fulshear__    __TX__    __77441__<br>City        State    ZIP Code | | | |
| | Relationship to debtor | | | |

**5.**    **Repossessions, foreclosures, and returns**

    List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

    ☑ None

**6.**    **Setoffs**

    List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

    ☑ None

| Debtor | Therma-Flite, Inc. | Case number (if known) | 16-33469 |
|---|---|---|---|
| | Name | | |

## Part 3:  Legal Actions or Assignments

**7.  Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None

| | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | Bowling Green Municipal Utility District v. Therma-Flite, Inc. | Defective equipment | U.S. District Court, Kentucky <br> Name <br> 241 East Main Street <br> Street | ☑ Pending <br> ☐ On appeal <br> ☐ Concluded |
| | **Case number** <br> 1:16-CV-00023 | | Bowling Green        KY    42101 <br> City                              State   ZIP Code | |
| 7.2. | U.S. Bank, NA v. Therma-Flite, Inc. | Default on printer lease | 5th Judicial Dist. Lyon County Minnes <br> Name <br> 607 West Main <br> Street | ☑ Pending <br> ☐ On appeal <br> ☐ Concluded |
| | **Case number** <br> Unknown | | Marshall        MN    56258 <br> City                State   ZIP Code | |
| 7.3. | Rexel, Inc. v. Therma-Flite, Inc. | Breach of agreement | Superior Court, State of California <br> Name <br> 580 Texas Street <br> Street | ☑ Pending <br> ☐ On appeal <br> ☐ Concluded |
| | **Case number** <br> FCS046753 | | Fairchild        CA    94533 <br> City              State   ZIP Code | |
| 7.4. | Wyatt Murray Electric v. Therma-Flite, Inc. | Breach of contract/warranty | Superior Court of California <br> Name <br> 580 Texas Street <br> Street | ☑ Pending <br> ☐ On appeal <br> ☐ Concluded |
| | **Case number** <br> FCM149352 | | Fairfield        CA    94533 <br> City              State   ZIP Code | |
| 7.5. | Prayon v. Therma-Flite, Inc. | Equipment performance | USDC, Southern Dist. of Georgia <br> Name <br> 600 James Brown Blvd. <br> Street | ☑ Pending <br> ☐ On appeal <br> ☐ Concluded |
| | **Case number** <br> 1:145-CV-00235 | | Augusta        GA    30901 <br> City            State   ZIP Code | |

| Debtor | Therma-Flite, Inc. | | Case number (if known) | 16-33469 |
|---|---|---|---|---|
| | Name | | | |

| | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.6. | Process and Power v. Therma-Flite, Inc. | | Tennessee _____ <br> Name | ☐ Pending |
| | | | _____ <br> Street | ☐ On appeal |
| | | | _____ | ☐ Concluded |
| | Case number | | _____ | |
| | _____ | | City          State   ZIP Code | |

8. **Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

## Part 4:    Certain Gifts and Charitable Contributions

9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000

☑ None

## Part 5:    Certain Losses

10. All losses from fire, theft, or other casualty within 1 year before filing this case.

☐ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss <br> If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received. <br><br> List unpaid claims on Official Form 206A/B *(Schedule A/B: Assets -- Real and Personal Property)*. | Date of loss | Value of property lost |
|---|---|---|---|
| Equipment damaged - mobile customer demonstration table | _____ | 03/16/16 | $250,000.00 |

Debtor   __Therma-Flite, Inc._____   Case number (if known) __16-33469_____
       Name

## Part 6:   Certain Payments or Transfers

**11.  Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None

| Who was paid or who received the transfer? | If not money, describe the property transferred | Dates | Total amount or value |
|---|---|---|---|
| 11.1.  Waller Lansden Dortch & Davis, LLP | | 06/07/16 | $7,500.00 |

Address   ..

100 Congress Avenue #1800
Street

Austin                              TX     78701
City                                  State   ZIP Code

Email or website address


Who made the payment, if not debtor?


**12.  Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☑ None

**13.  Transfers not already listed on this statement**
List any transfers of money or other property--by sale, trade, or any other means--made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs.  Include both outright transfers and transfers made as security.  Do not include gifts or transfers previously listed on this statement.

☑ None

## Part 7:   Previous Locations

**14.  Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| Address | | Dates of occupancy | |
|---|---|---|---|
| 14.1.  15506 Wright Brothers Dr.<br>Street<br>Suite 200 | | From   2013 | To   Nov. 2015 |
| Addison                 TX     75001<br>City                      State   ZIP Code | | | |

Debtor  **Therma-Flite, Inc.** _____  Case number (if known) __16-33469__ _____
         Name

## Part 8:  Health Care Bankruptcies

15.  **Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:

- diagnosing or treating injury, deformity, or disease, or

- providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No.  Go to Part 9.
☐ Yes.  Fill in the information below.

## Part 9:  Personally Identifiable Information

16.  **Does the debtor collect and retain personally identifiable information of customers?**

☑ No.
☐ Yes.  State the nature of the information collected and retained _____

    Does the debtor have a privacy policy about that information?
    ☐ No.
    ☐ Yes.

