

UNITED STATES BANKRUPTCY COURT        SOUTHERN DISTRICT OF T

ENTERED
08/23/2016

## Motion and Order for Admission *Pro Hac Vice*

| Division | HOUSTON | Main Case Number | 16-33469 (DRJ) |
|---|---|---|---|
| | Debtor | In Re: | THERMA-FLITE, INC. |

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | James Andrew Hinds, Jr.<br>HINDS & SHANKMAN, LLP<br>21257 Hawthorne Blvd., 2nd Floor<br>Torrance, CA 90503<br>Tel: (310) 316-0500 / Fax (310) 792-5977<br>Email:jhinds@jhindslaw.com<br>California State Bar No. 71222 | United States District Court<br>Southern District of Texas<br>**FILED**<br>AUG 0 9 2016<br>David J. Bradley, Clerk of Court |
|---|---|---|

| Name of party applicant seeks to appear for: | Randy Potter, Michael Potter, Historical Arsenal Park and Unico Mechanical Corporation |
|---|---|

| Has applicant been sanctioned by any bar association or court?   Yes _____   No ✓ |
|---|
| On a separate sheet for each sanction, please supply the full particulars. |

| Dated: 8/8/16 | Signed: [signature] |
|---|---|

| The state bar reports that the applicant's status is: active |
|---|
| Dated: 8/10/16 | Clerk's signature: [signature] |

**Order**
(Docket No. 27)

**This lawyer is admitted *pro hac vice*.**
The lawyer shall review the Local Rules and the Court's published procedures.

Signed: August 23, 2016

[signature]
_____
DAVID R. JONES
UNITED STATES BANKRUPTCY JUDGE