**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**

| | |
|---|---|
| **In re:** ) | Chapter 7 |
| ) | |
| **THERMA-FLITE, INC.** ) | Case No. 16-33469 (DRJ) |
| ) | |
| **Debtor.** ) | |

**MOTION BY XPV WATER FUND LIMITED PARTNERSHIP AND XPV WATER FUND (US) LIMITED PARTNERSHIP FOR RELIEF FROM THE AUTOMATIC STAY**

THIS IS A MOTION FOR RELIEF FROM THE AUTOMATIC STAY.  IF IT IS GRANTED, THE MOVANT MAY ACT OUTSIDE OF THE BANKRUPTCY PROCESS.  IF YOU DO NOT WANT THE STAY LIFTED, IMMEDIATELY CONTACT THE MOVING PARTY TO SETTLE.  IF YOU CANNOT SETTLE, YOU MUST FILE A RESPONSE AND SEND A COPY TO THE MOVING PARTY AT LEAST 7 DAYS BEFORE THE HEARING.  IF YOU CANNOT SETTLE, YOU MUST ATTEND THE HEARING.  EVIDENCE MAY BE OFFERED AT THE HEARING AND THE COURT MAY RULE.

REPRESENTED PARTIES SHOULD ACT THROUGH THEIR ATTORNEY.

THERE WILL BE A HEARING ON THIS MATTER ON NOVEMBER 3, 2016 AT 1:00 P.M. IN COURTROOM 400, 515 RUSK, HOUSTON, TEXAS 77002.

Pursuant to section 362(d) of title 11 of the United States Code (the "Bankruptcy Code"), XPV Water Fund Limited Partnership and XPV Water Fund (US) Limited Partnership (collectively, "XPV") hereby file this motion for relief from the automatic stay (the "Motion") so that XPV may exercise remedies with respect to its collateral.  In support of its motion, XPV respectfully states as follows:

**I.     PROCEDURAL BACKGROUND**

1.     On July 8, 2016 (the "Petition Date"), the Debtor (as defined below) filed a voluntary petition for relief under chapter 7 of the Bankruptcy Code.  Subsequently, Janet Northrup was appointed Chapter 7 Trustee (the "Trustee") of the Debtor's estate.

2. This Court has jurisdiction over the Debtor's case and the subject matter of this Motion pursuant to 28 U.S.C. §§ 157 and 1334. Consideration of this Motion is a core proceeding under 28 U.S.C. §157(b)(2). The statutory basis for the relief sought in this Motion is Section 362(d) of the Bankruptcy Code.

## II. FACTUAL BACKGROUND

1. XPV is owed $5,940,000 plus unpaid interest and costs and expenses on account of certain secured loans (the "Secured Obligations") it made to Debtor Therma-Flite, Inc. (the "Debtor") and the following affiliated Debtors (collectively, with the Debtor, the "Borrowers"):

   a. Therma-Flite Holdings, Inc.;

   b. Therma-Flite Industrial, Inc.;

   c. Therma-Flite Manufacturing, Inc.; and

   d. Therma-Flite TX, Inc.

2. The Secured Obligations are evidenced by the following:[1]

   a. Secured Promissory Note payable by the Borrowers to XPV dated September 11, 2015 in the principal amount of $2,000,000;

   b. Amended and Restated Secured Promissory Note payable by the Borrowers to XPV dated November 25, 2015 in the principal amount of $4,500,000;

   c. Second Amended and Restated Secured Promissory Note payable by Borrowers to XPV dated February 26, 2016 in the principal amount of $5,030,000;

   d. Third Amended and Restated Secured Promissory Note payable by the Borrowers to XPV dated May 13, 2016;

   e. Secured Promissory Note payable by the Borrowers to XPV dated May 13, 2016 in the principal amount of $1,180,000; and

---

[1] Shortly after the Trustee's appointment, XPV provided copies of all of the loan documents referenced herein to the Trustee's counsel.

    f. Amendment to Third Amended and Restated Secured Promissory Note dated June 29, 2016 increasing the principal amount of the Note to $4,760,000.

