

ENTERED
12/19/2017

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In Re: | § | Case No. 16-33469 |
| | § | |
| THERMA-FLITE, INC., | § | |
| | § | |
| | § | Chapter 7 |
| Debtor | § | |

| | | |
|---|---|---|
| JANET S. NORTHRUP, TRUSTEE | § | |
| | § | |
| V. | § | ADVERSARY NO. 17-03361 |
| | § | |
| REXEL, INC. | § | |

### JOINT STIPULATION OF DISMISSAL WITH PREJUDICE AND ORDER CLOSING ADVERSARY PROCEEDING

Pursuant to Federal Rule of Civil Procedure 41(a)(1), as applicable to this proceeding by Bankruptcy Rule of Procedure 7041, Plaintiff Janet S. Northrup, Trustee of the bankruptcy estate of Therma-Flite, Inc. and Defendant Rexel, Inc. stipulate as follows:

1. This case is voluntarily dismissed in its entirety with prejudice pursuant to the terms of the settlement approved by the court (main case docket no. 168).

2. Each party will bear the costs incurred by it in this case.

DATED: *November 28*, 2017.

| HUGHES WATTERS & ASKANASE, LLP | MATTHEWS, SHIELS, KNOTT, EDEN, DAVIS & BEANLAND, L.L.P. |
|---|---|
| */s/ Rhonda R. Chandler* | */s/ Misti L. Beanland* |
| Rhonda R. Chandler | Misti L. Beanland |
| State Bar No. 04101600 | State Bar No. 00798057 |
| 1201 Louisiana, Suite 2800 | 8131 LBJ Freeway, Suite 700 |
| Houston, Texas 77002 | Dallas, Texas 75251 |
| Tel: 713-759-0818 | Tel: 972-234-3400 |
| Fax: 713-759-6834 | Fax: 972-234-1750 |
| ATTORNEYS FOR PLAINTIFF | ATTORNEYS FOR DEFENDANT |

3025545-1:THERMA-0002

## ORDER

The above Stipulation of Dismissal with Prejudice is approved and this adversary proceeding is CLOSED.

Signed: December 18, 2017.

_____
**DAVID R. JONES**
**UNITED STATES BANKRUPTCY JUDGE**