**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**

In Re: Therma–Flite, Inc.

**Debtor(s)**

Case No.: 16–33469

Chapter: 7

ENTERED
11/05/2020

### *ORDER CLOSING CASE*

The estate has been fully administered. Therefore, the Court orders:

1. Janet S Casciato–Northrup is discharged as trustee of the estate.

2. The Trustee's bond is cancelled.

3. The case is closed.

Signed and Entered on Docket: 11/5/20

DAVID R. JONES
UNITED STATES BANKRUPTCY JUDGE