17.  **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b) or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☐ No.  Go to Part 10.
☑ Yes.  Does the debtor serve as plan administrator?
        ☐ No.  Go to Part 10.
        ☑ Yes.  Fill in below:

        Name of plan                                   Employer Identification number of the plan

        **Benicia Arsenal 401(K) Plan** _____        EIN:  9  0  –  0  2  8  6  4  5  8

        Has the plan been terminated?
        ☑ No
        ☐ Yes

## Part 10:  Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

18.  **Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts, certificates of deposit, and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☑ None

Debtor   __Therma-Flite, Inc._____   Case number (if known)   __16-33469_____
         Name

19. **Safe deposit boxes**
    List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

    ☑ None

20. **Off-premises storage**
    List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

    ☑ None

| Part 11: | Property the Debtor Holds or Controls That the Debtor Does Not Own |

21. **Property held for another**
    List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

    ☐ None

| Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|
| __Nuverra__<br>Name | __California and Arkansas__ | Thermal desorption equipment | |
| __14624 N. Scottsdale Road__<br>Street | | | |
| __Suite 300__ | | | |
| __Scottsdale__      __AZ__   __85254__<br>City                State   ZIP Code | | | |
| Owner's name and address | Location of the property | Description of the property | Value |
| __Newalta__<br>Name | __California and Arkansas__ | Thermal desorption equipment | |
| __211-11 Avenue SW__<br>Street | | | |
| __Calgary__      __AB__   __T2ROC6__<br>City                State   ZIP Code | | | |

Debtor    __Therma-Flite, Inc.__                                 Case number (if known)  __16-33469__
          Name

| Part 12: | Details About Environmental Information |

For the purpose of Part 12, the following definitions apply:

- *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless or the medium affected (air, land, water, or any other medium).

- *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

- *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

Report all notices, releases, and proceedings known, regardless of when they occurred.

22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law?
    Include settlements and orders.

    ☑ No
    ☐ Yes.  Provide details below.

23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?

    ☑ No
    ☐ Yes.  Provide details below.

24. Has the debtor notified any govermental unit of any release of hazardous material?

    ☑ No
    ☐ Yes.  Provide details below.

| Part 13: | Details About the Debtor's Business or Connections to Any Business |

25. Other businesses in which the debtor has or has had an interest
    List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case.  Include this information even if already listed in the Schedules.

    ☑ None

26. Books, records, and financial statements

    26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

        ☐ None

        Name and address                                         Dates of service

    26a.1. __Ed Salay__                                           From  __2012__      To  __Dec. 2013__
           Name
           __1906 Joseph Dr.__
           Street

           __Moraga__              __CA__    __94556__
           City                    State     ZIP Code

        Name and address                                         Dates of service

    26a.2. __Ray Dobrosky__                                       From  __Oct. 2015__   To  __Present__
           Name
           __28215 Churchill Ct.__
           Street

           __Fulshear__            __TX__    __77441__
           City                    State     ZIP Code

| Debtor | Therma-Flite, Inc. | Case number (if known) | 16-33469 |
|---|---|---|---|
| | Name | | |

26b.  List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | | | Dates of service | | |
|---|---|---|---|---|---|
| 26b.1. | BDO Seidman | | From | 2014 | To | 2015 |
| | Name | | | | |
| | 50 West San Fernando St. | | | | |
| | Street | | | | |
| | | | | | |
| | San Francisco | CA | 95113 | | |
| | City | State | ZIP Code | | |

26c.  List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | | | If any books of account and records are unavailable, explain why |
|---|---|---|---|
| 26c.1. | Joshua Scott | | |
| | Name | | |
| | 4200 Research Forest Drive | | |
| | Street | | |
| | Suite 350 | | |
| | | | |
| | The Woodlands | TX | 77381 |
| | City | State | ZIP Code |

26d.  List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

Name and address

| 26d.1. | CFC, Inc. | | |
|---|---|---|---|
| | Name | | |
| | 15720 Simoni Dr. | | |
| | Street | | |
| | | | |
| | San Jose | CA | 95127 |
| | City | State | ZIP Code |

Name and address

| 26d.2. | Stifel | | |
|---|---|---|---|
| | Name | | |
| | Attn:  David Gray | | |
| | Street | | |
| | 1 South St. | | |
| | Baltimore | MD | 21202 |
| | City | State | ZIP Code |

Debtor  __Therma-Flite, Inc._____     Case number (if known) __16-33469____
                     Name

**27. Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑ No.
☐ Yes. Give the details about the two most recent inventories.

**28.** List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Joshua Scott | 106 Blanton Bend Ct. Montgomery, TX 77316 | Director | |
| Jack Blonquist | 18 Rose Place Magnolia, TX 77355 | Director | 1% |
| Therma-Flite Holdings, Inc. | 4200 Research Forest Dr. #350 The Woodlands, TX 77381 | Shareholder | 100% |
| XPV Water Fund (US) LP | c/o Standish Management 750 Battery St., 7th Floor San Francisco, CA 94111 | Controlling Shareolder of Holdings | |

**29.** Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

☐ No
☑ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| Randall Potter | | Director | From 2000 To 2015 |
| Michael Potter | 1950 Hughes Landing The Woodlands, TX 77381 | Director | From 2000 To 2015 |

**30. Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☑ No
☐ Yes. Identify below.

**31.** Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?

☐ No
☑ Yes. Identify below.

Name of the parent corporation                                    Employer Identification number of the parent corporation
__Therma-Flite Holdings, Inc./subsidiaries_____                  EIN: _4_ _6_ – _5_ _0_ _9_ _0_ _6_ _0_ _5_

**32.** Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?

☐ No
☑ Yes. Identify below.

Name of the pension fund                                          Employer Identification number of the pension fund
__Benecial Arsenal 401(K) Plan_____                        EIN: _9_ _0_ – _0_ _2_ _8_ _6_ _4_ _5_ _8_

Debtor   __Therma-Flite, Inc._____   Case number (if known)  __16-33469_____
                 Name

## Part 14:   Signature and Declaration

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  08 / 10 / 2016
                      MM / DD / YYYY

X _____          Printed name  **Joshua Scott** _____
       Signature of individual signing on behalf of the debtor

Position or relationship to debtor **Authorized Agent** _____

Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?
☑ No
☐ Yes