A true and correct copy of each of the above-referenced documents is attached hereto, collectively, as **Exhibit A**. The Secured Obligations were made to provide the Borrowers with working capital so that they could stabilize operations and run a sales process pursuant to which the Debtor and its affiliates would raise additional capital or consummate a sale of equity or a sale of substantially all assets. Unfortunately, the Debtor was unable to raise additional capital or consummate a sale. Accordingly, XPV made a final advance on or about June 29, 2016 to enable the Debtor to satisfy payroll and related obligations. Some portion of XPV's final advance was not utilized by the Debtor and is property of the estate.[2]

  3. To secure the Secured Obligations, each of the Borrowers granted a security interest to XPV in and to substantially all of their property, including general intangibles and intellectual property, pursuant to that certain Security Agreement dated September 11, 2015 (the "Security Agreement"), with the exception of "Excluded Property" (as defined therein). The parties subsequently amended the Security Agreement on November 25, 2015 and May 13, 2016. A true and correct copy of the Security Agreement and the amendments thereto are attached hereto, collectively, as **Exhibit B**.

  4. XPV perfected its security interest in the Debtor's property by filing a UCC-1 Financing Statement with the California Secretary of State, a true and correct copy of which is attached hereto as **Exhibit C** (the "Financing Statement"). XPV also filed UCC-1 Financing Statements with respect to certain of the Borrowers, true and correct copies of which are collectively attached hereto as **Exhibit D**.

---

[2] It is XPV's understanding that the Trustee holds cash which is proceeds from sources other than XPV's loan. XPV reserves all rights with regard to funds held by the Trustee from sources other than the XPV loan.

5. The Debtor granted XPV a security interest in patents pursuant to a Patent Security Agreement dated September 11, 2015, a true and correct copy of which is attached hereto as **Exhibit E** and the Debtor granted XPV a security interest in trademarks pursuant to a Trademark Security Agreement dated September 11, 2015, a true and correct copy of which is attached hereto as **Exhibit F**.[3]

6. In addition to perfecting its security interest in intellectual property, including patents and trademarks, by filing the Financing statement, XPV recorded the Patent Security Agreement and the Trademark Security Agreement with the United States Patent and Trademarks Office ("USPTO").  True and correct copies of the filings with the USPTO are collectively attached hereto as **Exhibit G**.

7. In connection with the Secured Obligations, XPV and CFC Inc. ("CFC") entered into that certain Subordination Agreement dated as of September 11, 2015 pursuant to which XPV and CFC agreed to the relative priorities of their respective security interests in and to the Debtor's and Manufacturing's assets (the "Subordination Agreement").  The Debtor consented to and acknowledged the Subordination Agreement.  A true and correct copy of the Subordination Agreement, as amended, is attached hereto as **Exhibit H**.  Pursuant to the Subordination Agreement, XPV enjoys a senior, first-priority, security interest in and to certain of the Debtor's property, including, without limitation all intellectual property owned by the Debtor.

8. CFC filed its Amended Motion For Relief From the Automatic Stay on August 22, 2016 (the "CFC Relief Motion").  According to the CFC Relief Motion, the Debtor is indebted to CFC in an amount no less than $3,400,000.

---

[3] One of the Borrowers, Therma-Flite Manufacturing, Inc. ("Manufacturing") granted XPV a mortgage on certain property owned by Manufacturing in El Dorado (Union County), Arkansas to secure the Secured Obligations.

9. By Notice dated, August 24, 2016, the Trustee abandoned all tangible personal property of the Debtor. Presently XPV is discussing with CFC and other parties in interest the retrieval of tangible personal property. In light of the Trustee's abandonment of tangible personal property, the instant motion relates to intangible personal property, including without limitation, intellectual property.

10. Payment in full on the Secured Obligations was due in full on the August 25, 2016 maturity date. Because no payment on the Secured Obligations has been made to XPV, the Debtor is in default of its obligations to XPV.

### III.  LEGAL ARGUMENT

11. Section 362(d)(2) of the Bankruptcy Code provides in relevant part:

> [A]fter notice and a hearing, the court shall grant relief from the [automatic stay], such as by terminating, annulling, modifying, or conditioning such stay [if]—
>
> (A) the debtor does not have any equity in such property; and
>
> (B) such property is not necessary to an effective reorganization.

11 U.S.C. § 362(d)(1)-(2).

12. Based on the Debtor's obligations to CFC and XPV, the total debt secured by liens on substantially all of the Debtor's assets exceeds $9,300,000. The Debtor's bankruptcy schedules indicate that all assets held by the Debtor have a value of $1,997,000. Based on the Debtor's schedules, the Debtor's estate does not have any equity in the Debtor's property.

13. By definition, because this is a chapter 7 case, the Debtor's property is not necessary to an effective reorganization. As a result, XPV requests that this Court grant it relief from the automatic stay.

**WHEREFORE**, XPV respectfully requests that this Honorable Court enter an order granting relief from the automatic stay to XPV and granting such other and further relief as this Court deems just and proper.

Respectfully Submitted,

**BRACEWELL LLP**

By: */s/ William A. (Trey) Wood III*
    William A. (Trey) Wood III
    Texas Bar No. 21916050
    Trey.Wood@bracewelllaw.com
    Marcy E. Kurtz
    Texas Bar No. 11768600
    Marcy.Kurtz@bracewelllaw.com
    Douglas F. Monkhouse
    Texas Bar No. 24082499
    Doug.Monkhouse@bracewelllaw.com
    711 Louisiana Street, Suite 2300
    Houston, TX 77002-2770
    Telephone:  (713) 223-2300
    Facsimile:   (713) 221-1212

**CHOATE HALL & STEWART LLP**

    Douglas R. Gooding
    DGooding@choate.com
    Two International Place
    Boston, MA 02110
    Telephone:  (617) 248-5277
    Facsimile:   (617) 502-5277

**COUNSEL FOR XPV WATER FUND LIMITED PARTNERSHIP and XPV WATER FUND (US) LIMITED PARTNERSHIP**

## CERTIFICATE OF CONFERENCE

The undersigned hereby certifies that, on or about October 5, 6 and 7, he had email exchanges with counsel for the Chapter 7 Trustee, Ms. Rhonda R. Chandler, who confirmed that, given the facts of this Bankruptcy Case, the Chapter 7 Trustee has no objection to XPV's request for relief from the automatic stay.

By: */s/ Douglas R. Gooding*
Douglas R. Gooding

## **CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that on October 11, 2016, a true and correct copy of the foregoing was served by electronic means as listed on the Court's ECF noticing system and via electronic mail or U.S. Mail upon all parties on the attached Master Service List.

      By: */s/ William A. (Trey) Wood III*
             William A. (Trey) Wood III

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0541-4<br>Case 16-33469<br>Southern District of Texas<br>Houston<br>Tue Oct 11 16:12:12 CDT 2016 | Bank of the West<br>c/o David S. Elder<br>Gardere Wynne Sewell LLP<br>1000 Louisiana, Suite 2000<br>Houston, TX 77002-5018 | CFC, Inc.<br>c/o Glast, Phillips & Murray, P.C.<br>14801 Quorum Drive<br>Suite 500<br>Dallas, TX 75254-1449 |
| Texas Workforce Commission<br>Courtney J. Hull<br>c/o Sherri K. Simpson, Paralegal<br>P.O. Box 12548<br>Austin, TX 78711-2548 | Therma-Flite, Inc.<br>4200 Research Forest Dr.<br>Suite 350<br>The Woodlands, TX 77381-4235 | 4<br>United States Bankruptcy Court<br>PO Box 61010<br>Houston, TX 77208-1010 |
| 8x8 Inc.<br>Dept. 848080<br>Los Angeles, CA 90084-8080 | AT&T<br>PO Box 6463<br>Carol Stream, IL 60197-6463 | Advanced Machine Corp<br>1410 Commerce<br>Benton, AR 72015-5052 |
| Aireark<br>PO Box 778<br>Hampton, AR 71744-0778 | Airgas USA, LLC<br>568 Northbay Drive<br>Napa, CA 94559-1426 | (p)AIRGAS USA LLC<br>110 WEST 7TH STREET<br>SUITE 1300<br>TULSA OK 74119-1106 |
| Airsystem Sales/New York Blower Company<br>PO Box 1948<br>Brentwood, TN 37024-1948 | Alhambra & Sierra Springs<br>P.O. Box 660579<br>Dallas, TX 75266-0579 | Allied Crane Inc<br>855 No Parkside Drive<br>Pittsburg, CA 94565-3734 |
| Allied Waste Services #210<br>P.O. Box 78829<br>Phoenix, AZ 85062-8829 | AmeriGas<br>PO Box 660288<br>Dallas, TX 75266-0288 | Aramark Uniform Services<br>P.O. Box 101338<br>Pasadena, CA 91189-0005 |
| Arkansas Economic Development Commission<br>900 W. Capitol Ave., Suite 400<br>Little Rock, AR 72201-1086 | Atlanta Gear Works, Inc.<br>433 Hightower Parkway<br>Dawnsonville, GA 30534-6194 | Atlas Copco Compressor LLC<br>1800 Overview Drive<br>Rock Hill, SC 29730-7463 |
| Aventine Hill Partners, Inc.<br>PO Box 678318<br>Dallas, TX 75267-8318 | BDO USA LLP<br>P.O. Box 31001-0860<br>Pasadena, CA 91110-0001 | BENDER US<br>2150 EAST 37th<br>VERNON, CA 90058-1417 |
| Baldor Electric Company<br>26827 Network Place<br>Chicago, IL 60673-1268 | Bay Bolt<br>4610 Malat St.<br>Oakland, CA 94601-4904 | Beitzel Corporation<br>333 Corporate Drive<br>Grantsville, MD 21536-1280 |
| BigSteelBox Structures<br>1631 Dickson Avenue 10th Floor<br>Kelowna, BC V1Y 0B5 Canada | Bradshaw Industrial Supply Inc<br>15436 27th Court East<br>Parish, FL 34219-1841 | Bruce A Freed<br>26 Biscayne Dr<br>Ramsey, NJ 07446-2631 |

| | | |
|---|---|---|
| C & C Auto<br>4251 Park Road<br>Benicia, CA 94510-1100 | CCP - California Centrifugal Pump<br>PO Box 847<br>Benicia, CA 94510-0847 | CFC<br>15720 Simoni Dr.<br>San Jose, CA 95127-2748 |
| California Motor Controlsinc<br>3070 Bay Vista Court Suite C<br>Benicia, CA 94510-1143 | Canon<br>14904 Collections Center Drive<br>Chicago, IL 60693-0149 | Central Air Equipment  Ltd.<br>#1  7887 49th Avenue<br>Canada<br>Red Deer, AB, Canada T4P 2B4 |
| Choate, Hall & Stewart LLP<br>Two International Place<br>c/o Collections Department<br>Boston, MA 02110-4120 | Cigna c/o Wilhelmina Bergland<br>Legal Dept.<br>900 Cottage Grove Road<br>B6LPA<br>Bloomfield, CT 06002-2920 | Citrix Online<br>File 50264<br>Los Angeles, CA 90074-0264 |
| City of Benicia<br>Business License Renewal #80140170<br>250 East L Street<br>Benicia, CA 94510-3239 | City of El Dorado, AR<br>204 North West Avenue<br>El Dorado, AR 71730-5622 | Copytech Services<br>11 Moore Ct.<br>Oakley, CA 94561-6339 |
| D & M Electric, Inc.<br>136 Vanderbilt Drive<br>Bowling Green, KY 42103-7016 | DeZURIK Inc c/o Eco-Tech<br>8619 Solution Center<br>Chicago, IL 60677-8006 | Delaware Department of Transportation<br>P.O. Box 697<br>Dover, DE 19903-0697 |
| (p)DELL FINANCIAL SERVICES<br>P O BOX 81577<br>AUSTIN TX 78708-1577 | Delta Pump & Systems<br>PO Box 338<br>Eighy Four, PA 15330-0338 | Detroit Nameplate Etching Co<br>13000 Capital Ave.<br>Oak Park, MI 48237-3125 |
| Dorothy Raley, Collector<br>101 N. Washington Room 106<br>El Dorado, AR 71730-5660 | Dwyer Instruments Inc.<br>P.O. Box 338<br>Michigan City, IN 46361-0338 | Edge Inspection Group Inc<br>4576 E 2nd Street Suite C<br>Benicia, CA 94510-1022 |
| El Dorado Water Utilities<br>Account #15257092<br>PO Box 1587<br>El Dorado, AZ 71731-1587 | Elliot Electric Supply<br>P.O. Box 630610<br>Nacogdoches, TX 75963-0610 | Endress + Hauser, Inc.<br>Coface North America Insurance Company<br>50 Millstone Rd., Bldg. 100, Ste. 360<br>East Windsor, NJ 08520-1415 |
| Endress+Hauser Inc. c/o IPT Group<br>Dept 78795 / P.O. Box 78000<br>Detroit, MI 48278-0001 | Entergy<br>PO Box 8101<br>Baton Rouge, LA 70891-8101 | FISHERBROYLES LLP IOLATA TRUST ACCT<br>P. O. BOX 935079<br>ATLANTA, GA 31193-5079 |
| FORKLIFT MOBILE INC<br>1080 NIMITZ AVENUE SUITE#130<br>VALLEJO, CA 94592-1009 | Falcon Industries Inc<br>P O Box 74350<br>Cleveland, OH 44194-4350 | First Choice Services<br>10055 Regal Row<br>Houston, TX 77040-3265 |

| | | |
|---|---|---|
| Fisheries Supply Inc.<br>1900 N. Northlake Way # 10<br>Seattle, WA 98103-9093 | Flow International<br>PO Box 749647<br>Los Angeles, CA 90074-9647 | Franchise Tax Board<br>PO Box 942857<br>Sacramento, CA 94257-0531 |
| Fulton<br>3981 Port Street Box 267<br>Pulaski, NY 13142-4604 | Gardner Denver Nash LLC<br>P.O. Box 952453<br>St. Louis, MO 63195-2453 | Global Equipment Company<br>29833 Network Place<br>Chicago, IL 60673-1298 |
| Goble Sampson Associates Inc.<br>3500 So. Main Street Suite 200<br>Salt Lake City, UT 84115-4495 | Gordon & Rees<br>Attn:  Marie Holvick<br>275 Battery St. #2000<br>San Francisco, CA 94111-3361 | H & H X-Ray Services Inc<br>104 Enterprise Street<br>West Monroe, LA 71292-8012 |
| (p)HEATEC INC<br>5200 WILSON ROAD<br>CHATTANOOGA TN 37410-2149 | HR Direct<br>PO Box 451179<br>Sunrise, FL 33345-1179 | HR Options<br>1401 Willow Pass Road<br>Suite 820<br>Concord, CA 94520-7934 |
| Hayward Pipe & Supply Company<br>3218 Diablo Ave<br>Hayward, CA 94545-2780 | Hepco<br>630 East Faulkner<br>El Dorado, AR 71730-6299 | Hill Oil Co<br>Laurie S. Hinds, Reladyne<br>9395 Kenwood Rd # 104<br>Blue Ash, OH 45242-6819 |
| Hill Oil Company LLC<br>PO Box 958384<br>St. Louis, MO 63195-8384 | Historic Arsenal Park1<br>940 Tyler #2<br>Benicia, CA 94510-2964 | Holiday Inn Express<br>1375 East 5th Street<br>Benicia, CA 94510-3530 |
| Hughes Arrell Kinchen LLP<br>1221 McKinney St<br>Suite 3150<br>Houston, TX 77010-2034 | Hydradyne, LLC<br>P.O. Box 974799<br>Dallas, TX 75397-4799 | Hypertherm<br>PO Box 843935<br>Dallas, TX 75284-3935 |
| (p)IPFS CORPORATION<br>30 MONTGOMERY STREET<br>SUITE 1000<br>JERSEY CITY NJ 07302-3865 | Industrial Instrument Co.<br>5810 Wade Road<br>Baytown, TX 77521-9743 | Infotek Solutions<br>4747 Research Forest Dr<br>Suite 180-237<br>The Woodlands, TX 77381-4912 |
| J.P. Whitney & Associates LLC<br>Attn: Joyce Ross<br>17429 State Route 292<br>Kenton, OH 43326-9059 | John Crane Inc<br>24929 Network Place<br>Chicago, IL 60673-1249 | Joshua R. Scott<br>106 Blanton Bend Ct<br>Montgomery, TX 77316-1596 |
| KWS MANUFACTURINGCOMPANY LTD.<br>3041 Conveyor Drive<br>Burleson, TX 76028-1857 | Kadant Johnson Inc.<br>4989 Solution Center<br>Chicago, IL 60677-4009 | Kadant Johnson Inc.<br>805 Wood Street<br>Three Rivers, MI 49093-1011 |

| | | |
|---|---|---|
| KallanderGroup, Inc.<br>282 Central St Unit 9<br>Hudson, MA 01749-1395 | Ken's Discount Building Materials Inc<br>1200 Northwest Ave.<br>El Dorado, AR 71730-3852 | Kinard's LLC<br>4905 Junction City Hwy<br>El Dorado, AR 71730-2242 |
| Kleinfelder Canada, Inc<br>2200, 700-6th Ave SW<br>Canada<br>Calgary, AB, Canada | LANDO & ANASTASI<br>One Main Street<br>Cambridge, MA 02142-1531 | LARRY FOWLER TRUCKING, INC.<br>1499 Hwy 82 Bypass W.<br>Magnolia, AR 71753-9078 |
| Ladner & Associates PC<br>The Kirby Mansion 2000 Smith Street<br>Houston, TX 77002-8652 | Lamons Gasket Company<br>P.O. Box 203061<br>Dallas, TX 75320-3061 | Lippincott Supply Co. Inc.<br>105 Lincoln Road West<br>Vallejo, CA 94590-7800 |
| Little Rock Valve & Fitting Swagelok<br>P O BOX 329<br>SHAWNEE MISSION, KS 66201-0329 | Martin Sprocket & Gear Inc<br>P.O. Box 974066<br>Dallas, TX 75397-4066 | McMaster-Carr<br>P.O. Box 7690<br>Chicago, IL 60680-7690 |
| Memphis Control Center Inc.<br>P.O. Box 40510<br>Memphis, TN 38174-0510 | Midwest Laboratories<br>13611 B Street<br>Omaha, NE 68144-3693 | Miller Insulation Co Inc<br>3520 E Century Avenue<br>P.O. Box 1393<br>Bismark, ND 58502-1393 |
| Mistras Group, Inc.<br>195 Clarksville Road<br>Princeton Junction, NJ 08550-5392 | Montion Industries Inc.<br>PO Box 1477<br>Birmingham, AL 35201-1477 | Monty & Ramirez LLP<br>150 W. Parker Third Floor<br>Houston, TX 77076 |
| Motion Industries Inc Ruston Industrial<br>P O Box 849737<br>Dallas, TX 75284-9737 | Need Computer Help.com<br>4200 Research Forest Drive<br>Suite 140<br>The Woodlands, TX 77381-4364 | Nord Gear Corporation<br>PO Box 355<br>Dubuque, IA 52004-0355 |
| Nord Gear Corporation<br>c/o Damian Michaelis<br>800 Nord Drive<br>Waunakee, WI 53597-9598 | Office Depot, Inc.<br>Account #14631373<br>PO Box 660113<br>Dallas, TX 75266-0113 | Office Equipment of Southern Arkansas<br>116 Wrights Lane<br>El Dorado, AR 71730-6858 |
| Omega Engineering Inc<br>P.O. Box 405369<br>Atlanta, GA 30384-5369 | Ozark Fluid Power Inc<br>10801 Otter Creek E. Blvd.<br>Mabelvale, AR 72103-1671 | PERIDOT Precision Mfg<br>1072 Serpentine Lane<br>Pleasanton, CA 94566-4731 |
| PPG Protective & Marine Coatings<br>P O Box 842409<br>Boston, MA 02284-2409 | Pacific Mechanical Supply<br>13705 Milroy Place<br>Santa Fe Springs, CA 90670-5130 | Pacific Steel & Recycling<br>1805 U.S. 2<br>Havre, MT 59501-3311 |

| | | |
|---|---|---|
| Patrick J.J. Kelly<br>P.O. Box 75268<br>Seattle, WA 98175-0268 | Pendieco, LLC<br>c/o Kansas City Value & Fitting<br>7864 Barton<br>Lenexa, KS 66214-3403 | Phoenix Oil Heater<br>8282 N. 75th Avenue<br>Peoria, AZ 85345-8023 |
| Pitney Bowes, Inc.<br>Acct #2185-4653-86-8<br>PO Box 371896<br>Pittsburgh, PA 15250-7896 | Pittsburg Winsupply<br>691 Garcia Ave<br>Pittsburg, CA 94565-5009 | Powerhouse Combustion & Mechanical Corp<br>3410 W Maywood Ave<br>Santa Ana, CA 92704-4423 |
| Principal Life Insurance Company<br>P.O. Box 10372<br>Des Moines, IA 50306-0372 | Process & Power Inc<br>P.O. Box 18675<br>Memphis, TN 38181-0675 | Pumping Solutions Inc.<br>1400 S. Vineyard Avenue<br>Ontario, CA 91761-8042 |
| REXEL Inc<br>PO BOX 743258<br>Los Angeles, CA 90074-3258 | RWB Contracting<br>19-29 Ditmars Blvd<br>Astoria, NY 11105-3662 | Ray Morgan Company<br>3131 Esplande<br>Chico, CA 95973-0202 |
| Ready Refresh by Nestle<br>P.O. BOX 856680<br>LOUISVILLE, KY 40285-6680 | Reddy Ice Corporation<br>P.O. Box 730505<br>Dallas, TX 75373-0505 | Reid Supply Company<br>2265 Black Creek Road<br>Muskegon, MI 49444-2673 |
| Roustabout Services & Insulation<br>PO Box 638<br>Tioga, ND 58852-0638 | Royal Wholesale San Leandro<br>PO Box 14004<br>Orange, CA 92863-1404 | SRP Environmental, LLC<br>348 Aero Drive<br>Shreveport, LA 71107-6704 |
| Safety-Kleen<br>P.O. Box 7170<br>Pasadena, CA 91109-7170 | Salina Vortex Corp<br>1725 Vortex Avenue<br>Salina, KS 67401-1768 | Senior Flexonics Pathway<br>2400 Longhorn Industrial Drive<br>New Braunfels, TX 78130-2530 |
| Shred-it<br>SHREDIT-IT USA<br>P.O. Box 101007<br>Pasadena, CA 91189-1007 | Solano County<br>Dept of Resource Management<br>675 Texas St., Suite 5500<br>Fairfield, CA 94533-6341 | Southwestern Welding and Machining<br>2751 South Foster Road<br>San Antonio, TX 78220-5914 |
| Spraying Systems Co.<br>PO Box 95564<br>Chicago, IL 60694-5564 | (p)SPRINT NEXTEL CORRESPONDENCE<br>ATTN BANKRUPTCY DEPT<br>PO BOX 7949<br>OVERLAND PARK KS 66207-0949 | THERMAL-EDGE, INC.<br>1751 Hurd Drive<br>Irving, TX 75038-4300 |
| TJC INC Crane Services<br>P.O. BOX 962<br>CAMDEN, AR 71711-0962 | TW Telecom<br>PO Box 172567<br>Denver, CO 80217-2567 | Team Industrial Services<br>2928 37th St NW #5<br>Mandan, ND 58554-1315 |

| | | |
|---|---|---|
| Texas Workforce Commission<br>Regulatory Integrity Division - SAU<br>Room 556<br>101 E. 15th Street<br>Austin, TX 78778-0001 | The National Board of Boiler & Pressure<br>Customer #55811<br>1055  Crupper Avenue<br>Columbus, OH 43229-1183 | The Solid Waste Association of North Ame<br>1100 Wayne Avenue Suite 650<br>Silver Spring, MD 20910-5647 |
| Time Warner Cable<br>Acct#039070101<br>BOX 223085<br>Pittsburgh, PA 15251-2085 | Top Mop<br>PO Box 4253<br>Vallejo, CA 94590-0425 | TransTech<br>Shinde Complex 3rd FLoor<br>Bavdhan Khurd<br>Pune, India 411021 |
| US Bank<br>P.O. Box 790448<br>St. Louis, MO 63179-0448 | US Trustee<br>Office of the US Trustee<br>515 Rusk Ave<br>Ste 3516<br>Houston, TX 77002-2604 | Uline<br>Attn: Accounts Receivable<br>PO BOX 88741<br>Chicago, IL 60680-1741 |
| Uline Shipping Supplies<br>12575 Uline Drive<br>Pleasant Prairie, WI 53158-3686 | Unico Mechanical Corp<br>PO Box 847<br>Benicia, CA 94510-0847 | Unico Mechanical Corp.<br>849 Jackson Street<br>Benicial, CA 94510-2907 |
| Unique Leasing Resource LLC<br>PO Box 847<br>Benicia, CA 94510-0847 | United Fabrication Technologies<br>303 Sanderson Lane<br>Courtland, AL 35618-3441 | United Industrial Supply Inc<br>P O Box 10156<br>El Dorado, AR 71730-0023 |
| Valley Relocation and Storage<br>5000 Marsh Drive<br>Concord, CA 94520-5322 | (p)VERICORE LLC<br>10115 KINCEY AVENUE<br>SUITE 100<br>HUNTERSVILLE NC 28078-6482 | Verizon Wireless<br>PO Box 660108<br>Dallas, TX 75266-0108 |
| Vernon Machine Corp.<br>PO Box 847<br>Benicia, CA 94510-0847 | Vortex Corporation<br>1725 Vortex Avenue<br>Salina, KS 67401-1768 | W. W. Gay Mechnical Contractor, Inc.<br>524 Stockton Street<br>Jacksonville, FL 32204-2535 |
| W.W. Gay Mechanical Contractor, Inc<br>524 Stockton St<br>Jacksonville, Fl 32204-2535 | WELSCO/SMACKOVER<br>P.O. Box 52163<br>Lafayette, LA 70505-2163 | Walter & Prince LLP<br>1270 Healdsburg Ave Suite 201<br>Healdsburg, CA 95448-3473 |
| Water Environment Federation<br>Cusstomer #01798530-0<br>PO Box 418298<br>Boston, MA 02241-8298 | Watlow<br>36785 Treasury Center<br>Chicago, IL 60694-6700 | Workforce Safety & Insurance<br>P.O. Box 5585<br>Bismarck, ND 58506-5585 |
| Wyatt Murray Electric<br>627 Matson Drive<br>Napa, CA 94558-3636 | XPV Water Fund (US) LP<br>c/o Standish Management, LLC<br>750 Battery St., 7th Floor<br>San Francisco, CA 94111-1527 | uniPoint Software, Inc.<br>1425 Whyte Avenue<br>Canada<br>Winnipeg, AB, Canada R3E 1V7 |

| | |
|---|---|
| Janet S Casciato-Northrup<br>Hughes Watters and Askanase<br>1201 Louisiana<br>28th Floor<br>Houston, TX 77002-5607 | Mark Curtis Taylor<br>Waller<br>100 Congress<br>Suite 1800<br>Austin, TX 78701-4042 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Airgas USA, LLC
PO Box 676015
Dallas, TX 75267-6015

Dell
Payment Processing Center
P.O. Box 5275
Carol Stream, IL 60197-5275

HEATEC INC
P.O. BOX 2008
CHATTANOOGA, TN 37409

IPFS Corporation
Account #CAF-331588
PO Box 100391
Pasadena, CA 91189-0391

Sprint
Acct #768918981
PO Box 4181
Carol Stream, IL 60197-4181

VeriCore
10115 Kincey Ave. #100
Huntersville, NC 28078


The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Badlands Power Fuels, LLC

(u)Historical Arsenal Park

(u)KWS Manufacturing, Ltd.


(u)Staab Construction Corporation

(u)Unico Mechanical Corporation

(u)XPV Water Fund (US) Limited Partnership


(u)XPV Water Fund Limited Partnership

(d)BDO USA LLP
PO BOX 31001-0860
Pasadena, CA 91110-0860

(u)Duck Yufeng


(u)Fike C/O Power Equipment

(u)Peter Commerford

(u)Michael Potter


(u)Randy Potter

End of Label Matrix
Mailable recipients    181
Bypassed recipients     13
Total                  194